1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**THE HONORABLE ROBERT S. LASNIK**

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

UNITED STATES OF AMERICA,

          Plaintiff,

v.

IVAN TURÕGIN,

          Defendant.

CASE NO. 2:22-CR-00185-RSL

**ORDER SETTING DEFENDANT
IVAN TURÕGIN'S CONDITIONS
OF RELEASE**

**IT IS HEREBY ORDERED** that Defendant Ivan Turõgin be released subject to the following conditions:

    1.  Defendant's release shall be coordinated by Pretrial Services.

    2.  The Defendant's passport shall be provided to his attorney, Robert Westinghouse, who will surrender the passport to the Court after an apartment lease has been executed. The Defendant shall not apply for and/or obtain a new passport or travel document from any country without permission of the Court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if the Defendant is convicted of an offense, unless otherwise ordered by the Court.

ORDER SETTING CONDITIONS OF RELEASE
Case No. 2:22-CR-00185-RSL

3.   Defendant shall sign a personal surety bond in the amount of $5,000,000, partially secured by real property owned by his parents Galina Turõgina and Juri Turõgin,  parents-in-law Andrey and Larisa Babkin, his brother Vassili Turõgin and sister-in-law Olga Turõgina, and  his brother Deniss Turõgin.

4.   Defendant shall post a cash bond in the amount of $750,000.00, to be paid in three equal installments of $250,000.00, which will be received in three separate international wires.  The Clerk is directed to deposit the funds into the Registry of the Court.

5.   Defendant shall execute a global waiver of extradition.

6.   Defendant shall not have direct or indirect contact with any existing and/or future witnesses in this case.  The Government shall provide Defendant with a list of witnesses with whom he cannot have contact.

7.   Travel shall be restricted to the Western District of Washington, or as directed by Pretrial Services.

8.   Defendant shall maintain residence as directed by Pretrial Services.  Defendant shall not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

9.   Defendant shall provide Pretrial Services with any requested information regarding his financial status, income sources, and investments.  Defendant shall sign a Release of Information form for Credit Bureau Verification, if requested by Pretrial Services.

10. Defendant shall participate in the location monitoring program with Active Global Positioning Satellite.  Defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist.  Defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.  The location monitoring specialist shall coordinate Defendant's release with the U.S. Marshals.

ORDER SETTING CONDITIONS OF RELEASE
Case No. 2:22-CR-00185-RSL

11. Defendant shall submit to drug testing, to include urinalysis or hand-held testing devices, as directed by Pretrial Services. Defendant shall not use, consume, or possess controlled substances, including medication, unless prescribed to the Defendant by a physician and under the direction of Pretrial Services. Obtain a substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. Defendant shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the Defendant has reverted to the use of drugs. The Defendant must contribute towards the costs of the services required by this bond, to the extent he is financially able to do so, as determined by Pretrial Services.

DATED July 26, 2024.


Robert S. Lasnik
United States District Judge

ORDER SETTING CONDITIONS OF RELEASE
Case No. 2:22-CR-00185-RSL