AO 100  (Rev 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No. 2:22-cr-00185-RSL |
| Ivan Turogin | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court  *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

**Residential building located at Tooma tee 26, Männiku küla, Saku vald, Estonia.**
**House is valued at €339,000.00 (appraisal attached).**
**The outstanding mortgage is less than €15,000.00**

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

**Ownership is demonstrated by the attached Land Registry Extract**

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 06-12-2024

City and state: TALLINN, ESTONIA

_____
Defendant (if a property owner)

ANDREY BABKIN
_____
Property owner's printed name

_____
Property owner's signature

LARISA BABKINA
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date: July 26, 2024
_____

Agreement accepted.

Date: July 26, 2024
_____

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United States Attorney

_____
Assistant United States Attorney's signature

Agreement approved.

Date: July 26, 2024
_____

_____
Judge's signature

**DOMUS**
**K I N N I S V A R A**

Usaldus, mis kestab!



**Eksperthinnang nr 1378-24**

| | |
|---|---|
| Vara: | Hoonestatud kinnisasi, registriosa nr 2171102 (ridaelamu sektsioon) |
| Aadress: | Harju maakond, Saku vald, Männiku küla, Tooma tee 26 |

| | |
|---|---|
| Väärtuse kuupäev: | 03.06.2024 |
| Hindamisaruande kuupäev: | 06.06.2024 |

| | |
|---|---|
| Turuväärtus: | 339 000 € |

| | |
|---|---|
| Koostaja ja kinnitaja: | Jane Jürgenson |
| | Kutseline hindaja |
| | Vara hindaja, tase 7, kutsetunnistus nr 189558 |
| | Eesti Kinnisvara Hindajate Ühingu liige |

**Sisukord**

KOKKUVÕTE ..................................................................................................................................... 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ........................................................................ 4
   1.1. Hinnatav vara ja hindamise eesmärk ...................................................................................... 4
   1.2. Hindamise alused ning hindamisaruande avaldamine .......................................................... 4
   1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta ....................................... 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ............................................................... 5
   2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon ................................................ 5
   2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel ................ 5
   2.3. Hinnatava vara ülevaatus .......................................................................................................... 5

**3. Hinnatava vara kirjeldus** ............................................................................................................ 5
   3.1. Asukoht ...................................................................................................................................... 5
   3.2. Omandisuhted ............................................................................................................................ 7
   3.3. Maakasutus ................................................................................................................................ 9
   3.4. Hoone üldandmed ..................................................................................................................... 10
   3.5. Hoone põhikonstruktsioonid .................................................................................................... 11
   3.6. Hoone siseviimistlus ................................................................................................................. 12
   3.7. Hoone tehnosüsteemid .............................................................................................................. 12
   3.8. Hinnang hinnatava vara kestlikkuse väärtusele ...................................................................... 13

**4. Turuülevaade** .............................................................................................................................. 13
   4.1. Majandusülevaade .................................................................................................................... 13
   4.2. Tallinna ja Harjumaa hoonestatud elamumaade turuülevaade ............................................. 14
      4.2.1. Müügitehingud .................................................................................................................. 18
      4.2.2. Turustatavuse analüüs ....................................................................................................... 19
      4.2.3. Pakkumine ......................................................................................................................... 19
   4.3. Parim kasutus ........................................................................................................................... 20

**5. Hindamine** .................................................................................................................................. 20
   5.1. Hindamise metoodiline alus ja põhimõtted ............................................................................. 20
   5.2. Turuväärtuse hinnang ............................................................................................................... 21

**6. Hindamistulemus** ....................................................................................................................... 24

**Lisa 1. Fotod** .................................................................................................................................. 25

**Lisa 2. Kinnistusregistri väljavõte** ............................................................................................... 32

**Lisa 3. Ehitisregistri väljavõte** ..................................................................................................... 34

**Vastavuskinnitus standardi nõuetele** ........................................................................................... 39

**Domus Kinnisvara**

Jane Jürgenson                                              Domus Kinnisvara
Kutseline hindaja                                          Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                      Tel 646 4035

# KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Hoonestatud kinnisasi, registriosa nr 2171102 (ridaelamu sektsioon) |
| Aadress | Harju maakond, Saku vald, Männiku küla, Tooma tee 26 |
| Omanik | Ühisomanikud: Andrei Babkin (isikukood 35903242225) ja Larisa Babkina (isikukood 46203012245) |
| Katastritunnus | 71801:001:1220 |
| Omandivorm | Kinnisasi |
| Kinnistu pindala | 697 m$^2$ |
| Kinnistu hoonestus | Ridaelamu sektsioon |
| Ridaelamu sektsiooni suletud netopind | 207,1 m$^2$ (ehitisregistri andmetel) |
| Ridaelamu sektsiooni üldseisukord | Ridaelamu sektsioon on heas/väga heas seisukorras |
| **HINDAMISARUANDE KOONDANDMED** | |
| Hinnangu eesmärk | Eksperthinnang on koostatud vara turuväärtuse hindamiseks, esitamiseks kohtule |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega |
| Ülevaatuse kuupäev | 03.06.2024 |
| Väärtuse kuupäev | 03.06.2024 |
| Hindamisaruande kuupäev | 06.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ |
| Tellimusleping | Tellimus e-maili teel, 31.05.2024, kinnitanud vandeadvokaat Paul Keres |
| Hindamise eeldused | Hindamise tavapraktikast väljuvad eeldused puuduvad |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6 kuni 9 kuud. Likviidsust hindame keskmiseks |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±10%, ehk tegelik tehinguhind võib eelneva protsendi piires erineda |
| Käibemaks | Hinnatud turuväärtus ei sisalda käibemaksu ja sellele ei lisandu käibemaks |
| **HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES** | |
| Hindaja ei tuvastanud hindamistoimingu läbiviimisel andmete erinevusi tegelike ja registrite andmete vahel ning hindab andmed usaldusväärseks | |
| **HINDAMISTULEMUS** | |
| Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Saku vald, Männiku küla, Tooma tee 26** asuva hoonestatud kinnisasja (ridaelamu sektsioon) turuväärtus väärtuse kuupäeval **339 000 (kolmsada kolmkümmend üheksa tuhat) eurot** | |

Hindamisaruande koostaja ja kinnitaja:

/allkirjastatud digitaalselt/

Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

3

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Saku vald, Männiku küla, Tooma tee 26 |
| --- | --- |
| Registriosa nr | 2171102 |
| Vara liik | Kinnisasi (ridaelamu sektsioon) |
| Hindamise eesmärk | Vara turuväärtuse hindamine esitamiseks kohtule |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõiki hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel hüpoteekidega ei arvestata.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasugune saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud ehitus-tehnilisi uuringuid tehnosüsteemidele.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Üürniku suulised selgitused vara ülevaatusel | 03.06.2024 |
| Kohapealne ülevaatus | 03.06.2024 |
| Asukoha kaart, https://kaart.delfi.ee | 05.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 05.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 31.05.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 05.06.2024 |
| Üld- ja detailplaneeringu info https://www.sakuvald.ee/ | 05.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 31.05.2024 |
| Avalike kinnisvaraportaalide andmed, https://kinnisvara24.delfi.ee, https://www.kv.ee | 05.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel

| Vastuolud |
|---|
| Hindaja ei tuvastanud hindamistoimingu läbiviimisel andmete erinevusi tegelike ja registrite andmete vahel ning hindab andmed usaldusväärseks |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 03.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline vara hindaja Jane Jürgenson (kutsetunnistus nr 189558) |
| Ülevaatuse juures viibinud isik | Üürnik Julia Bušinskaja |
| Ülevaatuse ulatus | Ülevaatus hõlmas vara ülevaatuse tervikuna (v.a hoone katus) |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud |

## 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Hinnatav vara asub Saku vallas Männiku külas, Tallinna kesklinnast ca 14 km kaugusel, Saku aleviku keskusest ~ 6 km kaugusel, Laagri aleviku keskusest ~ 5 km kaugusel. Tegemist on turuosaliste poolt keskmiselt hinnatud piirkonnaga |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



*Allikas: kaart.delfi.ee*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Case 2:22-cr-00185-RSL   Document 122   Filed 07/26/24   Page 9 of 43

| Mikroasukoht | |
|---|---|
| Konkureerivad turupiirkonnad | Peamiselt teised Saku valla külad ja alevikud, kaudselt teised Tallinnast sarnasel kaugusel asuvad asustusüksused |
| Piirkonna hoonestus | Lähiümbruses paiknevad üksik- ja ridaelamud |
| Infrastruktuur | Lähim kool, kauplus ja lasteaed asuvad ~ 4 km kaugusel Laagri alevikus |
| Haljastus ja heakord | Madal- ja kõrghaljastus |
| Veekogud | ~ 1,2 km Männiku järv |
| Õhu saastatus ja müra | Hinnatav vara asub väikse liiklusaktiivsusega tee ääres, seega õhu saastatuse ja müra tase on madal |
| Juurdepääs | Juurdepääs heas seisukorras madala liiklusaktiivsusega avalikult asfaltkattega teelt, Tooma teelt |
| Tee skeem | |
| | *Allikas: geoportaal.maaamet.ee (maanteeameti kaart)* |
| Kergliiklusteed ja avalikud puhkealad | Kergliiklusteed ja puhkealad läheduses olemas |
| Parkimine | Piirkonnas head parkimistingimused, tasuta parkimine hoovides ja tänavatel |
| Ühistransport | Lähimad bussi- ja rongipeatus asuvad ca 1 km kaugusel |

## 3.2. Omandisuhted

| Registriosa number | 2171102 |
|---|---|
| Kinnistu nimi | Tooma 26 |
| Omandivorm | Kinnisasi |
| Omanik | Ühisomanikud: Andrei Babkin (isikukood 35903242225) ja Larisa Babkina (isikukood 46203012245) |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Väärtuse kuupäeva seisuga registriosa I jaos kanded puuduvad<br><br>*Registriosa väljavõte on esitatud Lisas nr 2* |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Väärtuse kuupäeva seisuga registriosa III jaos kanded puuduvad<br><br>*Registriosa väljavõte on esitatud Lisas nr 2* |
| Vara hüpoteegi kanded registriosa IV jaos | Väärtuse kuupäeva seisuga on registriosa IV jaos järgmised kehtivad kanded:<br>- Hüpoteek summas 2 145 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



| | - Hüpoteek summas 320 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. *Hindamisel hüpoteekidega ei arvestata.* *Registriosa väljavõte on esitatud Lisas nr 2* |
|---|---|
| Maa-ameti kitsenduste kaardi järgsed kitsendused | Maa-ameti kaardiserveri kitsenduste kaardil on riigikaitselise ehitise piiranguvöönd, maardla, sideehitise kaitsevöönd, elektripaigaldise kaitsevöönd. *Kitsendused ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna ei takista selle sihipärast kasutust* |

Kitsenduste kaart ja loetelu:



| Legend | Kitsenduste mõjuala nähtus | Ulatus (m2) |
|---|---|---|
| | Riigikaitselise ehitise piiranguvöönd | 696.43 |
| | Maardla | 696.43 |
| | Sideehitise kaitsevöönd | 2.73 |
| | Elektripaigaldise kaitsevöönd | 4.24 |
| | Planeeringu ala | 696.43 |

*Allikas: geoportaal.maaamet.ee  (kitsenduste kaart)*

| Üürilepingud | Hindajale teadaolevalt koormab hinnatavat vara tähtajatu üürileping, üürimakse kuus 1000 € + kommunaalid. Hindaja hinnangul on tegemist turu tasemele vastava üüritasuga. Tähtajatu üürileping ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna tähtajatu üürilepingu lõpetamise etteteatamisaeg (vastavalt VÕS on 3 kuud) on lühem kui vara eeldatav müügiperiood (tavapäraselt 6 – 9 kuud). |
|---|---|

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035


Case 2:22-cr-00185-RSL    Document 122    Filed 07/26/24    Page 11 of 43
Eksperthinnang nr 1378-24
Harjumaa, Saku vald, Saku alevik, Männi tn 4a, Tooma tee 26

| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |
|---|---|

### 3.3. Maakasutus

| Katastritunnus | 71801:001:1220 |
|---|---|
| Ortofoto | <br>*Allikas: geoportaal.maaamet.ee (maainfo kaart)* |
| Sihtotstarve | Elamumaa 100% |
| Üldplaneering | Kehtiva Saku valla üldplaneeringu alusel paikneb hinnatav vara pere- ja ridaelamu maa juhtotstarbelisel alal. Kehtestatud Saku Vallavolikogu 20. aprilli 2023 otsusega nr 24. Väljavõte üldplaneeringu maakasutuse kaardist: |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



*Allikas: https://www.sakuvald.ee/uldplaneering*

| Detailplaneering | Uue detailplaneeringu vajadus puudub, kuna sihtotstarve vastab parimale kasutusele ning maatüki piiride muutmise vajadus puudub. Info täiendava ehitusõiguse kohta puudub |
|---|---|
| Miljööväärtuslik planeering | Puudub |
| Pindala | 697 m² |
| Kuju, reljeef | Maatükk on suhteliselt korrapärase kujuga ja tasase pinnareljeefiga |
| Parkimine | Hea. Tasuta parkimine kinnistul ja tänaval |
| Hooned ja rajatised | Ehitisregistri andmetel hoonena ridaelamu sektsioon. Lisaks paikneb maaüksusel ehitisregistrisse kandmata ~ 18 m² (kohapealsete mõõtmiste tulemus) suurune puitkonstruktsioonis puukuur/varjualune, mis ei vaja ehitusluba ega ehitusteatist |
| Haljastus | Kõrghaljastus |
| Piirded | Puitlippaed |

## 3.4. Hoone üldandmed

Hoone pinnaandmed, rajamisaasta ja konstruktsioonide andmed on välja toodud vastavalt ehitisregistri andmetele ning omaniku informatsioonile ning hindaja poolt teostatud vara kohapealsele visuaalsele vaatlusele

| ELAMU | |
|---|---|
| Ehitusaeg | 1998 (ehitisregistri andmed) |

Jane Jürgenson                                    Domus Kinnisvara
Kutseline hindaja                                 Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee           Tel 646 4035

| Ehitisregistri kood | 120773125 |
|---|---|

 

*Allikas: hindaja info*

| Ehitusluba, ehitusteatis, kasutusluba, kasutusteatis[1] | Riiklikus ehitisregistris puudub info ehitus- ja kasutuslubade kohta, hoone seisundiks on märgitud „olemas" |
|---|---|
| Energiamärgis | Riiklikus ehitisregistris info puudub |
| Peamine kasutamise otstarve | Ridaelamu või kaksikelamu sektsioon (juhul kui on oma katus ja sissepääs maapinnalt) (11102) |
| Tegelik kasutamise otstarve | Ridaelamu sektsioon |
| Ehitise nimetus | Ridaelamu sektsioon |
| Hoone paiknemine | Hoone paikneb kinnistu läänepoolses osas |
| Korruselisus | Maapealsete korruste arv 3, maa-aluste korruste arv 1 (ehitisregistri andmed ja visuaalne vaatlus) |
| Ehitisealune pind | 77,2 m² (ehitisregistri andmed) |
| Suletud netopind | 207,1 m², sh garaaž ja kuur 20,9 m² (ehitisregistri andmed) |
| Kubatuur | 965,0 m³ (ehitisregistri andmed) |
| Pinnaandmete vastavus | Hoone pinnaandmed pärinevad ehitisregistrist ning hindaja hindab need usaldusväärseks |
| Ruumiplaneering | Keldrikorrusel: garaaž, wc, sauna eesruum, leiliruum, duširuum, väljast eraldi sissepääsuga kuur; I korrusel: esik, wc, köök-söögituba-elutuba; II korrusel: trepihall, 2 magamistuba garderoobiga, wc-duširuum; III korrusel: trepihall, tuba, panipaik. <br><br> Hoone ruumikasutuse funktsionaalsus on hea - ruumid on piisava suurusega, magamistoad ei ole läbikäidavad, olemas on abiruumid |

## 3.5. Hoone põhikonstruktsioonid

| Vundamendi liik | Madalvundament (ehitisregistri andmed) |
|---|---|
| Vahelagede kandva osa materjali liik | Monteeritav raudbetoon; monoliitne raudbetoon (ehitisregistri andmed) |
| Kande- ja jäigastavate konstruktsioonide materjali liik | Monoliitne raudbetoon; monteeritav raudbetoon; muu (plastikpaneelidest vooder) (ehitisregistri andmed) |
| Katuste ja katuslagede kandva osa materjali liik | Info puudub (ehitisregistri andmed) |

---

[1] *Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbele (EhSRS § 23 lg 2). Kasutusotstarbe muutumisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).*

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1378-24
Case 2:22-cr-00185-RSL    Document 122    Filed 07/26/24    Page 14 of 43
Hindamisobjekt: korterelamu Tallinna linnas, Tooma tee 26

| Välisseina liik | Tellis; laudis (ehitisregistri andmed) |
| Katusekatte materjali liik | Katusekivi (ehitisregistri andmed) |
| Välisseina välisviimistluse materjal | Fassaadiplaat (seal hulgas tsementkiudplaat) (ehitisregistri andmed) |
| Uksed | Puidust turvauks |
| Aknad | 2-kordse klaaspaketiga plastikraamidel aknad |
| Trepid | Välistrepp betoontrepp, sisetrepp terasprofiilil puittrepp |
| Hoone põhikonstruktsioonide seisukord, remondivajadus | Visuaalsel vaatlusel on elamu põhikonstruktsioonid heas seisukorras. Hindaja ei täheldanud olulisi vajumisi ega pragusid. Vastavalt algandmete esitaja ütlustele on 2018. aastal uuendatud elamu esist kiviparketti ning garaaži sissesõidutee katet. Lisaks on 2018. aastal üle värvitud ridaelamu sektsiooni otsasein. Otsene remondivajadus puudub |

## 3.6. Hoone siseviimistlus

| Põrandad | Naturaalne puitparkett, laminaatparkett, korkparkett, põrandalaud, kiviplaadid |
| Seinad | Värvkate, tapeet, puitlaudis |
| Laed | Värvkate, puitlaudis |
| Siseuksed | Spoonuksed, MDF-uksed, leiliruumil klaasuks |
| Materjalide seisukord | Hea/väga hea |
| San. ruumide viimistlus | |
| Põrandakatted | Keraamilised plaadid |
| Seinakatted | Keraamilised plaadid, leiliruumis puitlaudis |
| Lagi | Värvkate, puitlaudis |
| Sanitaartehnika | Kaasaegne |
| Materjalide seisukord | Hea/väga hea |
| Materjalide seisukord/üldine hinnang | Eluruumide seisukord on hea/väga hea, keldrikorruse ruumide seisukord valdavalt hea. Vastavalt algandmete esitaja ütlustele on 2016. aastal II korruse siseviimistlust ja 2018. aastal I korruse siseviimistlust ning uuendatud elektrijuhtmestikku |
| Remondivajadus | Otsene remondivajadus puudub |
| Kohtkindel sisseseade | Kaasaegne köögimööbel koos integreritud köögitehnikaga, garderoobkapid |

  

*Allikas: hindaja info*

## 3.7. Hoone tehnosüsteemid

| Elektrivarustus | Võrk (ehitisregistri andmed) |
| Veevarustus | Võrk (ehitisregistri andmed) |
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Küttesüsteem | Kohtküte (elektriotseküte, ahi, puuküttel keris) (ehitisregistri andmed) |
| Ventilatsioon | Loomulik ventilatsioon (ehitisregistri andmed) |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| Jahutussüsteemi liik | Puudub (ehitisregistri andmed) |
|---|---|
| Muud tehnosüsteemid | Elektriline põrandaküte plaaditud pindadel |
| Signalisatsioon | Valmidus olemas |
| Tehnosüsteemide seisukord | Olemasolevad tehnosüsteemid on visuaalsel vaatlusel töökorras ja heas seisukorras |

## 3.8. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid (hoone välis- ja siseviimistlust on kaasajastatud) ja hindaja hinnangul on vara kestlikkuse väärtus positiivne. |

# 4. Turuülevaade

## 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[2]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala töötuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda enekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimsusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eesti oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtted ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressursside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on

---

[2] Eesti Panga majandusprognoos seisuga 26.03.2024

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1378-24
Case 2:22-cr-00185-RSL   Document 122   Filed 07/26/24   Page 16 of 43
Hindamisobjekt: korteromand Veerenni tn 24a, Tooma tee 26

hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujäägi suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu – siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujäägi piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| töötus (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

\* Prognoos
Allikad: statistikaamet, Eesti Pank

## 4.2. Tallinna ja Harjumaa hoonestatud elamumaade turuülevaade

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihindade võimalikust langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele püüsid hinnad ikkagi samal tasemel, mis siis omakorda tähendab jätkuvat survet müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenu andjad püüdsid järjest enam toetada tehiguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu täheldada ei olnud ja kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis siis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu neelduvusvõime.

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Allikas: Maa-ameti tehingute andmebaas

Kõikidest Harjumaa elamute tehingutest tehti umbes kolmveerand väljaspool Tallinnat. Tehingute arvu kohaselt olid Harjumaa aktiivsemad turupiirkonnad jätkuvalt Tallinnaga head ühendust omavad lähivallad: Harku vald, Saue vald, Saku vald ja Viimsi vald. Lähivallad olid lisaks sealse vara paremale taskukohasusele populaarsed ka uuemate elamupiirkondade tõttu, kus hoonestustihedus madalam ja privaatsus linnaga võrreldes mingil määral suurem. Samuti toetasid tehingute arvu nendes piirkondades suvilate tehingud.

Umbes veerand kõikidest Harjumaa elamute tehingutest tehakse Tallinnas. Selle erinevatest linnaosadest olid traditsiooniliselt aktiivsemad Pirital, Nõmmel ning Haaberstis ehk need piirkonnad, kus ka kõige rohkem elamuid oli pakkumises.

Harjumaa ja Tallinna elamute tehingute hinnad näitasid jätkuvalt stabiilsust ehk hinnad püsisid suhteliselt samasugusel tasemel. Siiski oli näha sellele aina rohkem survet, sest seda survestasid elamute pakkumiste arvu suurenemine ja sealjuures küllaltki madale jäänud ostu-müügitehingute arv.

Väga kõrge hinnaga elamud, hinnaklassis 650 000 € ja enam, ehk ekslusiivsed elamud olid jätkuvalt madala likviidsusega. I kvartalis oli hinnavahemikus 650 000 – 1 218 000 € tehingus 10 elamut ja selline tempo viitab eelmise aasta vaikse hoo jätkumisele. Traditsiooniliselt olid enamus tehinguid Tallinna uuselamupiirkondades, üksikud ka Tallinna lähivaldades. Kuivõrd uute elamute püsitamise aktiivsus on madal, siis jäi ka ülal viidatud tehingute arvust silma see, et äsja valminud uute elamute tehingute arv oli madal. Selgelt domineerisid järelturu elamud ehk 10-15 aastat tagasi ehitatud elamute tehingud.

2024.a. alguse seisuga oli uute elamute püstitamise aktiivsus suhteliselt madal. Üksikelamute, kaksikelamute ja ridaelamute ehitusaktiivsus oli eelmise aastaga võrreldes keskmisest madalam ehk uute elamute ehitamist alustati veelgi tagasihoidlikumalt. Selline trend oli ühetaoline nii Tallinnas kui ülejäänud Harjumaal. Ehitamise alustamist hoidsid tagasi kodumajapidamiste madal kindlustunne, kõrge laenukulu ning säästude taastamise vajadus.

Aga olenemata võimalusest ehitada oli ikkagi selgelt näha soovi ehitada, sest taustal püsis ehituslubade väljastamise arv endiselt kõrgel tasemel. Tõenäoliselt võib oodata ehituslubade suuremat realiseerumist alles mõne aja pärast peale majanduse pöördumist kasvule.

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Nõudluse ja pakkumise tasakaalu hetkel, Tallinna linnaosa, Tooma tee 26

| | Tallinn | | | Harju maakond, v.a Tallinn | | |
|---|---|---|---|---|---|---|
| | Üksikelamud | Kaksikelamud | Ridaelamud | Üksikelamud | Kaksikelamud | Ridaelamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitusluba | 21 | 1 | 0 | 135 | 6 | 5 |
| Ehitamist alustatud | 10 | 5 | 1 | 89 | 3 | 5 |
| Kasutusluba | 30 | 0 | 2 | 152 | 8 | 20 |

Allikas: Statistikaamet

## Nõudlus

Käesoleva aasta alguse nõudlust võis pidada sarnaseks eelmisel aastal väljakujunenud nõudlusega. Ostjad tegid jätkuvalt tavapärasest rohkem kaalutletumaid otsuseid võttes arvesse suhteliselt kõrge euribori mõju elamu laenu hinnale, oma töökohaga seotud väljavaateid ning üldist kindlustunnet tööl ja kodus.

Kui võrrelda Harju maakonna ostu-müügitehingute jaotust elamu vanuse alusel, siis suuresti püsis see ühetaoline. Umbes 30% tehingutest teostati uute ja uuemate elamutega (esmane kasutus alates 2000.a.), mis kogu elamufondi vanust vaadates viitas väga selgelt sellele, et ostjatel oli jätkuvalt suurem huvi eelkõige kaasaegsema vara vastu.

Valdavalt olid uute ja uuemate elamute hinnad jäänud Tallinnas ja selle lähipiirkonnas vahemikku 500 000 – 850 000 €, mujal Harju maakonnas vahemikus 350 000 – 600 000 €. Atraktiivsemad on linnalähedaste ja linnasiseste uute või rekonstrueeritud väiksema pindalaga (120-150 $m^2$, min 3 magamistuba) ökonoomse küttelahendusega elamud. Elamu valikul oli tähtis, et sinna saaks kohe sisse kolida ning ostja enam täiendavaid kulusid tegema ei pea. Kui oli vaja ise ehitada või rekonstrueerida, siis oli müük veelgi keerukam, kuna ehitustegevus oli jätkuvalt üsna kulukas. Isetoimetamise üks negatiivsemaid külgi seisnes ka suurema omafinantseeringu vajaduses ehk remondiks pidi ka oma raha jätkuma.

Linna äärealadel olid nõutud 150-170 $m^2$ suurused 1-korruselised elamud, mille hinnad jäid vahemikku 350 000 - 550 000 €. Väga palju pöörati tähelepanu energiasäästule ja rahakotisõbralikele küttelahendustele, nt kõrgete energiahindade taustal oli maakütte olemasolu väga suur eelis. Samuti mõeldi päikesepaneelide paigaldamise peale. Vähe-nõudlikumad ostjad leppisid ka lokaalse katelseadme ja radiaatoritega küttesüsteemiga või õhk-soojuspumpadega. Oluliselt madalam huvi oli 1990. suuremahuliste elamute vastu, mis reeglina olid ruumilahenduselt, pindalalt ja küttelahenduselt ebaratsionaalsed.

Maakonna äärealadel oli suvilate ja talude huvipakkuv hinnatase vahemikus 40 000 – 70 000 €, linnale lähemale jäävates endistes suvituspiirkondades, kuhu oli rajatud palju aastaringseid üksikelamuid, oli hinnatase oluliselt kõrgem, jäädes valdavalt vahemikku 70 000 – 120 000 €.

Elamute ostul pöörati aina suuremat tähelepanu dokumentatsiooni korrasolekule. Ilma korras dokumentideta (kasutusloata) pank laenu reeglina ei anna või annab seda tähtajalisel tingimusel, et dokumentatsioon korrastataks.

Nõudlust jääb jätkuvalt mõjutama ebakindel majanduskeskkond, mis käesoleval aastal tõotab tulla eelneva aastaga üsna sarnane. Järelikult üldistades võib käesolevaks aataks prognoosida nõudluse jäämist suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

Elamuturu trendid:
- Nõudlus elamute ja suvilate vastu on püsinud madal nii Tallinnas kui Harjumaal tervikuna;
- Ostjad jagub eelkõige uuemale elamufondile, vähenenud on vanema ja odavama elamufondi tehingute maht;
- Varade keskmisel müügiperioodid on pikenenud;
- Elamute ehitusaktiivsus on jätkuvalt madal;
- Pakkumiste maht on jätkanud kasvu;
- Ostjad nõuavad aina rohkem korrektse dokumentatsiooniga elamuid;
- Elamu valimisel pööratakse väga suurt tähelepanu energiasäästule.

## Pakkumine

Jätkuvalt tuli turule juurde pakkumisi rohkem võrreldes nende realiseerimiskiirusega ehk Harjumaa elamispindade puhul ületas pakkumine nõudlust. Turu neelduvusvõime püsis jätkuvalt madal, sest ostu-müügitehingute arv oli suhteliselt

Jane Jürgenson                                                                                                      Domus Kinnisvara
Kutseline hindaja                                                                                                  Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                                                   Tel 646 4035

madal. Alates 2023. aastast on Harju maakonnas elamute pakkumiste arv kasvanud ning aasta algusega võrreldes on lisandunud umbes 600 objekti, mis teeb kasvumääraks umbes 50%. Suhteliselt rohkem kasvasid pakkumismahud väljaspool Tallinna linna, seevastu Tallinna jäi pakkumiste arv suhteliselt sarnasele tasemele.

Pakkumishinnad on Tallinnas mõnevõrra ülesse-alla kõikunud, aga kokkuvõtlikult jäänud küllaltki samale tasemele. Seevastu väljaspool Tallinna linna on pakkumishinnad langenud, kuid siin võib suuresti pidada põhjuseks odavama kinnisvara müüki lisandumist.



**Harju maakonna hoonestatud elamumaade keskmine pakkumiste arv ja keskmine hind aastatel 2019-2024 kuude lõikes**

Pakkumiste arv, tk

Keskmine hind, €/m²

Pakkumiste arv

Keskmine hind

Allikas: kinnisvaraportaal kv.ee, Domus Kinnisvara

Tallinnas oli kõige rohkem elamute pakkumisi Haabersti, Nõmmel ja Pirital, kuid neis linnaosades on ka enim hoonestatud elamumaade tehinguid. Väljaspool Tallinna linna oli enamus pakkumisi linnalähedastes suurvaldades, kus palju pakkumisi oli Saue vallas, Harku vallas, Viimsi vallas ja Lääne-Harju vallas.

**Prognoos:**

Tehinguhindade osas on täheldada juba mõningast aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, „hapude laenude" osakaal on senimaani püsinud väga madal ja kõige selle taustal on kodumajapidamised suutnud hakata taas säästma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumiste olevast varast lima jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teatavad määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni ehk ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a.-l. Seega on tõenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognoosi kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka sektor on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturuga taastuvasse faasi.

**Saku valla hoonestatud elamumaad**

Saku valla hoonestatud elamumaade tehingute arv on olnud võrdlemisi stabiilne jäädes viimase aasta jooksul ca 80-140 tehingu vahele aastas. Tehingute kõikumist mõjutab paljuski pakkumiste arv.

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1378-24
Case 2:22-cr-00185-RSL   Document 122   Filed 07/26/24   Page 20 of 43
Hindamisobjekt: korteriomand Tallinn, Tooma tee 26

Eelistatud elamupiirkonnad Saku vallas (kus asuvad ka kallimad varad) on valdavalt Tallinnale lähemal paiknevad olemasolevad ja uued elamupiirkonnad Tänassilma küla, Juulikuu küla. Samuti otsitakse kinnistuid endistesse suvila piirkondadesse (Metsanurme, Kiisa, Roobuka jne), mis on mõnevõrra vähem hinnatud, sest kinnistud on väiksemad ja asukoht Tallinnast kaugemal. Keskmised hinnad on viimasel 10. aastal olnud valdavalt kasvu suunas. 2023. aasta seevastu oli elamuhoonete tehingutes rahulikum aasta ja näha on hindade stabiliseerumist, mis käesoleva aasta esimeses kvartalis pöördunud taas tõusu suunas. Käesoleva aasta hinnatõusu võib põhjustada väiksema tehingute arvu juures olev suurem kallimate majade tehingute osakaal.

2022. aastal tehti 97 tehingut, keskmise hinnaga 185 527 €. 2023. aastal tehti 61 tehingut, keskmise hinnaga 183 451€. 2024. aasta esimesel kvartalil on tehtud 24 tehingut, keskmise hinnaga 257 460€.

Piirkonna hoonestatud elamumaade turgu illustrerib allolev tabel:



Allikas: Maa-amet

### 4.2.1. Müügitehingud

Hindaja on analüüsinud ridaelamukorteritega tehtud müügitehinguid, mis paiknevad hinnatava varaga sarnases turupiirkonnas Saku ja Saue vallas. Välja on toodud ridaelamukorteritega teostatud tehingud, mille müügitehingud on toimunud viimase 2 aasta jooksul ning mille seisukord on hea või väga hea:

| Asukoht | Kirjeldus | Aeg | Hind, € | Hooviala suurus, m² |
|---------|-----------|-----|---------|---------------------|
| Saue vald Laagri alevik | väga hea, betoonkonstruktsioonis ridaelamu äärmine korter (2020), siseviimistlus väga hea, kohtkindel mööbel olemas, snp 125,8 m², lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, kasvuhoone, talveaed, abihoone | veebr 2024 | 360 000 | 895 |
| **Saku vald Männiku küla** | **hea/väga hea, puitkonstruktsioonis ridaelamu keskmine korter (2017), siseviimistlus hea/väga hea, kohtkindel mööbel olemas, snp 111,9 m², lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, päikesepaneelid, tsentraalne vesi ja kanalisatsioon, madal- ja kõrghaljastus, kuur** | **nov 2023** | **293 100** | **120** |
| **Saku vald Tänassilma küla** | **hea/väga hea, kivikonstruktsioonis ridaelamu äärmine korter (2018), siseviimistlus hea, kohtkindel mööbel olemas, snp 106,0 m², lokaalküte (gaasikatel), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, abihooned puuduvad** | **nov 2023** | **289 000** | **500** |
| **Saku vald Männiku küla** | **hea/väga hea, puitkonstruktsioonis ridaelamu keskmine korter (2006), siseviimistlus hea, kohtkindel mööbel olemas, snp 120,8 m²,** | **aug 2023** | **235 000** | **2145 (5 boksi ühis-kasutuses)** |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Saku vald, Männiku küla, Tooma tee 26

| Asukoht | Kirjeldus | Aeg | Hind, € | Hooviala suurus, m² |
|---|---|---|---|---|
| | **lokaalküte (pelletkatel), loomulik ventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, panipaik** | | | |
| Saku vald Männiku küla | hea/väga hea, puitkonstruktsioonis ridaelamu äärmine korter (2006), siseviimistlus väga hea, kohtkindel mööbel olemas, snp 142,9 m², lokaalküte (pelletkatel), loomulik ventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, panipaik | juuli 2022 | 297 000 | 2145 (5 boksi ühis-kasutuses |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

### 4.2.2. Turustatavuse analüüs[3]

| | |
|---|---|
| Hinnatava vara lõppkasutajad | Vara potentsiaalne lõppkasutaja on kohaliku elanikkonna hulgast, samas võib selleks olla ka mujalt Eestist ja väljapoolt Eestist Tallinna lähiümbrusesse elama asuda sooviv pere |
| Lõppkasutajaid iseloomustavad tunnused | Stabiilne keskmisel tasemel sissetulek olemas, et vara soetada |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Vara rahuldab turusegmendi nõudeid, kuna selles vara segmendis on kõrgelt hinnatud Tallinnas või Tallinna lähedal asuvates väljakujunenud elamupiirkondades paiknevad heas ja väga heas seisukorras elamuosad |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Raske konkreetselt öelda, pigem keskmine hulk |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Raske konkreetselt öelda, pigem keskmine hulk |
| Konkureeriv pakkumine turul | Vt p 4.2.3 |
| Arendusprojektid | Puuduvad |
| Müügiperiood | 6 kuni 9 kuud |
| Müügihinnad | Müügihindade kasvu lähitulevikuks ei prognoosita. Pigem on nüüd turg tasakaalu otsiv ja seetõttu prognoosime hindade stabiliseerumist. |
| Alternatiivsed kasutused | Puuduvad |

### 4.2.3. Pakkumine

Kinnisvaraportaalides on hetkel Saku vallas pakkumisel ca 4 elamuosa, lähedal asuvas Saue vallas on pakkumisel ca 23 elamuosa, valdavalt on tegemist uuemate elamuosadega, mis asuvad Laagri alevikus või kõrgelt hinnatud Alliku külas. Kinnisvaraportaalides on hinnatava varaga analoogiliste varade pakkumishinnad 299 950 – 390 000 €, sõltudes kaugusest maakonna keskusest, elamuosa seisukorrast, krundi ja elamuosa suurusest.

---

[3] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara neeldub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahekorda hinnatava vara turusegmendis objektiivsemalt.

Jane Jürgenson                                                                                      Domus Kinnisvara
Kutseline hindaja                                                                                 Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                                      Tel 646 4035

Toome välja mõned hinnatava varaga analoogsed pakkumised:



Allikas: <u>www.kv.ee</u>

**Hinnatav vara ei ole hindajale teadaolevalt väärtuse kuupäeva seisuga avalikul müügipakkumisel.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

## 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava vara parim lubatav kasutus on kasutamine hoonestatud elamumaana, mis on füüsiliselt võimalik (antud asjaolu toetab hoone olemus ja asukoht), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hoone ja kinnistu juriidiline sihtotstarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete kinnistute vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutusfunktsioon puudub.

# 5. Hindamine

## 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varade sektoris tehakse valdavalt ostu-müügi tehinguid.

**Võrdlusmeetod** (sales comparison approach) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Case 2:22-cr-00185-RSL   Document 122   Filed 07/26/24   Page 23 of 43

võrdlusmeetodi rakendamisel juhul, kui võrdlemisel aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

## 5.2. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise teel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks teostatud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asukoht | Kirjeldus | Aeg | Hind, € | Hooviala suurus, m² |
|---------|-----------|-----|---------|---------------------|
| Saku vald Männiku küla | hea/väga hea, puitkonstruktsioonis ridaelamu keskmine korter (2017), siseviimistlus hea/väga hea, kohtkindel mööbel olemas, snp 111,9 m², lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, päikesepaneelid, tsentraalne vesi ja kanalisatsioon, madal- ja kõrghaljastus, kuur | nov 2023 | 293 100 | 120 |
| Saku vald Tänassilma küla | hea/väga hea, kivikonstruktsioonis ridaelamu äärmine korter (2018), siseviimistlus hea, kohtkindel mööbel olemas, snp 106,0 m², lokaalküte (gaasikatel), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, abihooned puuduvad | nov 2023 | 289 000 | 500 |
| Saku vald Männiku küla | hea/väga hea, puitkonstruktsioonis ridaelamu keskmine korter (2006), siseviimistlus hea, kohtkindel mööbel olemas, snp 120,8 m², lokaalküte (pelletkatel), loomulik ventilatsioon, tsentraalne vesi ja kanalisatsioon, madalhaljastus, panipaik | aug 2023 | 235 000 | 2145 (5 boksi ühis-kasutuses) |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Hindamisel võrdlusmeetodil kasutame tabelis väljatoodud tehinguid, kuna need on hinnatava varaga kõige paremini võrreldavad. Hindamisel kasutame tehinguid, mis on tehtud sarnaste hoonetega ja asuvad sarnases turupiirkonnas. Ülejäänuid tehinguid ei ole kasutatud, sest tegemist on ehituslikult uuema elamuosaga, mis paikneb mõnevõrra hinnatumas asukohas või ajaliselt vanema tehinguga.

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid. |
| Selgitused võrdlustehingute osas | • Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus.<br>• Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinna ei mõjuta. |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted |
|---|

| Võrdlusühiku valik[4] | Võrdlusühikuks valime tervikhinna, kuna antud vara liigi puhul iseloomustab see turu toimemehhanisme kõige paremini. |
|---|---|
| Võrdluselementide valik[5] | • **Ajaline kohandus** - Ajalist kohandust ei ole rakendanud, kuna vaadeldud aja jooksul on piirkonnas asuvate elamuosade hinnad püsinud stabiilsena. |

Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid:

- **Asukoha kohandus** – Varade hinda mõjutab piirkonna sisene asukoht, kaugus keskusest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase jne. Kohandatud on võrdlusvara nr 2, kuna see asub mõnevõrra parema infrastruktuuriga asukohas.
- **Hoone kandekonstruktsioonide materjal ja hoone tüüp** – kivikonstruktsioonis hooned on kõrgemalt hinnatud kui puitkonstruktsioonis hooned. Äärmised ridaelamukorterid on kõrgemalt hinnatud suurema privaatsuse tõttu. Kohandatud on võrdlusvarasid nr 1 ja 3.
- **Hoone seisukord ja ehitusaasta** – Paremas seisukorras hoonetes paiknevad elamuosad on kõrgemalt hinnatud. Kohandatud on kõiki võrdlusvarasid.
- **Elamuosa ruumide seisukord** – kvaliteetsema ja paremas seisukorras siseviimistlusega elamuosad on kõrgemalt hinnatud. Rohkem on hinnatud väärtusliku kohtkinda mööbliga varad. Hinnavahe kvaliteediklasside vahel on 5-40%. Kohandatud on võrdlusvarasid nr 2 ja 3.
- **Eluruumi pind, m²** – suurema pindalaga elamuosad on kõrgemas hinnaklassis. Eluhoone pindala on üks olulisemaid väärtust kujundavaid parameetreid, kuna see mõjutab otseselt selle kasutusvõimalusi ja mugavust. Ebaotstarbekalt suure pinnaga elamuosade mõju kinnistu väärtusele võib ka negatiivseks osutuda, kuna see toob kaasa ebamõistlikult kõrged majanduskulud. Kohandatud on kõiki võrdlusvarasid.
- **Kinnistu seisukord ja haljastus** – heakorrastatud ja kõrghaljastusega kinnistud on kõrgemalt hinnatud. Kohandatud on võrdlusvarasid nr 2 ja 3.
- **Küttesüsteem, ventilatsioon** – Lokaalse keskküttesüsteemiga või kaasaegsete ning ökonoomsete küttesüsteemidega (nt maasoojuspump, õhk-vesi soojuspump) elamud on ahi- ja elektriküttega elamutest enamhinnatud, rohkem on hinnatud sund- ja soojustagastusega ventilatsiooniga hooned. Päikesepaneelide olemasolu on turuväärtust suurendav tegur. Kohandatud on kõiki võrdlusvarasid.
- **Kinnistu suurus** – Suurematel kinnistutel paiknevad elamuosad on kõrgemalt hinnatud, kuna võimaldavad suuremat privaatsust, täiendavat ehitusõigust või sõltuvalt kinnistu asukohast, geomeetriast ja hoonestuse paigutusest ka võimalust kinnistu jagamiseks. Samas suurema kinnistuga kaasnevad ka suuremad korrashoiukulud, mistõttu kinnistu pindala suurenedes suureneb vara tervikhind proportsionaalselt kasulikkusele. Keskmisest suuremate kinnistute puhul tõstab vara väärtust 5%. Kohandatud on võrdlusvarasid nr 1 ja 3.
- **Abihooned, -pinnad** – abihoonete, lisapindade olemasolu ja nende seisukord mõjutab kinnisvara väärtust. Heas seisukorras ja oma funktsionaalsuselt vajalikud lisapinnad lisavad varale väärtust. Kohandatud on kõiki võrdlusvarasid.

Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%.

---

[4] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

[5] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Jane Jürgenson                                         Domus Kinnisvara
Kutseline hindaja                                       Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                 Tel 646 4035


Võrdlustabel:

| | HINNATAV VARA | VÕRDLUSTEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind:** | Kohandamisel lähtuti tehingu **tervikhinnast** | **293 100 €** | **289 000 €** | **235 000 €** |
| **m² hind:** | | **2619 €** | **2726 €** | **1945 €** |
| Tehingu aeg: | juuni 2024 | nov 2023 | nov 2023 | aug 2023 |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Ajaldamine | | 0% | 0% | 0% |
| **Ajaldatud tehinguhind:** | | **293 100 €** | **289 000 €** | **235 000 €** |
| **Asukoht:** | Saku vald, Männiku küla, Tooma tee 26 | Saku vald, Männiku küla | Saku vald, Tänassilma küla | Saku vald, Männiku küla |
| Võrdlus hinnatava varaga | | samaväärne | parem | samaväärne |
| Kohandus | | 0% | -5% | 0% |
| **Hoone kandekonstruktsioonide materjal ja hoone tüüp:** | kivikonstruktsioonis ridaelamu, äärmine korter | puitkonstruktsioonis ridaelamu, keskmine korter | kivikonstruktsioonis ridaelamu, äärmine korter | puitkonstruktsioonis ridaelamu, keskmine korter |
| Võrdlus hinnatava varaga | | kehvem | samaväärne | kehvem |
| Kohandus | | 10% | 0% | 10% |
| **Hoone seisukord ja ehitusaasta:** | hea, ehit. 1998 | hea/väga hea, ehit. 2017 | hea/väga hea, ehit. 2018 | hea/väga hea, ehit. 2006, rek. 2021 |
| Võrdlus hinnatava varaga | | parem | parem | parem |
| Kohandus | | -5% | -5% | -5% |
| **Hoone ruumide seisukord:** | hea/väga hea, kohtkindel mööbel olemas | hea/väga hea, kohtkindel mööbel olemas | hea, kohtkindel mööbel olemas | hea, kohtkindel mööbel olemas |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 5% | 5% |
| **Eluruumi pind, m²:** | 186,2 | 111,9 | 106,0 | 120,8 |
| Võrdlus hinnatava varaga | | väiksem | väiksem | väiksem |
| Kohandus | | 15% | 20% | 15% |
| **Kinnisasja seisukord ja haljastus:** | heakorrastatud, kõrghaljastus | heakorrastatud, madal- ja kõrghaljastus | heakorrastatud, madalhaljastus | heakorrastatud, madalhaljastus |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 5% | 5% |
| **Kütte liik:** | kohtküte (elektriseküte, ahi), loomulik ventilatsioon | lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, päikesepaneelid | lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon | lokaalküte (pelletkatel), loomulik ventilatsioon |
| Võrdlus hinnatava varaga | | parem | parem | parem |
| Kohandus | | -10% | -7% | -5% |
| **Hooviala suurus:** | 696 | ~ 120 | ~ 500 | 2145 (5 boksi ühiskasutuses) |
| Võrdlus hinnatava varaga | | kehvem | samaväärne | kehvem |
| Kohandus | | 5% | 0% | 5% |
| **Abihooned, pinnad:** | kuur, ridaelamu -1. korrusel garaaž ja kuur | kuur | puuduvad | panipaik |
| Võrdlus hinnatava varaga | | kehvem | kehvem | kehvem |
| Kohandus | | 5% | 5% | 5% |
| **Kohandused kokku:** | | **20%** | **18%** | **35%** |
| **Kohandatud tehinguhind:** | | 351 720 € | 341 020 € | 317 250 € |
| **Kohanduste absoluutväärtuste summa:** | | **50%** | **52%** | **55%** |
| Osakaalud | 100% | 40% | 35% | 25% |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



| | HINNATAV VARA | VÕRDLUSTEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Kaalutud kohandatud tehinguhind:** | | 140 688 € | 119 357 € | 79 313 € |
| **Kaalutud kohandatud keskmine tehinguhind:** | **339 358 €** | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodil 339 358 € ehk ümardatult **339 000 € (s.o 1637 €/m² ridaelamu sektsiooni suletud netopinna arvestuses).**

Võttes arvesse eelnevat ning sarnase turupiirkonna elamute turu hetkeolukorda, on hindaja seisukohal, et tulemus peegeldab õiglaselt hinnatava vara turuväärtust.

# 6. Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul **aadressil Harju maakond, Saku vald, Männiku küla, Tooma tee 26** asuva hoonestatud kinnisasja registriosa numbriga 2171102 (ridaelamu sektsioon) turuväärtus väärtuse kuupäeval

### 339 000 (kolmsada kolmkümmend üheksa tuhat) eurot.

Vara on keskmise likviidsusega, müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6 kuni 9 kuud. Hindamistulemuse täpsuseks hindame ±10%. Hindamistulemus ei sisalda käibemaksu.

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                                Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                                         Tel 646 4035



## Lisa 1. Fotod

Vaated ridaelamule ja kinnistule

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Ridaelamu sektsiooni I korruse ruumid
Esik, wc



Köök-söögituba-elutuba



**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

II korruse ruumid
Trepihall



Wc-duširuum

  

Magamistuba 1, garderoob

  

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Magamistuba 2, garderoob

 

Trepp III korrusele



III korruse ruumid
Panipaik

 

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Tuba





Trepp keldrikorrusele



Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1378-24
Case 2:22-cr-00185-RSL   Document 122   Filed 07/26/24   Page 32 of 43
Haapsalu linn, Uuemõisa küla, Panga mnt 4a, Tooma tee 26

Keldrikorruse ruumid
Sauna eesruum, panipaik, duširuum, leiliruum, wc





**Domus Kinnisvara**

Jane Jürgenson                                                    Domus Kinnisvara
Kutseline hindaja                                              Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee          Tel 646 4035

Eksperthinnang nr 1378-24
Haapukmetsa, Sakuvald, Harjumaa, Tooma tee 26

Garaaž, väljast eraldi sissepääsuga kuur





*Allikas: hindaja info*

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Hüpoteeködava Saku vald, Männiku küla, Tooma tee 26

## Lisa 2. Kinnistusregistri väljavõte

Registriosa:

| | |
|---|---|
| Registriosa number | 2171102 |
| Kinnistusosakond | Tartu kinnistusosakond   Maakohtu |
| Kinnistu nimi | Tooma 26 |

### I   jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 71801:001:1220 | Elamumaa 100%, Harju maakond, Saku vald, Männiku küla, Tooma tee 26. | 697 m2 | Maakatastri andmed üle võetud 24.04.2024. | kehtiv |

### II   jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Ühisomanikud: Andrei Babkin (isikukood 35903242225) ja Larisa Babkina (isikukood 46203012245) | 08.09.2004 kinnistamisavalduse alusel sisse kantud 08.10.2004. kohtunikuabi S. Toomla | kehtiv |

### III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|

### IV jagu – HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | Hüpoteek summas 2 145 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 2 145 000,00 EEK | Sisse kantud 8.10.2004. 30.07.2013 asjaõiguslepingu alusel muudetud 23.08.2013. Kohtunikuabi Mare Tomingas | kehtiv |
| 2 | Hüpoteek summas 320 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele | 320 000,00 EEK | | kehtiv |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Eksperthinnang nr 1378-24
Hüpoteek, Kuusalu vald, Valkla küla, Tooma tee 26

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| | hüpoteegiga tagatud nõude rahuldamiseks, 11.03.2010 asjaõiguslepingu alusel sisse kantud 19.03.2010. Kohtunikuabi Sigrid Orumets | | | |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Jane Jürgenson
Kuupäev: 31.05.2024 16:31:49

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

**Lisa 3. Ehitisregistri väljavõte**

# Ridaelamu sektsioon (EHR kood 120773125)

## Ehitise üldinfo

| Näitaja | EHR andmed |
|---|---|
| Ehitise aadress | Harju maakond, Saku vald, Männiku küla, Tooma tee 26 |
| Ehitisregistri kood | 120773125 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | ridaelamu sektsioon |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 1998 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

## Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
|---|---|
| Kasutamise otstarve, eluruumi pind (m2) | Ridaelamu või kaksikelamu sektsioon (juhul kui on oma katus ja sissepääs maapinnalt) (11102) 186,2 |
| **Eluruumide pind kokku** | **186,2** |
| **Mitteeluruumide pind kokku** | **0,0** |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Ehitise mõõtmed

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 77,2 |
| Maapealse osa alune pind (m2) | 77,2 |
| Köetav pind (m2) | 207,1 |
| Suletud netopind (m2) | 207,1 |
| Üldkasutatav pind (m2) | 20,9 |
| Tehnopind (m2) | 0,0 |
| Maapealsete korruste arv | 3 |
| Maa-aluste korruste arv | 1 |
| Kõrgus (m) | 10,1 |
| Absoluutne kõrgus (m) | 47,0 |
| Pikkus (m2) | 11,7 |
| Laius (m) | 6,7 |
| Sügavus (m) | 2,4 |
| Maht (m3) | 779,7 |
| Maapealse osa maht (m3) | 965,0 |

## Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | monoliitne raudbetoon; monteeritav raudbetoon; muu: plastikpaneelidest vooder |
| Välisseina liik | tellis; laudis |
| Välisseina välisviimistluse materjali liik | fassaadiplaat (seal hulgas tsementkiudplaat) |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon; monoliitne raudbetoon |
| Katuse ja katuslagede kandva osa materjali liik | |
| Katusekatte materjali liik | katusekivi |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



## Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
|---|---|
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | kohtküte |
| Soojusallika liik | elektriotseküte; ahi, kamin, pliit |
| Energiaallika liik | tahke (puit, turvas, brikett, puitgraanul, saepuru vmt); elekter |
| Ventilatsiooni liik | loomulik ventilatsioon |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | |

## Ehitise asukoht

| Kuju nr | Näitaja | EHR andmed |
|---|---|---|
| 1 | Nimetus | ridaelamu sektsioon |
| | Geomeetria moodustusviis | Kaardistatud |
| | Tüüp | Pind |
| | Koordinaadid | 1. 6578317.88   539090.12 |
| | | 2. 6578315.86   539096.86 |
| | | 3. 6578328.06   539100.51 |
| | | 4. 6578330.08   539093.77 |
| | | 5. 6578317.88   539090.12 |
| | Kuju aadressid | Harju maakond, Saku vald, Männiku küla, Tooma tee 26 |

**Ehitisel on 1 kuju**

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Ehitise osad

| Osa nr | Näitaja | EHR andmed |
|---|---|---|
| | Ehitise osa tüüp | Eluruum |
| | Sissepääsu korrus | 1 |
| | Ehitise kuju, kus hooneosa asub | 1: ridaelamu sektsioon |
| | Hooneosa aadress | |
| | Ehitise osa pind (m2) | 186,2 |
| | Köetav pind (m2) | 186,2 |
| | Rõdude ja lodžade pind (m2) | |
| | Tubade arv | 5 |
| | Köökide arv | |
| | Avatud köökide arv | 1 |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš; saun |
| | Gaasipaigaldis | puudub |
| | Soojusvarustuse liik | kohtküte |
| | Soojusallika liik | elektriotseküte; ahi, kamin, pliit |
| | Energiaallika liik | tahke (puit, turvas, brikett, puitgraanul, saepuru vmt); elekter |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



| Osa nr | Näitaja | EHR andmed |
|--------|---------|-----------|
| | Ehitise osa tüüp | Mitteeluruum |
| | Sissepääsu korrus | |
| | Ehitise kuju, kus hooneosa asub | 1: ridaelamu sektsioon |
| | Ehitise osa nimetus | Üldkasutatav ala |
| | Kasutamise otstarve | Ridaelamu või kaksikelamu sektsioon (juhul kui on oma katus ja sissepääs maapinnalt) |
| | Hooneosa aadress | |
| | Ehitise osa pind (m2) | 20,9 |
| | Köetav pind (m2) | |
| | Rõdude ja lodžade pind (m2) | |
| | Tubade arv | |
| | Köökide arv | |
| | Avatud köökide arv | |
| | Tualettruumi liik | |
| | Pesemisvõimaluse liik | |
| | Gaasipaigaldis | |
| | Soojusvarustuse liik | |
| | Soojusallika liik | |
| | Energiaallika liik | |
| **Kokku** | | |
| | Kokku eluruume, pind (m2) | 1, 186,2 |
| | Kokku mitteeluruume, pind (m2) | 1, 20,9 |
| | Ehitise osade pind kokku (m2) | 207,1 |
| | Köetav pind (m2) | 186,2 |
| | Rõdude ja lodžade pind (m2) | 0,0 |
| | Tubade arv | 5 |
| | Köökide arv | 0 |
| | Avatud köökide arv | 1 |

*Allikas: riiklik ehitisregister, 31.05.2024*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1378-24

Harjumaa, Saku vald, Männiku küla, Tooma tee 26

## Vastavuskinnitus standardi nõuetele

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.


Hindamisaruande koostaja ja kinnitaja:

/allkirjastatud digitaalselt/
Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

**Registriosa:**

| | |
|---|---|
| Registriosa number | 2171102 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Kinnistu nimi | Tooma 26 |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 71801:001:1220 | Elamumaa 100%, Harju maakond, Saku vald, Männiku küla, Tooma tee 26. | 697 m2 | Maakatastri andmed üle võetud 24.04.2024. | kehtiv |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Ühisomanikud: Andrei Babkin (isikukood 35903242225) ja Larisa Babkina (isikukood 46203012245) | 08.09.2004 kinnistamisavalduse alusel sisse kantud 08.10.2004. kohtunikuabi S. Toomla | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| | | | |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | Hüpoteek summas 2 145 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 2 145 000,00 EEK | Sisse kantud 8.10.2004. 30.07.2013 asjaõiguslepingu alusel muudetud 23.08.2013. Kohtunikuabi Mare Tomingas | kehtiv |
| 2 | Hüpoteek summas 320 000,00 krooni AS SEB Pank (registrikood 10004252) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele | 320 000,00 EEK | | kehtiv |

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| | hüpoteegiga tagatud nõude rahuldamiseks. 11.03.2010 asjaõiguslepingu alusel sisse kantud 19.03.2010. Kohtunikuabi Sigrid Orumets | | | |

Asutus: Advokaadibüroo LEVIN OÜ

Nimi: Esta Press

Kuupäev: 05.06.2024 17:00:59

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.