AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:22-cr-00185-RSL |
| Ivan Turogin | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

**Residential villa located  in Parekklisia, Limassol, Cyprus valued at approximately €9,900,000.00
The value is evidenced by its listing price by the realtors Century 21.
The house is encumbered my a mortgage with an outstanding loan balance of approximately €1,300.000.00**

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above.  We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

**The property is owned by Raduga Zeus Residence Limited, which is a limited company ultimately owned by Denis Turõgin through the corporate structure of Cypriot entities. His ownership of the property and recourse is explained in the attached legal opinion Law Offices L.G. Zambartas LLC**

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.*  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.*  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

City and state: _____

DENISS TUROGIN
*Property owner's printed name*

_____
*Defendant (if a property owner)*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Date: July 26, 2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Agreement accepted.

Date: July 26, 2024

*UNITED STATES OF AMERICA*
JEHIEL I. BAER, Assistant United States Attorney

*Assistant United States Attorney's signature*

Agreement approved.

Date: July 26, 2024

*Judge's signature*

(Τύπος Ν. 131Α)

ΚΥΠΡΙΑΚΗ   ΔΗΜΟΚΡΑΤΙΑ

## ΤΜΗΜΑ ΚΤΗΜΑΤΟΛΟΓΙΟΥ
## ΚΑΙ ΧΩΡΟΜΕΤΡΙΑΣ

# Πιστοποιητικό Εγγραφής
# Ακίνητης Ιδιοκτησίας

| Επαρχία | : | 5 | ΛΕΜΕΣΟΣ | **Αριθμός Εγγραφής** |
|---|---|---|---|---|
| Δήμος/Κοινότητα | : | 125 | ΠΑΡΕΚΚΛΗΣΙΑ | 2/28 |

Ενορία       :  00

**Αναφορά Κτηματικού Σχεδίου**

Τοποθεσία    : ΜΙΤΣΟΑΔΕΣ

Διεύθυνση    :

Έκταση       : Δεκάρια : 0     Τετρ. Μέτρα :  911

Σύνορα       : Όπως φαίνονται στο επίσημο Κτηματικό σχέδιο

Φύλλο    : 54
Σχέδιο   : 47W1
Τμήμα    : 2
Τεμάχιο : 29
Κλίμακα : 1:2500

## ΣΤΟΙΧΕΙΑ ΙΔΙΟΚΤΗΤΗ ΚΑΙ ΣΥΜΦΕΡΟΝ

| Διακριτικός Αριθμός | Όνομα και Διεύθυνση | Μερίδιο |
|---|---|---|
| 223420/3/21 | RADUGA ZEUS RESIDENCE  LTD<br>ΚΑΡΑΙΣΚΑΚΗ ΑΡ. 13, 3032 , ΛΕΜΕΣΟΣ ΚΥΠΡΟΣ | ΟΛΟ |

Ημερομηνία Εγγραφής : 21/04/2008          Αριθμός Φακέλου : 5/Π/1670/2008

ΠΕΡΙΓΡΑΦΗ ΑΚΙΝΗΤΗΣ ΙΔΙΟΚΤΗΣΙΑΣ

ΧΩΡΑΦΙ

Αξία Γεν. Εκτίμησης 01/01/2018: €819.900,00          01/01/2021:  €637.700,00

ΣΗΜΕΙΩΣΕΙΣ

ΔΙΚΑΙΩΜΑΤΑ / ΔΟΥΛΕΙΕΣ

...............................................
( ΜΑΡΙΑ ΕΛΕΥΘΕΡΙΟΥ )

Ημερομηνία Έκδοσης:          15/01/2024 Για Διευθυντή Τμήματος Κτηματολογίου και Χωρομετρίας.



Βλέπετε τις σημειώσεις στην τελευταία σελίδα.

ΣΗΜΕΙΩΣΕΙΣ:

1. Όλες οι πληροφορίες που αναγράφονται στο παρόν Πιστοποιητικό, ανταποκρίνονται στην ημερομηνία έκδοσής του.

2. Το σχεδιάγραμμα που υπάρχει, δεν είναι στην κλίμακα που αναγράφεται στο Πιστοποιητικό και δεν μπορεί να χρησιμοποιηθεί για εξαγωγή χωρομετρικών δεδομένων.

3. Στο Πιστοποιητικό δεν αναγράφονται υποθήκες ή άλλες επιβαρύνσεις που πιθανόν να βαρύνουν το ακίνητο ή τον ιδιοκτήτη του.

4. Η έκταση του τεμαχίου που αναγράφεται στο παρόν Πιστοποιητικό πιθανόν να μην είναι ακριβής, σε περίπτωση που αυτή υπολογίστηκε γραφικά από το εν χρήσει κτηματικό σχέδιο.

5. Οι αξίες της Γενικής Εκτίμησης υπολογίζονται για σκοπούς καθορισμού φορολογίας ή/και άλλων τελών και δεν αποτελούν την αγοραία αξία του ακινήτου.



Certified true copy

CYPROSERVUS CO. LIMITED
Secretary
02/11/2023

ΚΥΠΡΙΑΚΗ
REPUBLIC

ΔΗΜΟΚΡΑΤΙΑ
OF CYPRUS

HE  223420

HE 44

THE COMPANIES LAW, CAP. 113

Section 15(1)

## CERTIFICATE OF INCORPORATION

IT IS HEREBY CERTIFIED that,

**PANDOMUS PROPERTY & THEODOROS PANAYIOTOU & SON DEVELOPERS JOINT VENTURE LIMITED**

has this day been incorporated under the Companies Law, Cap. 113 as a Limited

Liability Company.

 Given under my hand in Nicosia on the 20th of  February,  2008

....................................................

Registrar of Companies

TRANSLATED TRUE COPY

 for Registrar of Companies

5 September, 2023

ANNITA CHRISTODOULOU

There have been changes of the name

ΚΥΠΡΙΑΚΗ
REPUBLIC

ΔΗΜΟΚΡΑΤΙΑ
OF CYPRUS

HE  223420

HE 46

THE COMPANIES LAW, CAP. 113

Section 19(3)

## CERTIFICATE OF CHANGE OF NAME

IT IS HEREBY CERTIFIED that,

**PANDOMUS PROPERTY & THEODOROS PANAYIOTOU & SON DEVELOPERS JOINT VENTURE LIMITED**

has changed its name by Special Resolution and is hereby named

**RADUGA ZEUS RESIDENCE LTD**

and that the new name has been entered on the Register of Companies

Given under my hand in Nicosia on the 3rd of  September,  2023

.................................................

Registrar of Companies

TRANSLATED TRUE COPY

for Registrar of Companies
5 September  2023

ANNITA CHRISTODOULOU



ΚΥΠΡΙΑΚΗ REPUBLIC   ΔΗΜΟΚΡΑΤΙΑ OF CYPRUS

**HE 223420**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

4 September, 2023

## CERTIFICATE

RADUGA ZEUS RESIDENCE LTD

It is hereby certified that, in accordance with the records kept by this Department, the Registered Office of the above Company is situated at:

Karaiskaki, 13
3032, Limassol, Cyprus

For Registrar of Companies

ANNITA CHRISTODOULOU

There have been changes of the name

Organization number: 345412, Record number: 35994616



ΚΥΠΡΙΑΚΗ   ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC   OF CYPRUS

**HE 223420**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

24 October, 2023

**CERTIFICATE**

RADUGA ZEUS RESIDENCE LTD

It is hereby certified that, in accordance with the records kept by this Department, the following are the Director  and Secretary  of the above Company:

| | |
|---|---|
| Director | Country of Nationality |
| **DANA TUROGINA** | Estonia |
| Amathountas, 33 ALAKATOUDI COURT B, Flat/Office 23 4532, Limassol, Cyprus | |
| Secretary | Country of Nationality |
| **CYPROSERVUS CO. LIMITED** | |
| Arch. Makariou III, 284 FORTUNA COURT, BLOCK B, 3rd floor, Flat/Office 32 3105, Limassol, Cyprus | |

For Registrar of Companies

Georgios Triftarides

There have been changes of the name



ΚΥΠΡΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC OF CYPRUS

**HE 223420**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

4 September, 2023

**CERTIFICATE**

RADUGA ZEUS RESIDENCE LTD

It is hereby certified that, in accordance with the records kept by this Department the following are the Shareholders of the above Company :

| Names and Addresses | Class (value) | No. of Shares |
|---|---|---|
| **RADUGA REAL ESTATE LTD** Karaiskaki, 13 3032, Limassol, Cyprus | ORDINARY ( EUR 1.00 ) | 20000 |

for Registrar of Companies

ANNITA CHRISTODOULOU

There have been changes of the name

Organization number: 345412, Record number: 35994617



ΚΥΠΡΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC OF CYPRUS

**HE 436786**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

1 December, 2023

**CERTIFICATE**

RADUGA REAL ESTATE LTD

It is hereby certified that, in accordance with the records kept by this Department the following are the Shareholders of the above Company :

| Names and Addresses | Class (value) | No. of Shares |
|---|---|---|
| **RADUGA CAPITAL LTD** Karaiskaki, 13 3032, Limassol, Cyprus | ORDINARY ( EUR 1.00 ) | 1000 |

for Registrar of Companies

*Georgios Triffarides*

There have been changes of the name

## A P O S T I L L E

*(Convention de La Haye du 5 octobre 1961)*

1. Country: Cyprus

   This public document

2. has been signed by Georgios Triftarides

3. acting in the capacity for Registrar of Companies

4. bears the seal/stamp of Department of Registrar of Companies and Intellectual Property, Ministry of Energy, Commerce and Industry

Certified

5. at APOSTILLE - LIMASSOL MJPO OFFICE                 6. the 06/12/2023

7. by Despo Xenofontos

8. No LIM MJPO-LIM 000400874/2023

9. Seal/stamp:                                10. Signature:



For Permanent Secretary
Ministry of Justice and Public Order
37446071



ΚΥΠΡΙΑΚΗ    ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC    OF CYPRUS

**HE 402384**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

1 December, 2023

### CERTIFICATE

RADUGA CAPITAL LTD

It is hereby certified that, in accordance with the records kept by this Department the following are the Shareholders of the above Company :

| Names and Addresses | Class (value) | No. of Shares |
|---|---|---|
| **LJW HOLDINGS LIMITED**<br>Karaiskaki, 13<br>3032, Limassol, Cyprus | ORDINARY ( EUR 1.00 ) | 1000 |

for Registrar of Companies

*Georgios Triftarides*

There have been changes of the name

## APOSTILLE

*(Convention de La Haye du 5 octobre 1961)*

1. Country: Cyprus

   This public document

2. has been signed by Georgios Triftarides

3. acting in the capacity for Registrar of Companies

4. bears the seal/stamp of Department of Registrar of Companies and Intellectual Property, Ministry of Energy, Commerce and Industry

Certified

5. at APOSTILLE - LIMASSOL MJPO OFFICE              6. the 06/12/2023

7. by Despo Xenofontos

8. No LIM MJPO-LIM 000400880/2023

9. Seal/stamp:                                  10. Signature:



For Permanent Secretary
Ministry of Justice and Public Order
12321108



ΚΥΠΡΙΑΚΗ      ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC      OF CYPRUS

**HE 383696**

MINISTRY OF ENERGY, COMMERCE AND INDUSTRY
DEPARTMENT OF REGISTRAR OF
COMPANIES AND INTELLECTUAL PROPERTY
NICOSIA

26 January, 2024

**CERTIFICATE**

LJW HOLDINGS LIMITED

It is hereby certified that, in accordance with the records kept by this Department
the following are the Shareholders of the above Company :

| Names and Addresses | Class (value) | No. of Shares |
|---|---|---|
| **DENISS TUROGIN** | | |
| Amathountas, 33 ALAKATOUDI COURT 2, Flat/Office 23 Agios Tychon (Touristiki Periochi),  4532, Limassol, Cyprus | ORDINARY ( EUR 1.00 ) | 1000 |

for Registrar of Companies

ANNITA CHRISTODOULOU

Organization number: 539062, Record number: 36836894



C21 GLOBAL    C21 GREECE

FIND A HOME    OUR BLOG    CONTACT US

# 7 BEDROOM VILLA IN LIMASSOL

SEND ENQUIRY

Parekklisia, Limassol

| PRICE    FOR SALE | BEDROOMS | BATHROOMS | INTERNAL AREA | COVERED VERANDAS | PLOT SIZE |
|---|---|---|---|---|---|
| €9,900,000 | 7 | 5 | 900 sq.m. | 30 sq.m. | 840 sq.m. |



        

1 / 14

## DESCRIPTION

Welcome to our showcase of refined living in Cyprus.
This property features a distinguished private villa that embodies sophistication. This exceptional villa isn't just a home, it's a lifestyle statement, covering 900 sq.m. + 30 sq.m. covered verandas. Each detail exudes lavishness, from the meticulously designed interiors to the carefully landscaped surroundings. With breathtaking views and a location that seamlessly merges privacy with convenience. The location of the property allows for a short distance walk to the beach, additionally, the house

READ MORE

## MAP LOCATION



## ADDITIONAL DETAILS:

## FEATURES:

C21 GLOBAL   C21 GREECE

**CENTURY 21.**
Cyprus

FIND A HOME     OUR BLOG     CONTACT US

CONDITION

Google

---

**PROPERTY AGENT**

## Victoria Darie

📞 +357 25 580 030
✉ victoria.darie@c21cy.com

ENQUIRE NOW

---

**YOU MIGHT ALSO LIKE**

### 6 Bedroom Villa in Limassol

**€9,600,000 + VAT**   FOR SALE

📍 Limassol

🛏 6   🛁 4   🏠 230 sqm   ⊞ 644 sqm

### 6 Bedroom Villa in Limassol

**€9,500,000 + VAT**   FOR SALE

📍 Germasogeia, Limassol

🛏 6   🛁 6   🏠 854 sqm   ⊞ 1,458 sqm

### 3 Bedroom Villa in Limass

**€1,580,000 + VAT**   FOR SALE

📍 Agios Tychonas, Limassol

🛏 3   🛁 3   🏠 161 sqm   ⊞ 42

---

**CENTURY 21.**
Cyprus

**COMPANY**

About CENTURY 21
Blog
Fin          me
Sel         ne

**GLOBAL**

Global Website

**GET IN TOUCH**

+357 25 58 00 30

Malora Realty Ltd,
Licensed Estate Agent
Reg 1141 License 110/E

  



FIND A HOME     OUR BLOG     CONTACT US

GET THE LATEST UPDATES.
SUBSCRIBE FOR OUR NEWSLETTER

email@gmail.com

© Copyright 2024. Century21. All Rights Reserved.

# ΤΜΗΜΑ ΚΤΗΜΑΤΟΛΟΓΙΟΥ ΚΑΙ ΧΩΡΟΜΕΤΡΙΑΣ

## ΕΠΑΡΧΙΑΚΟ ΚΤΗΜΑΤΟΛΟΓΙΚΟ ΓΡΑΦΕΙΟ
### ΛΕΜΕΣΟΥ
05/06/2024

### ΠΙΣΤΟΠΟΙΗΤΙΚΟ ΕΡΕΥΝΑΣ ΑΚΙΝΗΤΗΣ ΙΔΙΟΚΤΗΣΙΑΣ
### ΜΕ ΕΜΠΡΑΓΜΑΤΑ ΒΑΡΗ

Αριθμός Αιτήσεως:  5/ΠΕΡ/2006/2024

Αιτητής: RADUGA ZEUS RESIDENCE  LTD                    Διακριτικός Αρ.:  223420/3/21

Διεύθυνση: ΚΑΡΑΙΣΚΑΚΗ ΑΡ. 13,, 3032 ,, ΛΕΜΕΣΟΣ ΚΥΠΡΟΣ

Τύπος F. 17: 3018361                    Ημερομηνία: 05/06/2024

Έρευνα για: επιβαρύνσεις στο ακίνητο με αρ. εγγραφής 2/28 στην κοινότητα Παρεκκλησιά.

Όνομα για το οποίο έγινε έρευνα:     RADUGA ZEUS RESIDENCE  LTD                    Διακριτικός Αρ. 223420/3/21

Διεύθυνση ΚΑΡΑΙΣΚΑΚΗ ΑΡ. 13,, 3032 ,, ΛΕΜΕΣΟΣ ΚΥΠΡΟΣ

| Αρ.Εγγραφής Ημερ.Εγγραφής | Αρ. Φακέλου | Γεωγρ.Περιοχή Τοποθεσία/ Διεύθυνση | Τμήμα Φύλλο | Σχέδιο | Τεμάχιο | Είδος Ακινήτου | Εμβαδό τ.μ./ Καλ.χώρος Ακαλ.Βεραν. Καλ.Βεραν. | Μοίρα ή Συμφέρο | Αξία Γεν.Εκτίμησης 01/01/2018 01/01/2021 |
|---|---|---|---|---|---|---|---|---|---|
| 2/28 1/04/2008 | 5/Π/1670/2008 | ΛΕΜΕΣΟΣ, ΠΑΡΕΚΚΛΗΣΙΑ, ΜΙΤΣΟΛΑΔΕΣ | 2   54 | 47W1 | 29 | ΧΩΡΑΦΙ | 911 | 1/1 | €819.900,00 €637.700,00 |

| ΕΠΙΒΑΡΥΝΣΕΙΣ : Αρ. Φακέλου | Ημ. Αποδοχής | Επηρεαζόμενο Μερ. στο Ακίνητο | Ποσό/Τιμή Πώλησης | Έξοδα | Τόκος | Επιτόκιο | Αρ. Παραπομπής |
|---|---|---|---|---|---|---|---|
| 5/Υ/533/2024 | 12/03/2024 | 1/1 | €2.000.000,00 | | | Κυμαινόμενο | |

Υποθήκη

Δανειστής     217050/3/21     EUROBANK CYPRUS LIMITED          ΑΡΧΙΕΠΙΣΚΟΠΟΥ ΜΑΚΑΡΙΟΥ Γ, 41,  1065, ΑΓΙΟΣ ΑΝΤΩΝΙΟΣ, ΔΗΜΟΣ ΛΕΥΚΩΣΙΑΣ, ΛΕΥΚΩΣΙΑ

ΥΠΟΔΕΙΞΗ: * Ιδιοκτησία που δεν φέρει ημερομηνία εγγραφής δεν είναι εγγεγραμμένη.
Κάθε πιστοποιητικό πρέπει να φέρει ημερομηνία, υπογραφή και σφραγίδα.

Σφραγίδα

ΑΝΤΙΓΟΝΗ ΜΑΝΑΡΗ

(. . . . . . . . . . . . . . . . . . .)

Για Διευθυντή
Τμήματος Κτηματολογίου και Χαρτογραφίας