AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-cr-00185-RSL |
| | ) | |
| Ivan Turogin | ) | |
| *Defendant* | ) | |

### AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

     To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

## Residential apartment located at Roosi 6-1, Jõhvi, Estonia
## The value has been appraised at €31,000.00 and the apartment is not covered by any mortgage

    *Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

## Ownership is demonstrated by the Land Registry extract

    *Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

    *Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

    *Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

    *Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

    *Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: *06 - 12 - 2024*

City and state: *JÕHVI, ESTONIA*

_____
Defendant (if a property owner)

*GALINA TURÕGINA*
_____
Property owner's printed name

*J. Turõg,*
_____
Property owner's signature

*JÜRI  TURÕGIN*
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Date: _____
July 26, 2024

CLERK OF COURT

*Martin Valencia*
_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: _July 26, 2024_

UNITED STATES OF AMERICA

JEHIEL I. BAER, Assistant United States Attorney

_____
Assistant United States Attorney's signature

Agreement approved.

Date: _July 26, 2024_

_____
Judge's signature



## Eksperthinnang nr 074-24-NA

| | |
|---|---|
| Vara: | Korteriomand, registriosa nr 3187508 (eluruum, 3-toaline korter) |
| Aadress: | Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1 |
| Väärtuse kuupäev: | 03.06.2024 |
| Hindamisaruande kuupäev: | 05.06.2024 |
| | |
| **Turuväärtus:** | **31 000 € (kolmkümmend üks tuhat eurot)** |
| Koostaja: | *allkirjastatud digitaalselt/* <br> Vadim Frik <br> Kutseline nooremhindaja, tase 5, <br> kutsetunnistus nr 207203 <br> Eesti Kinnisvara Hindajate Ühingu liige |
| Kinnitaja: | *allkirjastatud digitaalselt/* <br> Lea Kull <br> Kinnisvara hindaja, tase 6 <br> kutsetunnistus nr 163047 <br> Eesti Kinnisvara Hindajate Ühingu liige |


## Sisukord

KOKKUVÕTE ........................................................................................................................................ 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ............................................................................ 4
    1.1. Hinnatav vara ja hindamise eesmärk ...................................................................................... 4
    1.2. Hindamise alused ning hindamisaruande avaldamine ............................................................ 4
    1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta ....................................... 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ................................................................... 5
    2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon ............................................... 5
    2.1. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsioon) ja tegeliku olukorra vahel ................. 5
    2.2. Hinnatava vara ülevaatus ........................................................................................................ 5

**3. Hinnatava vara kirjeldus** ............................................................................................................. 6
    3.1. Asukoht .................................................................................................................................... 6
    3.2. Omandisuhted .......................................................................................................................... 7
    3.3. Maakasutus .............................................................................................................................. 8
    3.4. Hoone kirjeldus ....................................................................................................................... 9
    3.5. Hoone põhikonstruktsioonid ................................................................................................. 10
    3.6. Korteri üldandmed ................................................................................................................. 10
    3.7. Korteri viimistlus ja seisukord ............................................................................................... 11
    3.8. Korteri tehnosüsteemid ......................................................................................................... 11
    3.9. Hinnang hinnatava vara kestlikkuse väärtusele .................................................................... 11

**4. Turuülevaade** ............................................................................................................................ 12
    4.1. Majandusülevaade .................................................................................................................. 12
    4.2 Jõhvi linna  korterituru ülevaade ............................................................................................. 13
        4.2.1. Müügitehingud ............................................................................................................. 16
        **4.2.2. Turustatavuse analüüs** .............................................................................................. 17
        **4.2.3. Pakkumine** ................................................................................................................. 18
    **4.3. Parim kasutus** ...................................................................................................................... 18

**5. Hindamine** ................................................................................................................................. 18
    **5.1. Hindamise metoodiline alus ja põhimõtted** ........................................................................ 18
    **5.2. Turuväärtuse hinnang** .......................................................................................................... 19

**6. Hindamistulemus** ...................................................................................................................... 21

**Lisa 1. Fotod** ................................................................................................................................. 22

**Lisa 2. Kinnistusregistri väljavõte** ................................................................................................ 27

**Lisa 3. Ehitisregistri väljavõte** ...................................................................................................... 28

**Lisa 4. Korterelamu eksplikatsiooni väljavõte.** ............................................................................. 30

**Lisa 5. Korterelamu rekonstrueerimisprojekt, väljavõte** ............................................................. 31

**Vastavuskinnitus standardi nõuetele:** ........................................................................................... 35

**Domus Kinnisvara**

Vadim Frik                                            Domus Kinnisvara
Kutseline hindaja                                     Fama tn 10/2, Narva
Tel: +372 58528962

# KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Korteriomand, registriosa nr 3187508 (eluruum, 3-toaline korter) |
| Aadress | Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1 |
| Omanik | Galina Turõgina (isikukood 45203102253) |
| Katastritunnus | 25301:007:0160 |
| Omandivorm | Korteriomand |
| Korteriomandi üldpind | 61,70 m$^2$ (kinnistusregistri andmed) |
| Korteri eluruumi pind | 61,70 m$^2$ (ehitisregistri andmed) |
| Hinnang korteri üldisele seisukorrale | korteri üldine seisukord on hea |
| **HINDAMISARUANDE KOONDANDMED** | |
| Hinnangu eesmärk | laenutagatise turuväärtuse hindamine esitamiseks laenuandjale |
| Seos | kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehinguga ega omandisuhtega. |
| Ülevaatuse kuupäev | 03.06.2024 |
| Väärtuse kuupäev | 03.06.2024 |
| Hindamisaruande kuupäev | 05.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ, esindaja Pavel Ivanov |
| Tellimusleping | kirjalik tellimus e-maili teel, 31.05.2024 |
| Hindamise eeldused | Hindamise  tavapraktikast väljuvad eeldused puuduvad |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis prognoosime hinnatud turuväärtuse juures kuni 6 kuud. Likviidsuse hindame keskpäraseks. |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±5% |
| Käibemaks | Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmenti tehingud ei ole käibemaksuga maksustatavad. |
| **HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES** | |

- Hindaja on tuvastanud, et EHR-is korterelamu välisviimistluse kohta andmed puudulikud. Korterelamu fassaadid on soojustatud ja viimistletud krohviga, otsaseinad metalliga. Olemas sellekohane rekonstrueerimisprojekt ja ehitusteatis. Kasutusteatisega korrigeeritakse andmed ehitisregistris. Andmete puudulikus ei mõjuta hindamistulemust. Hindamisel arvestame tegeliku olukorraga. Hindaja soovitab korteriühistul pöörduda kohaliku omavalitsuse poole, et korrigeerida EHR-i andmed.
- Hindaja on tuvastanud ülevaatuse käigus, et köögi ja  lodža ühendamisega korteri köetav pind on suurem ca 4 m$^2$. Hindaja on seisukohal, et magamistuba nr.1 liitmine lodžaga eeldab projekti, ehitus- ja kasutusteatist (korteri eluruumi pinna suurendamine). Hindamisel arvestame tegeliku olukorraga. Hindaja soovitab pöörduda kohalik omavalitsuse poole, et korrigeerida andmed EHR-is.

Muus osas hindaja ei tuvastanud hindamistoimingu läbiviimisel andmete erinevust tegelike ja registrite andmete vahel.

| **HINDAMISTULEMUS** |
|---|

Tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1** asuva korteriomandi registriosa nr 3187508 turuväärtus väärtuse kuupäeval on **31 000 € (kolmkümmend üks tuhat eurot)**

| Hindamisaruande koostaja | Hindamisaruande kinnitaja |
|---|---|
| /allkirjastatud digitaalselt/ | /allkirjastatud digitaalselt/ |
| **Vadim Frik** | **Lea Kull** |
| Kutseline nooremhindaja, tase 5, kutsetunnistus nr. 207203 | Kinnisvara hindaja, tase 6 kutsetunnistus nr 163047 |
| Eesti Kinnisvara Hindajate Ühingu liige | Eesti Kinnisvara Hindajate Ühingu liige |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1 |
|---|---|
| Registriosa nr | 3187508 |
| Vara koosseis | 617/8816 mõttelist osa kinnisjasast ja eriomandi ese eluruum nr 1, mille üldpind on 61,70 m$^2$ ja mille tähistus plaanil on 1. |
| Vara liik | korteriomand (eluruum, 3-toaline korter) |
| Hindamise eesmärk | laenutagatise turuväärtuse hindamine esitamiseks laenuandjale |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõiki hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel ei arvestata korteriühistu pandiõigusega.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õiguse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võib olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasugune saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud tehnosüsteemide ehitus-tehnilisi uuringuid.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on saadud järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| omaniku poolt esitatud suuline info ülevaatuse ajal | 03.06.2024 |
| Kohapealne ülevaatus | 03.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 03.06.2024 |
| Päring Regio.ee/ https://kaart.regio.ee | 03.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 03.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 03.06.2024 |
| Eesti Panga majandusprognoos seisuga 26.03.2024 | 03.06.2024 |
| Statistikaameti andmed, https://www.stat.ee | 03.06.2024 |
| Avalike kinnisvaraportaalide andmed, https://kinnisvara24.ee, https://www.kv.ee,  https://city24.ee | 03.06.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 03.06.2024 |
| Jõhvi valla üldplaneering, kehtestatud Jõhvi Vallavolikogu määrusega nr 127, 18.07.2013.a; https://www.johvi.ee/uldplaneering | 03.06.2024 |
| Dokumendid: omaniku poolt esitatud korterelamu eksplikatsiooni lehed (Hooneregister 28.06.2000.a.) | |
| Korterelamu rekonstrueerimise projekt, Töö nr: RPOP 1117 / ROOSI TN 6, koostaja OÜ RevPro Est (13 Detsember 2017.a.) | |

| Allhange | Ei kasutatud |
|---|---|

### 2.1. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsioon) ja tegeliku olukorra vahel

| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES |
|---|
| • Hindaja on tuvastanud, et EHR-is korterelamu välisviimistluse kohta andmed puudulikud. Korterelamu fassaadid on soojustatud ja viimistletud krohviga, otsaseinad metalliga. Olemas sellekohane rekonstrueerimisprojekt ja ehitusteatis. Kasutusteatisega korrigeeritakse andmed ehitisregistris. Andmete puudulikus ei mõjuta hindamistulemust. Hindamisel arvestame tegeliku olukorraga. Hindaja soovitab korteriühistul pöörduda kohaliku omavalitsuse poole, et korrigeerida EHR-i andmed. |
| • Hindaja on tuvastanud ülevaatuse käigus, et köögi ja lodža ühendamisega korteri köetav pind on suurem ca 4 $m^2$. Hindaja on seisukohal, et magamistoa nr.1 liitmine lodžaga eeldab projekti, ehitus- ja kasutusteatist (korteri eluruumi pinna suurendamine). Hindamisel arvestame tegeliku olukorraga. Hindaja soovitab pöörduda kohalik omavalitsuse poole, et korrigeerida andmed EHR-is |

Muus osas hindaja ei tuvastanud hindamistoimingu läbiviimisel andmete erinevust tegelike ja registrite andmete vahel.

### 2.2. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 03.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | kutseline hindaja Vadim Frik |
| Ülevaatuse juures viibinud isik | omanik Galina Turõgina |
| Ülevaatuse ulatus | ülevaatus hõlmas hinnatavat vara tervikuna (eluruume; korterelamu trepikoda, keldriruumi; korterelamu välis- ja siseviimistlust, korterelamu territooriumi, parkla) |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud. |

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

# 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Vara asub Jõhvi vallas, Jõhvi linnas, üksikelamute, korterelamute, ärihoonete ja hoonestamata kinnistute piirkonnas. Roosi, Mooni, Kaasiku tänavate ja Tartu maantee vahelises alas. |

*Allikas: kaart.regio.ee*

| Mikroasukoht | |
|---|---|
| Iseloomustus | Kinnistu piirneb naaber korterelamute elamumaa ja transpordimaa kinnistutega. Hinnatava vara asub korter- ja üksikelamute linnaosas, mis on sarnase eelistusega võrreldes teiste Jõhvi linnaosadega. Lähedal on populaarsed ja eelistatud lasteaiad, kool ja Pargi keskus. |



*Allikas: geoportaal.maaamet.ee*

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| Piirkonna hoonestus | Ümbruskonna hoonestuse moodustavad 1960-90-ndatel aastatel ehitatud 5-korruselised ja mõned samal ajastul ehitatud 2-korruselised üksikelamud. Piirkonnas asuvad 2000.aastatel ehitatud 1- ja 2 korruselised ärihooned. | | | |
|---|---|---|---|---|
| Infrastruktuur | Lasteaed | Kool | Kauplus | Ühistransport |
| | Ca 700 m | Ca 700 m | Ca 100 m | Ca 200 m |
| Haljastus ja heakord | Piirkonnas valdavalt madalhaljastus, lehtpuud. Ümbruskond on heakorrastatud. | | | |
| Veekogud | Narva laht ja avalik jõerand on ca 11 km kaugusel. | | | |
| Õhu saastatus ja müra | Müra- ja saastatuse tase vara vahetuses ümbruses on keskmisel tasemel, teede liiklusaktiivsus on keskmine (sõidukite liiklus on keskmiselt madal, tööstuse piirkond asub eemal). | | | |
| Konkureerivad turupiirkonnad | Otseselt Jõhvi linna Roosi ja Mooni tänavatelt paiknevatega sarnaste korterelamutega. Kaudselt terve Jõhvi linn. | | | |
| Juurdepääs | Jalgsi ja autoga ligipääs on asfalteeritud avalikult kasutatavalt Roosi tänavalt. Juurdepääsu tee on avalikult kasutav kohalik tee (munitsipaalomand), mida hooldab Jõhvi valla omavalitsus.<br><br>Maa-ameti Teeregistri kaardirakenduse järgi teelõikude kasutusviisid: tee number 2510574 – avalik (lõigu pikkus 185 m). Samuti puuduvad juurdepääsuks takistused. | | | |
| Teede skeemid | | | | |
| | *Allikas: geoportaal.maaamet.ee (transpordiameti kaart)* | | | |
| Kergliiklusteed ja avalikud puhkealad | Kergliiklusteed ja avalikud puhkealad on olemas ja heas seisukorras. | | | |
| Parkimine | Kinnistul puudub parkimis võimalus, parkimine toimub Roosi tänaval | | | |
| Vastuolud andmetes | Hindaja ei tuvastanud andmete erinevust tegelike ja registrite andmete vahel | | | |

## 3.2. Omandisuhted

| Registriosa number | 3187508 |
|---|---|
| Omandivorm | Korteriomand |
| Korteriomandite koosseis | 617/8816 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr 1, mille üldpind on 61,70 m² ja mille tähistus plaanil on 1. |
| Omanik | Galina Turõgina (isikukood 45203102253) |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Registriosa I jaos kanded puuduvad.<br><br>**Kinnistusregistriosa väljavõte on toodud eksperthinnangu lisas nr 2.** |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Kehtivad kanded puuduvad.<br><br>**Kinnistusregistriosa väljavõte on toodud eksperthinnangu lisas nr 2.** |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| Vara hüpoteegi kanded registriosa IV jaos | Registriosa IV jaos kanded puuduvad.<br><br>**Kinnistusregistriosa väljavõte on toodud eksperthinnangu lisas nr 2.** |
|---|---|
| Korteriühistu pandiõigus | Korteriühistul on korteriomandist tulenevate nõuete tagamiseks korteriomandile korteriomandi- ja korteriühistuseadusest tulenev pandiõigus, millele kohaldatakse esimesel järjekohal oleva hüpoteegi kohta sätestatut. Korteriühistu pandiõiguse suurus on korteriomandi eelmise majandusaasta majandamiskulude summa.<br><br>*Hindamisel ei ole arvestatud korteriühistu pandiõigusega.* |
| Üürilepingud | puuduvad |
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |

## 3.3. Maakasutus

| Katastritunnus | 25301:007:0160 |
|---|---|
| Ortofoto<br><br>**Hinnatava vara Roosi tn 6 katastriüksus on piiritletud jämedamate kollaste joontega.** | <br>*Allikas: geoportaal.maaamet.ee* |
| Sihtotstarve | Elamumaa 100% |
| Pindala | 2041,0 m² |
| Kuju, reljeef | Korrapärase kujuga. Reljeef valdavalt tasane. |
| Parkimine | Kinnistul puudub parkimis võimalus, parkimine toimub Roosi tänaval |
| Hooned ja rajatised | Ehitisregistri andmetel asub katastriüksusel 25301:007:0160 järgmised ehitised: |

| Ehitisregistri kood | Ehitis | Ehitise nimetus | Korruste arv | Ehitisalune pind (m²) |
|---|---|---|---|---|
| 102006608 | Hoone | elamu 14krt | 4 | 384,0 |

*Allikas: www.ehr.ee*

| Haljastus | Madal- ja kõrghaljastus (üksikud puud) |
|---|---|
| Piirded | Puuduvad |
| Üldplaneering | Jõhvi valla üldplaneering, kehtestatud Jõhvi Vallavolikogu määrusega nr 127, 18.07.2013.a. Üldplaneeringu maakasutusplaani alusel on tegemist korterelamu maaga. Väljavõte maakasutusplaanilt: |

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Allikas: www.johvi.ee

| Miljööväärtuslik planeering | Puudub |
|---|---|
| Detailplaneering ja ehitusõigus | Uue detailplaneeringu vajadus puudub, kuna sihtotstarve vastab parimale kasutusele ning maatüki piiride muutmise vajadus puudub. Kehtestatud ja algatatud detailplaneeringud puuduvad. Ehitusõigus on realiseeritud. |

## 3.4. Hoone kirjeldus

| Ehitusaasta | 1984 (ehitisregistri andmed) |
|---|---|
| Ehitisregistri kood | 102006608 |
| Korruselisus | 4 |
| Ehitisealune pind | 384,0 m$^2$ (ehitisregistri andmed) |
| Suletud netopind (SNP) | 1193,1 m$^2$ (ehitisregistri andmed) |
| Korteriühistu | Olemas, Jõhvi vald. Jõhvi linn, Roosi tn 6 korteriühistu, registrikood 80076862 |
| Haldaja | Korteriühistu |
| Lift | Puudub |
| Korterite arv | Eluruume 14; mitteeluruume 0; üldkasutatavat pinda 1; tehnopinda 0 |

Dokumentatsioon[1] (allikas: www.ehr.ee)

| Dokumendi nr | Kuupäev | Dokumendi nimi | Staatus |
|---|---|---|---|
| 2311525/09361 | 03.05.2023 | Andmete esitamise teatis (korter 13 ümberehitus) | Registrisse kantud |
| 1812994/00048 | 18.01.2018 | Haldusakt (hoone rekonstrueerimine) | Registrisse kantud |
| 1811201/00286 | 08.01.2018 | Ehitusteatis (hoone rekonstrueerimine-fassaadi ja katuse rekonstrueerimine koos soojustamisega, välimiste avatäidete asendamine ) | Registrisse kantud |
| 253/2111(E1) | 31.12.2003 | Hooneregistri ehitise teatis | Registrisse kantud |

| Energiamärgis | Määramata, hindaja soovitab korteriühistule taotleda energiamärgis |
|---|---|

---

[1] Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbele (EhSRS § 23 lg 2). Kasutusotstarbe muutumisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

## 3.5. Hoone põhikonstruktsioonid

| | |
|---|---|
| Vundament | madalvundament (ehitisregistri andmed) |
| Kandekonstruktsioon | tellis |
| Välisseinad | tellis, väikeplokk (ehitisregistri andmed) |
| Vahelaed | monteeritav raudbetoon (ehitisregistri andmed) |
| Katus/katusekate | bituumen või PVC plaat või rullmaterjal (ehitisregistri andmed) |
| Välisviimistlus | keraamiline tellis (ehitisregistri andmed); plekk, krohv (visuaalne vaatlus) |
| Trepikodade uksed-aknad | metalluksed fonolukuga, PVC -pakettuksed trepikodade rõdudel heas seisukorras (visuaalne vaatlus) |
| Trepikoja seisukord | korterelamu trepikodade seisukord on hea |
| Korterelamu põhikonstruktsioonide seisukord | Hoone põhikonstruktsioonid ja välisviimistlus on rahuldavas, arvestades hoone vanust, on heas seisukorras. Omaniku poolt esitatud andmete järgi 2020. aastal soojustati ja krohviti korterelamu välisseinad. 2000.aastatel remonditi katus, uuendati siseviimistlus, vahetati trepikodade siseviimistlus ja trepikodade uksed, vahetati osaliselt kommunikatsioonid. Väärtuse kuupäeva seisuga remondi vajadus puudub. |
| Välisviimistluse seisukord | Hoone välisviimistluse seisukord on üldiselt hea arvestades korterelamu vanust |
| Vastuolud andmetes | Hindaja on tuvastanud, et EHR-is korterelamu välisviimistluse kohta andmed puudulikud. Korterelamu fassaadid on soojustatud ja viimistletud krohviga, otsaseinad metalliga. Olemas sellekohane rekonstrueerimisprojekt ja ehitusteatis. Kasutusteatisega korrigeeritakse andmed ehitisregistris. Andmete puudulikus ei mõjuta hindamistulemust. Hindamisel arvestame tegeliku olukorraga. Hindaja soovitab korteriühistul pöörduda kohaliku omavalitsuse poole, et korrigeerida EHR-i andmed. |

## 3.6. Korteri üldandmed

| Vara liik | Korteriomand (eluruum, 3-toaline korter) | |
|---|---|---|
| | Kinnistusregistri andmed | Ehitisregistri andmed |
| | Üldpind 61,70 m² | Eluruumi pind 61,7 m² |
| Pindala vastavus ja aluseks võetavad andmed | Kinnistusraamatu ja ehitisregistri andmed ühtivad, kuid tegelikkuses on korter suurem. Ehitisregistri andmetel on eluruumi pind 61,7 m². Seoses korteri magamistoa nr.1 ja lodža ühendamisega on eluruumi pind tegelikkuses ca 4 m² suurem ehk ca 65,7 m². Ehitustööd pole seadustatud ja hindamisel arvestame EHR-is seadustatud pinnaga.<br><br>Hindamisel võtame aluseks registrites olevad andmed ehk korteri eluruumi pind **61,7 m².** | |
| Korrus | 1 | |
| Ruumilahendus/ planeering | Esik-koridor, millest pääseb elutuppa, kööki, magamistubadesse (üks lodžaga), wc- ja vannituppa. Korteri eluruum, köök ja magamistuba nr.2 on eraldi kuid magamistuba nr.1 on ühendatud lodžaga ja sanitaarruumid on koos. Planeering kahes suunas.<br><br>Ülevaatuse ajal hindaja on tuvastanud, et korteri planeeringut on muudetud: magamistuba nr.1 on suurendatud lodža arvelt, (eemaldatud akna ja ukseplokk ning lammutatud tellistest sein). Samuti ühendati wc ja vannituba (lammutati tellistest mittekandev sein).<br><br>Omaniku info kohaselt planeerigu muudatuste tegemisel kandvaid konstruktsioone muudetud ei ole. Hindajal olemasoleva informatsiooni järgi 2020.aastal soojustati ja krohviti korterelamu välisseinad, on olemas hoone rekonstrueerimise projekt (13.detsember 2017) millega on ettenähtud korterite lodžade klaasimine ja välispiirete soojustamine koos viimistlemisega.<br><br>Omaniku info kohaselt planeerigu muudatuste tegemisel kandvaid konstruktsioone muudetud ei ole. Hindajale pole esitatud seotud korteri planeeringu muutmisega, | |

Vadim Frik                                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                                          Fama tn 10/2, Narva
Tel: +372 58528962

| | |
|---|---|
| | dokumentatsiooni. Omaniku poolt hindajale oli esitatud korterelamu eksplikatsiooni lehed. *Planeeringut on muudetud, hindaja on seisukohal, et magamistoa liitmine lodžaga eeldab projekti, ehitus- ja kasutusteatist (korteri eluruumi pinna suurendamine).* **Korterelamu eksplikatsiooni väljavõte on toodud eksperthinnangu lisas nr 4.** |
| Tubade arv | 3 (ehitisregistri andmed ja visuaalne vaatlus) |
| Rõdu/lodža | on olemas |
| Panipaik | on olemas keldriboks, kasutamine väljakujunenud kasutuskorra alusel |
| Parkimiskoht | Kinnistul puudub parkimis võimalus, korterelamu elanikud parkivad oma sõidukid Roosi tänaval. |
| Vastuolud andmetes | Hindaja on tuvastanud ülevaatuse käigus, et köögi ja  lodža ühendamisega korteri pind on suurem ca 4 m$^2$. Hindaja on seisukohal, et magamistoa nr.1 liitmine lodžaga eeldab projekti, ehitus- ja kasutusteatist (korteri eluruumi pinna suurendamine). Hindamisel arvestame tegelik olukorraga. Hindaja soovitab pöörduda kohalik omavalitsuse poole, et korrigeerida andmed EHR-is. |

## 3.7. Korteri viimistlus ja seisukord

| | |
|---|---|
| Eluruumide viimistlus | |
| Põrandakatted | laminaat, puitparkett |
| Seinakatted | tapeet |
| Lagi | värvkate, c, laeplaadid |
| Materjalide seisukord | hea |
| Aknad | PVC-pakettaknad (väga hea seisukord) |
| Uksed | välisuksed metallist (hea seisukord); siseuksed puidust (hea seisukord) |
| Sanitaarruumide viimistlus | |
| Põrandakatted | põrandaplaadid |
| Seinakatted | seinaplaadid |
| Lagi | laepaneelid |
| Sanitaartehnika | olemas, kaasaegne san.tehnika |
| Materjalide seisukord | hea |
| Kohtkindel sisseseade | kohtkindel köögimööbel |
| Hinnang korteri üldisele seisukorrale | korteri üldine seisukord on hea, omaniku poolt esitatud informatsiooni järgi 2000.aastatel uuendati viimistlus, vahetati kommunikatsioonid. |
| Remondi vajadus | puudub |

## 3.8. Korteri tehnosüsteemid

| | |
|---|---|
| Veevarustus | võrk (ehitisregistri andmed) |
| Kanalisatsioon | võrk (ehitisregistri andmed) |
| Elektrivarustus | võrk (ehitisregistri andmed) |
| Gaasivarustus | puudub (ehitisregistri andmed ja visuaalne vaatlus) |
| Küttesüsteem | kaugküte (ehitisregistri andmed ja visuaalne vaatlus) |
| Signalisatsioon | puudub |
| Ventilatsioon | loomulik ventilatsioon, kubu köögis, sundventilatsioon sanitaarruumis (visuaalne vaatlus) |
| Tehnosüsteemide seisukord | omaniku sõnade järgi tehnosüsteemid on töökorras |
| Vastuolud andmetes | hindaja ei tuvastanud andmete erinevust tegelike ja registrite andmete vahel |

## 3.9. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid ja hindaja hinnangul on vara kestlikkuse väärtus positiivne (korterelamu asub eelistatud piirkonnas, läheduses asuvad olulised infrastruktuuri objektid, müra- ja saastatuse tase vara vahetuses ümbruses on keskmisel tasemel, korterelamu üldine seisukord on hea/ fassaadid ja katus on rekonstrueeritud; korter on heas seisukorras, on olemas lodža). Korter asub vähe eelistatud esimesel 1. korrusel. |

# 4. Turuülevaade

## 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[2]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb mööödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala töötuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimsusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtted ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressursside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujäägi suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tulevate aastate lõpus veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu –

---

[2] Eesti Panga majandusprognoos seisuga 26.03.2024

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva


siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujäägi piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| töötus (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

\* Prognoos
*Allikad: statistikaamet, Eesti Pank*

## 4.2 Jõhvi linna korterituru ülevaade

**Ida-Viru maakonna korterid**
Ida-Viru maakonnas teostati 2020. aastal kokku 2152 korteriomandi müügitehingut, mis on 11% vähem kui aasta varem, mil tehti 2405 tehingut. Tehingute arvu vähenemine on põhjustatud 2020. veebruaris alanud COVID-19 elanike isolatsiooniga, mille tulemusena vähendas märtsi kuni mai kuuni keskmine kuu turu aktiivsus kuni 40-50%. Juunis turu aktiivsus hakkas tagasi kasvama ning saavutas ca 80% tavalisest kuu tehingute summast. Keskmine hind on 2020. aastal isegi kasvanud 6% võrreldes 2019. aastaga, olles 2020. aasta I poolel 264 €/m$^2$. 2021. a I poolaastal teostati maakonnas 1263 tehingut, mille järgi võib pidada, et turu aktiivsus jäi samaks võrreldes 2019. aastaga, keskmine hind maakonnas aga kasvas võrreldes 2019. aastaga ca 17% ja võrreldes 2020. aastaga ca 10% võrra, ja mediaanhind kasvas võrreldes 2019. aastaga ca 23% ja võrreldes 2020. aastaga ca 18% võrra.

2021. aasta I kvartalis teostati 628 korteriomandi müügitehingut keskmise hinnaga 297,20 €/m². II kvartalis tehingute arv kasvas (635 tehingut), keskmise hinna muutus minimaalne (285,61 €/m²). III ja IV kvartalis teostati kokku 1653 müügitehingut, ehk keskmine hind maakonnas kasvas võrreldes 2021. aasta algusega ca 24%. Suuremas osas kasv on seotud COVID-19 piirangute vähenemisega ja II samba reformiga. 2022. aasta I poolaasta jooksul toimus kokku 1517 müügitehingut, ehk võrreldes 2021. aasta lõpuga tehingute arv vähenes ca 8%. Võrreldes 2021. aasta lõpuga kasvas keskmine hind ca 13%. Tehingute arv ja keskmise hinna muutused on suuremas osas seotud pensioni II samba reformiga ja kasvanud kohalikute elanike huvi investeerida pensionirahad kinnisvarasse.

2022.aastal teostati 2936 tehingut keskmise hinnaga 352 €/m$^2$, tehingute kasv võrreldes 2021.aastaga (2 916 tk) on minimaalne kuid keskmine hind kasvas ca 14%. 2023.aastal tehingute arv langes ca 10% kuid keskmine hind kasvas 7€.

Viimastel aastatel on väga palju inimesi kolinud Ida-Virumaalt ära suurematesse linnadesse tööle, mille tulemusel on nõudlus sealsete korterite järele vähenenud. Kuna pakkumises on tunduvalt rohkem kortereid, kui on nõudlust nende järele, siis palju kortereid jäetakse lihtsalt tühjalt seisma, maksmata korteriga seotud kommunaal. Selline käitumine teeb teiste elanike elu keerulisemaks. On olnud juhuseid, kus pikalt maksmata küttearve pärast on tervel korterelamul kütte välja lülitatud.

Maakonna kalleimad korteri tehingud toimuvad Narva-Jõesuu linnas, mis on nii Eesti elanike kui Venemaalt ja Euroopa riikidest tulnud külaliste armastatud suvepuhkuse veetmise paik. Narva-Jõesuus müüdi 2022. aastal 54 korteromandit keskmise hinnaga 848 €/m$^2$, 2023. aastal müüdi Narva-Jõesuus 77 korteromandit keskmise hinnaga 882 €/m$^2$. Narva linnas müüdavad korterid on pinnaühiku hinna suhtes teisel kohal.

**Domus Kinnisvara**

Vadim Frik                                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                                          Fama tn 10/2, Narva
Tel: +372 58528962

## Jõhvi linna korterid

Maa-ameti tehingute andmebaasi andmetel teostati 2018.aastal Jõhvi linnas 213 korteriomandi tehingut keskmise hinnaga 251 €/m². 2019.a toimus suur tehingute arvu ja keskmise hinna tõus, ehk teostati 253 korteriomandi tehingut mis on ca 18,7% suurem võrreldes 2018.a.aastaga. Tehingute arv ja keskmise hinna kasv on suuremas osas seotud pensioni II samba reformiga ja kasvanud kohalikute elanike huvi investeerida pensionirahad kinnisvarasse. 2020. aasta tehingute arv langes (226 tk), kuid keskmine hind kasvas – 283 €/m². 2021.aastal Jõhvi linna piirkonna korterite müügitehingute arv ja keskmine hind kasvasid – 309 tehingut keskmise hinnaga 345 €/m² ehk keskmine hind kasvas võrreldes 2020 aastaga ca 21,9%. 2022.aastal Jõhvi korteriturg oli üsna aktiivne – 284 tehingut keskmine hinnaga 455 €/m². 2023.aastal keskmise hinna tõus jätkus-503 €/m² kuid tehingute arv langes ca 16% (244 tehingut). 2024.aastal mai kuu seisuga Jõhvi linnas oli müüdud 74 korterid keskmise hinnaga 560 €/m².



*Joonis 1. Jõhvi linna korteritehingute arv ja keskmised hinnad aastatel 2018–2024 kvartalite lõikes (03.06.2024 seisuga).*
*Allikas: Maa-amet, tehingute andmebaas*

Jõhvi linna korteriturul on eelistatud peamiselt korterid, mis asuvad linnaosades hea infrastruktuuriga. Suuremas osas nõutakse 2- ja 3-toalisi kortereid. Eelistatakse remonditud 2-toalisi kortereid, mis asuvad korrusmajades või nn "stalini" aegsetes majades ja on suurema pindalaga. Osaliselt remonditud ja väga hästi remonditud 2-toaliste korterite hinnad jäävad vahemikku 20 000 kuni 30 000 €. Nõudlus 1-toaliste korterite järele on keskmine. Remontimata 1-toaliste korterite hinnad jäävad vahemikku 3 000 kuni 4 500 €. Osaliselt remonditud ja väga hästi remonditud 1-toaliste korterite hinnad jäävad vahemikku 5 000 kuni 10 000 €.  2-toaliste korterite järele on huvi keskmine. Müügiperioodid on 2-toalistel korteritel suhteliselt pikad, võivad ulatuda kuni 12 kuu pikkuseks. Eelistatakse kortereid, mis asuvad 9-korruselistes majades, kuna seal on suured lodžad ja tubade parem planeering. Remontimata 2-toaliste korterite hinnad jäävad vahemikku 7 500 kuni 9 500 € ning 3-ja 4-toaliste korterite hinnad vahemikku 10 000 kuni 20 000 €. Osaliselt remonditud ja väga hästi remonditud 2-toaliste korterite hinnad jäävad vahemikku 10 000 kuni 28 000 € ning 3- ja 4-toalistel vahemikku 20 000 kuni 55 000 €. 3- ja 4 toaliste korterite järele huvi on üsna suur. Põhjuseks on üsna väike pakkumiste arv.

Vastavalt Maa-ameti statistika järgi on Jõhvi linna korterite müügitehingute arv olnud alates 2020. aastast järgmine (seisuga 03.06.2024):

| Aasta | Pindala (m²) | Arv | Pindala (m²) Keskmine | Tehingu summa (eur) Kokku | Min | Maks | Pinnaühiku hind (eur /m²) Min | Maks | Mediaan | Keskmine |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 10-29,99 | 108 | 26,60 | 956 680 | 3 000 | 19 000 | 100,33 | 703,93 | 322,11 | 335,12 |
|  | 30-40,99 | 240 | 36,90 | 3 308 209 | 1 000 | 32 900 | 26,74 | 812,35 | 342,21 | 372,54 |
|  | 41-54,99 | 172 | 48,30 | 3 765 070 | 6 000 | 64 900 | 144,58 | 1 287,70 | 420,83 | 451,92 |
|  | 55-69,99 | 109 | 60,90 | 3 727 424 | 3 000 | 82 000 | 47,32 | 1 211,23 | 551,60 | 558,28 |
|  | 70-249,99 | 44 | 83,70 | 2 292 600 | 22 000 | 118 000 | 301,61 | 1 074,22 | 566,18 | 605,42 |
|  | **KOKKU** | **673** | **45,10** | **14 049 983** | **1 000** | **118 000** | **26,74** | **1 287,70** | **401,25** | **432,13** |
| 2021 | 10-29,99 | 172 | 26,30 | 1 655 830 | 850 | 21 500 | 30,04 | 770,61 | 338,97 | 366,07 |
|  | 30-40,99 | 307 | 37,10 | 4 851 145 | 2 000 | 45 800 | 56,98 | 1 196,29 | 382,87 | 425,83 |
|  | 41-54,99 | 304 | 48,40 | 7 071 590 | 4 000 | 50 000 | 85,29 | 1 023,26 | 447,23 | 479,82 |
|  | 55-69,99 | 165 | 61,20 | 6 218 242 | 10 000 | 78 400 | 173,01 | 1 415,16 | 609,21 | 613,73 |
|  | 70-249,99 | 43 | 83,60 | 2 428 386 | 1 | 157 000 | 0,01 | 1 197,18 | 694,71 | 674,33 |
|  | **KOKKU** | **991** | **44,70** | **22 225 193** | **1** | **157 000** | **0,01** | **1 415,16** | **436,59** | **474,09** |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| Aasta | Pindala (m²) | Arv | Pindala (m²) Keskmine | Tehingu summa (eur) Kokku | Min | Maks | Pinnaühiku hind (eur /m²) Min | Maks | Mediaan | Keskmine |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 10-29,99 | 159 | 26,40 | 1 897 066 | 650 | 24 400 | 33,51 | 1 166,67 | 416,67 | 453,17 |
| | 30-40,99 | 354 | 36,90 | 6 528 526 | 5 000 | 57 000 | 129,53 | 1 451,52 | 444,18 | 499,82 |
| | 41-54,99 | 232 | 48,30 | 6 317 079 | 3 000 | 62 500 | 71,60 | 1 242,54 | 519,21 | 563,04 |
| | 55-69,99 | 121 | 61,00 | 5 218 902 | 23 | 86 500 | 0,38 | 1 375,20 | 677,42 | 703,03 |
| | 70-249,99 | 42 | 86,20 | 2 814 277 | 30 000 | 145 000 | 353,33 | 1 484,14 | 770,45 | 777,17 |
| | **KOKKU** | **908** | **43,50** | **22 775 850** | **23** | **145 000** | **0,38** | **1 484,14** | **499,35** | **547,71** |
| 2023 | 10-29,99 | 32 | 26,60 | 477 449 | 5 000 | 31 000 | 180,51 | 1 119,13 | 520,33 | 559,38 |
| | 30-40,99 | 79 | 37,80 | 1 386 350 | 2 500 | 40 000 | 62,50 | 1 104,10 | 418,85 | 464,39 |
| | 41-54,99 | 77 | 48,20 | 1 658 205 | 3 000 | 63 000 | 57,58 | 1 281,27 | 394,06 | 449,15 |
| | 55-69,99 | 32 | 60,00 | 974 850 | 2 500 | 63 500 | 38,88 | 1 031,18 | 499,43 | 508,79 |
| | 70-249,99 | 24 | 79,10 | 1 368 750 | 18 250 | 104 000 | 229,56 | 1 407,31 | 667,58 | 724,82 |
| | **KOKKU** | **244** | **46,60** | **5 865 604** | **2 500** | **104 000** | **38,88** | **1 407,31** | **458,70** | **503,48** |
| 2024 | 10-29,99 | 11 | 26,10 | 160 799 | 7 000 | 25 000 | 279,46 | 919,12 | 543,48 | 559,37 |
| | 30-40,99 | 24 | 37,30 | 452 302 | 2 500 | 42 000 | 61,73 | 1 057,93 | 449,10 | 496,12 |
| | 41-54,99 | 27 | 46,60 | 624 490 | 2 500 | 55 000 | 60,68 | 1 193,06 | 433,84 | 494,98 |
| | 55-69,99 | 7 | 59,30 | 212 000 | 600 | 57 900 | 10,24 | 949,18 | 520,65 | 517,81 |
| | 70-249,99 | 5 | 97,10 | 662 900 | 40 000 | 235 000 | 551,72 | 2 043,48 | 957,35 | 1 274,64 |
| | **KOKKU** | **74** | **45,10** | **2 112 491** | **600** | **235 000** | **10,24** | **2 043,48** | **498,64** | **559,76** |

*Allikas: Maa-amet, tehingute andmebaas*

*\*\*\*Tehingute hindasid ja pindala puudutavad andmed kuvatakse vaid juhul, kui on toimunud vähemalt 5 tehingut*

## Nõudlus

Eelistatakse, kas täiesti remontimata või siis laitmatu remondiga kortereid. Halvasti tehtud remondi eest ei olda nõus kõrgemat hinda maksma. Nõudlus on suurem 1-3 korrusel paiknevate korterite järele. Kõige suurem on nõudlus 30-55 m² suuruste korterite järele, mis enamasti on 1- ja 2-toalised ning väiksemad 3-toalised korterid. Nendega tehakse ka kõige rohkem tehinguid. Kõrgelt on hinnatud kesklinna ja selle vahetus läheduses paiknevad korterid.

Eelistatumad on toimiva korteriühistuga korralike korterelamute korterid. Korterite ostjateks on enamasti kohalikud inimesed, lastega ja lasteta noored pered ning keskealised, kes soovivad korterit vahetada

## Pakkumine

Korterite pakkumiste arvu tõus on peatunud ning 2018. aasta teisest poolest on pakkumiste arv vähesel määral langenud. 2019. aastal oli Jõhvi linnas keskmiselt pakkumises 412 korterit, 2020. aastal aga see number langes 100-ni. 2021. aastal pakkumine kasvas kuni 110 korterini. 2022. aastal pakkumiste arv on kasvanud 160 korterini. 2023.aastal kasv jätkus- 175 korterini.

Jõhvi linna kinnisvaraturg soosib praegu ostjaid. Kuna pakkumisi on ikka veel palju, siis ostja saab valida ja dikteerida hinda. Mõnedes turusektorites on aga teatud korterite defitsiit, näiteks on väga väike pakkumine heas seisukorras 3- ja 4-toalistele korteritele. Turuolukorrale vastava hinnaga korterite müügiperiood on keskmiselt 3 kuud. Turuhinnast kõrgema hinnaga korterid püsivad pakkumises tunduvalt kauem.

Suured elamufondiga seotud projektid Jõhvi linnas puuduvad. Turul on üksikud korterelamud, mis on uusarenduse projekt või renoveeritud korterelamud. Rahu 16a, Veski 1, Sompa 2, A. H. Tammsaare 4, Nooruse 5a ja 7a korterelamud, mis on pärast 2000. aasta kasutusse võetud korterelamud, mida turundati kui uuselamuid ja milles müüdi järelturuhinnast tunduvalt kõrgema hinnaga kortereid ca 2007-2020. aastal.

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Jõhvi linna korteriomandi pakkumiste arv ja keskmine hind
aastatel 2019-2024 kuude lõikes
Pakkumiste arv, tk
Keskmine hind, €/m2
jaanuar
märts
mai
juuli
september
november
2020
2021
2022
2023
2024
Aktiivsete pakkumiste arv
Keskmine hind

*Joonis 2. Jõhvi linna korteriomandi pakkumiste arv ja keskmine hind aastatel 2020–2024 kvartalite lõikes (01.06.2024 seisuga). Allikas: Maa-amet, tehingute andmebaas*

**Korterituru trendid:**

- Nõutuimad on 2 kuni 8 korruse 2-, 3- ja 4-toalised korterid.
- Võrreldes 2023. aastaga korterite keskmine pinnaühiku hind on stabiilne nii maakonnas tervikuna, kui ka Jõhvi linnas. Kasvab pakkumine korterituril.
- Korterite pakkumiste maht on võrreldes tehingute arvuga ja turu mahuga kasvanud.

**Prognoos:**

- Üldine trend maakonnas on selline, et hinnad on stabiliseerunud.
- Kasvab nõudlus kvaliteetsema kinnisvara ja uusarenduste vastu.

#### 4.2.1. Müügitehingud

Hindaja on analüüsinud korterite müügitehinguid, mis paiknevad Jõhvi linnas väljakujunenud elamupiirkonnas. Välja on toodud vanemate paneel- ja kivikonstruktsioonidel korterelamute korterite tehingud, mis on 3-toalised ja teostatud 2023-2024.aastate jooksul:

| Nr. | Aadress | Kuupäev | Eluruumi pind, m$^2$ | Hind*, € | Hind, €/m$^2$ | Korterelamu ja korteri kirjeldus |
|---|---|---|---|---|---|---|
| **1.** | **Hariduse tn, Jõhvi linn, Jõhvi vald** | **04.2024** | **57,8** | **28 500** | **493,0** | **Hoone: 1973.a. 9-korruseline tellistest korterelamu, rahuldavas/heas seisukorras. Korter: 4/9 korrus, tubade siseviimistlus on rahuldav. Sanruumide viimistlus on rahuldav, santehnika on olemas. Kaugküte. Lodža on olemas. 3 tuba. Parkimine KÜ parklas.** |
| **2.** | **Narva mnt, Jõhvi linn, Jõhvi vald** | **10.2023** | **56,9** | **30 000** | **527** | **Hoone: 1973.a. 5-korruseline plokkidest korterelamu, rahuldavas seisukorras. Korter: 3/5 korrus, tubade siseviimistlus on hea. Sanruumide viimistlus on hea, on olemas leiliruum, santehnika on olemas. Kaugküte. Lodža puudub. 3 tuba. Parkimine KÜ parklas.** |
| 3. | Narva mnt, Jõhvi linn, Jõhvi vald | 08.2023 | 57,2 | 45 000 | 787 | Hoone: 1973.a. 5-korruseline plokkidest korterelamu heas seisukorras. Korter: 1/5 korrus, tubade siseviimistlus on väga hea. Sanruumide viimistlus on väga ´hea, santehnika on olemas. **Kaugküte.** Lodža puudub. 3 tuba. Parkimine KÜ parklas. |
| **4.** | **Kaare tn,** | **06.2023** | **57,4** | **30 000** | **523** | **Hoone: 1968.a. 5-korruseline plokkidest korterelamu rahuldavas seisukorras.** |

| Nr. | Aadress | Kuupäev | Eluruumi pind, m² | Hind*, € | Hind, €/m² | Korterelamu ja korteri kirjeldus |
|---|---|---|---|---|---|---|
| | **Jõhvi linn, Jõhvi vald** | | | | | **Korter: 1/5 korrus, tubade siseviimistlus on hea. Sanruumide viimistlus on hea, santehnika on olemas. Kaugküte. Lodža puudub. 3 tuba. Parkimine KÜ parklas.** |
| 5. | Narva mnt, Jõhvi linn, Jõhvi vald | 06.2024 | 62,2 | 26 000 | 418 | Hoone: 1986.a. 5-korruseline plokkidest korterelamu, rahuldavas seisukorras. Korter: 2/5 korrus, tubade siseviimistlus on rahuldav/hea. Sanruumi viimistlus on hea, santehnika on olemas. Kaugküte. Lodža on olemas. 3 tuba. Parkimine KÜ parklas. |
| 6. | Roosi tn, Jõhvi linn, Jõhvi vald | 04.2023 | 62,5 | 46 350 | 756 | Hoone: 1984.a. 4-korruseline tellistest/plokkidest korterelamu, heas seisukorras. Korter: 4/4 korrus, tubade siseviimistlus on hea. Sanruumide viimistlus on hea, santehnika on olemas. Kaugküte. Lodža on olemas. 2 tuba. Parkimine Roosi tänaval. |
| 7. | Veski tn, Jõhvi linn, Jõhvi vald | 02.2023 | 58,8 | 56 000 | 952 | Hoone: 2007.a. 9-korruseline paneelidest korterelamu, heas/väga heas seisukorras. Korter: 5/8 korrus, tubade siseviimistlus on hea/väga hea. Sanruumide viimistlus on hea/väga hea, santehnika on olemas. Keskküte. Lodža on olemas. 3 tuba. Parkimine KÜ parklas. |

*Allikas: Maa-ameti tehingute andmebaas ja Domus Kinnisvara*
*\*Tehinguhinnad ei sisalda käibemaksu.*

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

**4.2.2. Turustatavuse analüüs[3]**

| Hinnatava vara lõppkasutajad | Keskmise sissetulekuga pered lastega, kes tööalaselt või muul moel on seotud Jõhvi linnaga. |
|---|---|
| Lõppkasutajaid iseloomustavad tunnused | Stabiilne keskmine sissetulek või muudest allikatest pärinevad maksevahendid olemas. Isikud, kes ostavad esimest elamispinda või vahetavad eluaset Jõhvi linnas, otsivad heas või väga seisukorras korterit eelistatud piirkonnas. |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Rahuldab keskmisel määral, kuna vara paikneb Jõhvi linna sotsiaalobjektide läheduses, korterelamu asub eelistatud piirkonnas ja on heas seiskorras, lodža on olemas, lisaks on kohalikul elamuturul nõutud sellise toalisusega korterid.  Negatiivsed tegurid: korter asub vähe eelistatud esimesel 1. korrusel. |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Raske konkreetselt välja tuua, pigem arvestatav osa |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Raske konkreetselt välja tuua, pigem arvestatav osa |
| Arendusprojektid | Hindamise ajal uued arendusprojektid (korterelamud) Jõhvi linnas puuduvad või ei ole alustatud. |
| Konkureeriv pakkumine turul | Hinnatava varaga sarnane pakkumisinfo on toodud punktis 4.2.3 |
| Müügiperiood | Keskmised müügiperioodid on sarnastel varadel kuni 6 kuud |
| Müügihinnad | Pigem stabiilsed eeldusel, et majanduslik olukord ei halvene. |
| Alternatiivsed kasutused | Puuduvad |

---

[3] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara neeldub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahekorda hinnatava vara turusegmendis objektiivsemalt.

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

#### 4.2.3. Pakkumine

Kinnisvaraportaalide city24.ee informatsiooni kohaselt Jõhvi linnas on hindamise ajal müügis 52 korterit, neist neliteist 3-toalist korterit mille suurus on 55-70 m², mis on sarnase ajastu, arhitektuuri ja planeeringutega korterid. Selle suurusega korterite pakkumishinnad jäävad vahemikku 28 000 € kuni 59 000 €. Pakkumishinnad erinevad sõltudes asukohast, maja tüübist, seisukorrast, suurusest ja kohtkindla väärtusliku sisseseade olemasolust.

Toome välja valiku müügis olevaid hinnatavaga sarnaseid kortereid Jõhvi linnas:

| Asukoht | Hind, € | Pindala, m² | Hind, €/m² | Lisainfo |
|---|---|---|---|---|
| Kaare tn, Jõhvi linn, Jõhvi vald | 59 000 | 57,9 | 1 019,0 | Heas seisukorras korter, asub 3 korrusel, on olemas köögimööbel. Keskküte. Lodža/rõdu puudub. 1969.a. rahuldavas seisukorras 5-korruseline tellistest korterelamu. Parkimine KÜ parklas. |
| Kaare tn, Jõhvi linn, Jõhvi vald | 44 999 | 58,5 | 769,0 | Heas/väga heaas seisukorras korter, asub 5 korrusel, on olemas köögimööbel. Keskküte. Lodža/rõdu puudub. 1967.a. rahuldavas seisukorras 5-korruseline korterelamu. Parkimine KÜ parklas. |
| Narva mnt, Jõhvi linn, Jõhvi vald | 35 900 | 55,9 | 642,2 | Heas seisukorras korter, asub 5 korrusel, on olemas köögimööbel. Keskküte. Lodža/rõdu on olemas. 1961.a. heas seisukorras 5-korruseline korterelamu. Parkimine KÜ parklas. |
| Kivi tn, Jõhvi linn, Jõhvi vald | 28 000 | 61,6 | 454,5 | Rahuldavas/heas seisukorras korter, asub 2 korrusel, on olemas köögimööbel. Keskküte. Lodža/rõdu on olemas. 1966.a. rahuldavas seisukorras 2-korruseline tellistest korterelamu. Parkimine KÜ parklas. |

*Allikas: city24.ee*
**Hinnatav vara ei ole avalikus müügis.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

### 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava vara parim kasutus on kasutamine eluruumina, mis on füüsiliselt võimalik (antud asjaolu toetab eluruumide olemasolu), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hinnatava vara juriidiline sihtotstarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete korteriomandite vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutus puudub.

**Arvestades hindajale teada olevat informatsiooni (katastriüksuse sihtotstarve, olemasolev kasutus ja üldplaneering) on eksperthinnangu koostaja seisukohal, et hinnatava vara parimaks kasutuseks on olemasolev kasutus elamispinnana (korter).**

## 5. Hindamine

### 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varaga sarnaste varade sektoris tehakse valdavalt ostu-müügi tehinguid.

Võrdlusmeetod (*sales comparison approach*) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemisel aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

## 5.2. Turuväärtuse hinnang

Turuväärtuse hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise alusel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks tehtud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Aadress | Kuupäev | Eluruumi pind, m² | Hind*, € | Hind, €/m² | Korterelamu ja korteri kirjeldus |
|---------|---------|-------------------|----------|------------|----------------------------------|
| Hariduse tn, Jõhvi linn, Jõhvi vald | 04.2024 | 57,8 | 28 500 | 493 | **Hoone:** 1973.a. 9-korruseline tellistest korterelamu, rahuldavas/heas seisukorras. **Korter:** 4/9 korrus, tubade siseviimistlus on rahuldav. Sanruumide viimistlus on rahuldav, santehnika on olemas. Kaugküte. Lodža on olemas. 3 tuba. Parkimine KÜ parklas. |
| Narva mnt, Jõhvi linn, Jõhvi vald | 10.2023 | 56,9 | 30 000 | 527 | **Hoone:** 1973.a. 5-korruseline plokkidest korterelamu, rahuldavas seisukorras. **Korter:** 3/5 korrus, tubade siseviimistlus on hea. Sanruumide viimistlus on hea, on olemas leiliruum, santehnika on olemas. Kaugküte. Lodža puudub. 3 tuba. Parkimine KÜ parklas. |
| Kaare tn, Jõhvi linn, Jõhvi vald | 06.2023 | 57,4 | 30 000 | 523 | **Hoone:** 1968.a. 5-korruseline plokkidest korterelamu rahuldavas seisukorras. **Korter:** 1/5 korrus, tubade siseviimistlus on hea. Sanruumide viimistlus on hea, santehnika on olemas. Kaugküte. Lodža puudub. 3 tuba. Parkimine KÜ parklas. |

*Allikas: Maa-ameti tehingute andmebaas ja Domus Kinnisvara*
*\*Tehinguhinnad ei sisalda käibemaksu.*

Võrdlustehingutena on kasutatud turuanalüüsis rõhutatult välja toodud tehinguid. Teisi tehinguid ei ole kasutatud, sest need tehingud on liialt erinevad korteri olemuselt, seisukorralt, tubade arvult, korruselt või on tehing toimunud liialt kaua aega tagasi ja turusituatsioon võib olla muutunud.

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid. |
| Selgitused võrdlustehingute osas | <ul><li>Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus.</li><li>Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta.</li></ul> |
| Võrdlusühiku valik[4] | Võrdlusühikuks valime **tervikhinna,** kuna antud vara liigi puhul iseloomustab see turu toimemehhanismi kõige paremini ning turuosalised langetavad sarnaste varade osas ostuotsuseid just lähtudes tervikhinnast. |
| Võrdluselementide valik[5] | <ul><li>**Ajaline kohandus** – võrreldes 2023. juunist pole muutunud korterite keskmine pinnaühikuhind nii maakonnas tervikuna kui ka Jõhvi linnas.</li></ul>Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid: |

---

[4] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

[5] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted |
|---|

- **Asukoht** —eelistatud on linnaosa, mis asub eemal tööstus aladest, parema infrastruktuuriga ja hoonestatud 5 ja 9- korruseliste korterelamutega. Hinnavahe kuni 5-10%.
- **Hoone tüüp, ehitusaasta ja seisukord** – uutes ja renoveeritud hoonetes paiknevad korterid on enam hinnatud, samuti on oluline hoone seisukord, projektlahendus ja arhitektuur.
- **Ruumide seisukord** – hinnavahe kvaliteediklasside vahel võib olla kuni 20-30% erandjuhul kuni 50%, samuti mõjutab hinda väärtusliku kohtkindla mööbli olemasolu.
- **Eluruumi pind** – väiksema pindalaga korterite ruutmeetri hinnad turul kõrgemad; tervikhinnad on üldiselt kõrgemad suurtematel korteritel.
- **Korrus** – vähem eelistatud on liftita nelja ja viiekorruselistes majades esimese ja viimase korruse korterid. Samuti on vähem eelistatud 3-korruselistes majades esimese korterid.
- **Lodža/rõdu** – tavapäraselt eelistatakse rohkem lodžadega korterid. Lodžaga ja ilma lodžata korterite hinnavahe on tavaliselt 5%, sõltuvalt lodža viimistluse tasemest ja raamide tüübist võib täiendav hinnavahe olla veel 5%. Kohandame.
- **Lisategurid** – leiliruumi, garderoobiruumi olemasolu on hinda mõjutav tegur. Kohandame.
- **Parkimine**- korterelamu juures asuvate parkimisaladega korterid on turuosaliste seas kõrgemalt eelistatud.

Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%.

Võrdlustabel:

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehingu hind,€** | Hindamisel lähtuti tervik hinnast | 28 500 | 30 000 | 30 000 |
| **Tehinguhind, €/m²/korteri eluruumi pinna arvestuses** | | 493 | 527 | 523 |
| **Tehingu aeg** | juuni 2024 | aprill 2024. | oktoober 2023. | juuni 2023. |
| Ajaldamine | | 0% | 0% | 0% |
| **Ajaldatud hind, €** | | 28 500 | 30 000 | 30 000 |
| **Asukoht:** | Roosi tn 6-1, Jõhvi linn, Jõhvi vald | Hariduse tn, Jõhvi linn, Jõhvi vald | Narva mnt, Jõhvi linn, Jõhvi vald | Kaare tn, Jõhvi linn, Jõhvi vald |
| *Võrdlus* | | *samaväärne* | *samaväärne* | *samaväärne* |
| *Kohandus* | | 0% | 0% | 0% |
| **Korterelamu seisukord:** | 1984a. 4-korruseline tellistest/plokkidest korterelamu, seisukord on hea | 1973.a. 9-korruseline tellistest/plokkidest korterelamu, seisukord on rahuldav/hea | 1973.a. 5-korruseline plokkidest korterelamu, seisukord on rahuldav. | 1968.a. 5-korruseline tellistest korterelamu, seisukord on rahuldav |
| *Võrdlus* | | *halvem* | *halvem* | *halvem* |
| *Kohandus* | | 5% | 10% | 10% |
| **Korteri seisukord:** | korteri üldine seisukord on hea | korteri üldine seisukord on rahuldav | korteri üldine seisukord on hea | korteri üldine seisukord on hea |
| *Võrdlus* | | *halvem* | *samaväärne* | *samaväärne* |
| *Kohandus* | | 10% | 0% | 0% |
| **Eluruumi pind (m²):** | 61,7 | 57,8 | 56,9 | 57,4 |
| *Võrdlus* | | *sarnane* | *sarnane* | *sarnane* |
| *Kohandus* | | 0% | 0% | 0% |
| **Korrus:** | 1/4 | 4/9 | 3/5 | 1/5 |
| *Võrdlus* | | *parem* | *parem* | *samaväärne* |
| *Kohandus* | | -5% | -5% | 0% |
| **Lodža:** | on olemas | on olemas | puudub | puudub |
| *Võrdlus* | | *samaväärne* | *halvem* | *halvem* |
| *Kohandus* | | 0% | 5% | 5% |
| **Lisa tegur:** | puuduvad | puudub | leiliruum | puudub |
| *Võrdlus* | | *samaväärne* | *parem* | *samaväärne* |
| *Kohandus* | | 0% | -5% | 0% |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

| | HINNATAV VARA | VÕRRELDAVAD TEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| Parkimine: | Roosi tänaval, kinnistul parkimis võimalus puudub | korterelamu territooriumil, parkimine reguleeritakse korteriühistu poolt | korterelamu territooriumil, parkimine reguleeritakse korteriühistu poolt | korterelamu territooriumil, parkimine reguleeritakse korteriühistu poolt |
| *Võrdlus* | | *parem* | *parem* | *parem* |
| *Kohandus* | | -5% | -5% | -5% |
| Summaarne kohandus | | 5% | 0% | 10% |
| Kohandatud hind, € | | 29 925 | 30 000 | 33 000 |
| Kohanduste absoluutväärtuste summa | | 25% | 30% | 20% |
| Osakaal lõpphinnas: | 1 | 0,35 | 0,25 | 0,40 |
| Kaalutud hind, € | | 10 474 | 7 500 | 13 200 |
| Kaalutud keskmine kohandatud tehinguhind, € | 31 174 € | | | |

Turuväärtuse hindamiseks on sobivaim kaalutud keskmine, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud ebatäpsust. Kõige vähem kohandatud varale antakse suurem kaal ja kõige rohkem kohandatud varale kõige väiksem kaal.

Keskmine kohandatud tehinguhind: 10 474 + 7 500 + 13 200 = 31 174 €.

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodil 31 174 € ehk ümardatult **31 000 €, s.o 502 €/m² korteriomandi eluruumi pinna kohta.**

## 6. Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1** asuva korteriomandi registriosa nr 3187508 turuväärtus väärtuse kuupäeval on **31 000 € (kolmkümmend üks tuhat eurot).**

Vara on keskmise likviidsusega, keskmiseks müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida kuni 6 kuud. Hindamistulemuse täpsuseks hindame ± 5%. Hindamistulemus ei sisalda käibemaksu ja sellele ei lisandu käibemaksu, hinnatava turusegmendi tehingud ei ole käibemaksuga maksustatavad.

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

**Lisa 1. Fotod**

Korterelamu välisvaated:






**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Sissepääs ja trepikodade seisukord:

 

Korteri siseviimistlus
Esik-koridor (välisuks):



**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Elutuba:



Magamistuba nr.1 lodžaga:





**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Magamistuba nr.2:



Wc- ja vannituba:



**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Köök:

 

*Allikas: hindaja kohapealne ülevaatus, 03.06.2024*

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

## Lisa 2. Kinnistusregistri väljavõte

### Registriosa:

| | |
|---|---|
| Registriosa number | 3187508 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 1 |
| Korteriühistu registrikood | 80076962 |

### I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 25301:007:0160 | Elamumaa 100%, Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6. | 2041,0 m2 | Maakatastri andmed üle võetud 13.02.2021. | kehtiv |

617/8816 mõttelist osa kinnisasjast
ja eriomandi ese eluruum nr 1, mille üldpind on 61,70 m2 ja mille tähistus plaanil on 1. Teised sama kinnisasja korteriomandid nr 3187608, 3187708, 3187808, 3187908, 3188008, 3188108, 3188208, 3188308, 3188408, 3188508, 3188608, 3188708, 3188808. Eriomandi ese ja sisu vastavalt 7.11.2001 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile.

### II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 1 | Galina Turõgina (isikukood 45203102253) | 07.11.2001 kinnistamisavalduse alusel sisse kantud 24.04.2003. Kohtunikuabi T. Karu | kehtiv |

### III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|

### IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Vadim Frik
Kuupäev: 03.06.2024 07:33:07
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

*Allikas: https://kinnistusraamat.rik.ee*

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

## Lisa 3. Ehitisregistri väljavõte

### Elamu 14krt (EHR kood 102006608)

**Ehitise üldinfo**

| Näitaja | EHR andmed |
|---|---|
| Ehitise aadress | Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6 |
| Ehitisregistri kood | 102006608 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | elamu 14krt |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 1984 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

**Ehitise kasutamise otstarbed**

| Näitaja | EHR andmed |
|---|---|
| Kasutamise otstarve, eluruumi pind (m2) | Muu kolme või enama korteriga elamu (11222) 881,6 |
| **Eluruumide pind kokku** | **881,6** |
| **Mitteeluruumide pind kokku** | **0,0** |

**Ehitise mõõtmed**

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 384,0 |
| Maapealse osa alune pind (m2) | |
| Köetav pind (m2) | |
| Suletud netopind (m2) | 1 193,1 |
| Üldkasutatav pind (m2) | 60,3 |
| Tehnopind (m2) | |
| Maapealsete korruste arv | 4 |
| Maa-aluste korruste arv | |
| Kõrgus (m) | |
| Absoluutne kõrgus (m) | |
| Pikkus (m2) | |
| Laius (m) | |
| Sügavus (m) | |
| Maht (m3) | 3 872,0 |
| Maapealse osa maht (m3) | |

**Ehitise konstruktsioonid ja materjalid**

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | tellis |
| Välisseina liik | tellis, väikeplokk |
| Välisseina välisviimistluse materjali liik | keraamiline tellis |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon |
| Katuse ja katuselagede kandva osa materjali liik | monteeritav raudbetoon |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva



## Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
|---|---|
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalisatsiooni liik | võrk |
| Soojusvarustuse liik | kaugküte |
| Soojusallika liik | katel; kaugküte |
| Energiaallika liik | puudub |
| Ventilatsiooni liik | |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | 0 |

| Osa nr | Näitaja | EHR andmed |
|---|---|---|
| 1 | Ehitise osa tüüp | Eluruum |
| | Sissepääsu korrus | 1 |
| | Ehitise kuju, kus hooneosa asub | 1: Ruumikuju automaatne kanne Maa-ameti infosüsteemist |
| | Hooneosa aadress | Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6-1 |
| | Ehitise osa pind (m2) | 61,7 |
| | Köetav pind (m2) | 0,0 |
| | Rõdude ja lodžade pind (m2) | |
| | Tubade arv | 3 |
| | Köökide arv | 1 |
| | Avatud köökide arv | |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš |
| | Gaasipaigaldis | |
| | Soojusvarustuse liik | kaugküte |
| | Soojusallika liik | katel |
| | Energiaallika liik | |

*Allikas: https://livekluster.ehr.ee*

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

**Lisa 4. Korterelamu eksplikatsiooni väljavõte.**



*Allikas: omanik*

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

## Lisa 5. Korterelamu rekonstrueerimisprojekt, väljavõte



| | |
|---|---|
| Töö nr: | **RPOP 1117 / ROOSI TN 6** |
| Tellija: | ROOSI TN 6 KÜ, registrikood 80076862 |
| | Roosi tn 6-12, Jõhvi linn, Jõhvi vald, Ida-Virumaa 41538 |
| | Tel (+372) 5554 7253 |
| Kontaktisik: | Juliana Krõlova, mob tel. +(372) 5554 7253 |
| Ehitise asukoht: | Ida-Virumaa, Jõhvi vald, Jõhvi linn, Roosi tn 6 |
| Katastriüksuse tunnus: | 25301:007:0160 |
| Teostaja: | **OÜ RevPro Est**, registrikood 11334419, MTR EEP000987 |
| | Jaama 22a 41532 Jõhvi linn |
| | tel. +(372) 33 56360, +(372) 529 0601 |
| | e-post: revpro.sk@gmail.com |

### HOONE REKONSTRUEERIMINE



Ehitusprojekti stadium:     Eelprojekt (EP)

Vastutav pädev isik:  *allkirjastatud digitaalselt*  Svetlana Krõlova

Projekteerija:  *allkirjastatud digitaalselt*  Olga Pentinen

Jõhvi

*13 Detsember 2017.a.|*

*Vastutav pädev isik:* — *S. Krõlova*
*Koostas: projekteerija* — *O. Pentinen*     1(34)

31
**Domus Kinnisvara**
Vadim Frik
Kutseline hindaja
Tel: +372 58528962
Domus Kinnisvara
Fama tn 10/2, Narva

### 1.2 Alusdokumendid

### 1.2.1 Tellija lähteülesanne

Käesolev eelprojekt on koostatud Jõhvi linnas, Roosi tn 6 asuva hoone rekonstrueerimine:

- lamekatuse lisasoojustamine;
- välisseinte lisasoojustamine ja viimistlemine;
- sokli soojustamine ja välisviimistlus;
- majandus lodža klaasimine;
- lodžad korterite klaasimine.

### 3.2 Arhitektuuri üldlahendus

Käesolev projekt on väljatöötatud hoone rekonstrueerimiseks:

- lamekatuse lisasoojustamine;
- välisseinte lisasoojustamine mineraalvillaga (150 mm), soojustussüsteem WM ja viimistlemine (katmine dekoratiivkrohviga);
- sokli soojustamine polüstürooliga (150 mm), soojustussüsteem VWC ja välisviimistlus (katmine dekoratiivkrohviga);
- majanduslodžade klaasimine;
- korterite lodžade klaasimine.

### 3.3.7 Lodžade klaasimine ja välisviimistlus

Projektiga on ettenähtud:

- majanduslodžade klaasimine ja piirde soojustatakse ja viimistletakse;
- lodžad korterites klaasitakse ja piirde soojustatakse ja viimistletakse.



**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva





VAADE B
M:1:150

| HOONE VÄLISVIIMISTLUSE TABEL | |
|---|---|
| V1 | FASSAADID - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: CALIFORNIA ( või analoogne kvaliteediga ) |
| V2 | FASSAADID - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: CUBA ( või analoogne kvaliteediga ) |
| V3 | SOKKEL - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: NEBRASKA ( või analoogne kvaliteediga ) |
| V4 | VALGE PVC AKNAD |
| V5 | METALL UKSED, TONN: TUMEPRUUN |
| V6 | BETOONIST TREPP, VIIMISTLUS: KERAAMILINE PLAAT, TONN: HALL |
| V7 | METALLI VIIMISTLUS, TONN: TUMEPUNANE |
| V8 | METALLI KÄSIPUUD, TONN: TUMEPUNANE |

REVPRO EST

| Amet | Nimi | Allkiri | Kuup. | | |
|---|---|---|---|---|---|
| Vast. sp. | Svetlana Krõlova | allkirjastatud digitaalselt | 11.17 | | |
| Projekt. | Olga Pentinen | allkirjastatud digitaalselt | 11.17 | | |

| | | | | |
|---|---|---|---|---|
| Töö number: | RPOP 1117 / ROOSI TN 6 | | | |
| Töö nimetus: | HOONE REKONSTRUEERIMINE | | | |
| Asukoht: Ida-Virumaa, Jõhvi vald, Jõhvi linn, Roosi tn 6 | | Mõõtkava | | 1:150 |
| Katastritunnus: 25301:007:0160 | | Staadium | Leht | Lehti |
| Tellija: ROOSI TN 6 KÜ | | EP | AR-2 | 18 |
| Joonise nimetus: VAADE B | | Projekteerija: OÜ RevPro EST | | |

VAADE C, D
M:1:100

| HOONE VÄLISVIIMISTLUSE TABEL | |
|---|---|
| V1 | FASSAADID - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: CALIFORNIA ( või analoogne kvaliteediga ) |
| V2 | FASSAADID - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: CUBA ( või analoogne kvaliteediga ) |
| V3 | SOKKEL - KROHV, VÄRVIMINE CERESIT SYSTEM, TOON: NEBRASKA ( või analoogne kvaliteediga ) |
| V4 | VALGE PVC AKNAD |
| V5 | METALL UKSED, TONN: TUMEPRUUN |
| V6 | BETOONIST TREPP, VIIMISTLUS: KERAAMILINE PLAAT, TONN: HALL |
| V7 | METALLI VIIMISTLUS, TONN: TUMEPUNANE |
| V8 | METALLI KÄSIPUUD, TONN: TUMEPUNANE |

REVPRO EST

| Amet | Nimi | Allkiri | Kuup. |
|---|---|---|---|
| Vast. sp. | Svetlana Krõlova | allkirjastatud digitaalselt | 11.17 |
| Projekt. | Olga Pentinen | allkirjastatud digitaalselt | 11.17 |

| | | | | |
|---|---|---|---|---|
| Töö number: | RPOP 1117 / ROOSI TN 6 | | | |
| Töö nimetus: | HOONE REKONSTRUEERIMINE | | | |
| Asukoht: Ida-Virumaa, Jõhvi vald, Jõhvi linn, Roosi tn 6 | | Mõõtkava | | 1:100 |
| Katastritunnus: 25301:007:0160 | | Staadium | Leht | Lehti |
| Tellija: ROOSI TN 6 KÜ | | EP | AR-3 | 18 |
| Joonise nimetus: VAADE C, D | | Projekteerija: OÜ RevPro EST | | |

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva



**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

## Vastavuskinnitus standardi nõuetele:

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

| Hindamisaruande koostaja | Hindamisaruande kinnitaja |
|---|---|
| */allkirjastatud digitaalselt/* | */allkirjastatud digitaalselt/* |
| **Vadim Frik**<br>Kutseline nooremhindaja, tase 5,<br>kutsetunnistus nr. 207203<br>Eesti Kinnisvara Hindajate Ühingu liige | **Lea Kull**<br>Kinnisvara hindaja, tase 6<br>kutsetunnistus nr 163047<br>Eesti Kinnisvara Hindajate Ühingu liige |

**Domus Kinnisvara**

Vadim Frik
Kutseline hindaja
Tel: +372 58528962

Domus Kinnisvara
Fama tn 10/2, Narva

Registriosa:

| | |
|---|---|
| Registriosa number | 3187508 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | 1 |
| Korteriühistu registrikood | 80076862 |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 25301:007:0160 | Elamumaa 100%, Ida-Viru maakond, Jõhvi vald, Jõhvi linn, Roosi tn 6. | 2041,0 m2 | Maakatastri andmed üle võetud 13.02.2021. | kehtiv |
| | 617/8816 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr 1, mille üldpind on 61,70 m2 ja mille tähistus plaanil on 1. Teised sama kinnisasja korteriomandid nr 3187608, 3187708, 3187808, 3187908, 3188008, 3188108, 3188208, 3188308, 3188408, 3188508, 3188608, 3188708, 3188808. Eriomandi ese ja sisu vastavalt 7.11.2001 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile. | | | | |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 1 | Galina Turõgina (isikukood 45203102253) | 07.11.2001 kinnistamisavalduse alusel sisse kantud 24.04.2003. Kohtunikuabi T. Karu | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press
Kuupäev: 05.06.2024 17:02:53
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.