AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:22-cr-00185-RSL |
| Ivan Turogin | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it):*

### Residential apartment located at Pöörise 5 – 61, Tallinn, Estonia
### Valued €168,000.00 (appraisal attached)
### Outstanding mortgage €13,434.00

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

### Ownership is demonstrated by the attached  Land Registry extract

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 06-12-2024

City and state: TALLINN, ESTONIA

_____
Defendant (if a property owner)

VASSILI TUROGIN
_____
Property owner's printed name

_____
Property owner's signature

OLGA  TUROGINA
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Date: _____July 26, 2024_____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

Date: _____July 26, 2024_____

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United States Attorney

_____
Assistant United States Attorney's signature

Agreement approved.

Date: _____July 26, 2024_____

_____
Judge's signature

DOMUS
KINNISVARA

Usaldus, mis kestab!



## Eksperthinnang nr 1379-24

| | |
|---|---|
| Vara: | Korteriomand registriosa nr 20036050 (eluruum, 2-toaline korter) koos erikasutusõigusega panipaigale nr P-61 ja parkimisservituudiga parkimiskohale nr 157 |
| Aadress: | Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61 |
| Väärtuse kuupäev: | 03.06.2024 |
| Hindamisaruande kuupäev: | 05.06.2024 |
| Turuväärtus: | 168 000 € |
| Koostaja ja kinnitaja: | /allkirjastatud digitaalselt/ |
| | Jane Jürgenson |
| | Kutseline hindaja |
| | Vara hindaja, tase 7, kutsetunnistus nr 189558 |
| | Eesti Kinnisvara Hindajate Ühingu liige |

# Sisukord

**KOKKUVÕTE** ......................................................................................................................3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ..........................................................4
   1.1. Hinnatav vara ja hindamise eesmärk .........................................................................4
   1.2. Hindamise alused ning hindamisaruande avaldamine .................................................4
   1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta .............................4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ...................................................5
   2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon .....................................5
   2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel .....5
   2.3. Hinnatava vara ülevaatus ............................................................................................5

**3. Hinnatava vara kirjeldus** .............................................................................................5
   3.1. Asukoht .......................................................................................................................5
   3.2. Omandisuhted .............................................................................................................8
   3.3. Maakasutus..................................................................................................................9
   3.4. Hoone kirjeldus .........................................................................................................10
   3.5. Hoone põhikonstruktsioonid ......................................................................................11
   3.6. Korteri üldandmed .....................................................................................................12
   3.7. Korteri viimistlus ja seisukord ....................................................................................12
   3.8. Korteri tehnosüsteemid .............................................................................................13
   3.9. Hinnang hinnatava vara kestlikkuse väärtusele ..........................................................13

**4. Turuülevaade** ............................................................................................................13
   4.1. Majandusülevaade .....................................................................................................13
   4.2. Harjumaa ja Tallinna korterituru ülevaade .................................................................14
      4.2.1. Müügitehingud ...................................................................................................21
      4.2.2. Turustatavuse analüüs.........................................................................................21
      4.2.3. Pakkumine ..........................................................................................................22
   4.3. Parim kasutus............................................................................................................24

**5. Hindamine** .................................................................................................................24
   5.1. Hindamise metoodiline alus ja põhimõtted ................................................................24
   5.2. Turuväärtuse hinnang ................................................................................................24

**6. Hindamistulemus** .......................................................................................................27

**Lisa 1. Fotod** ................................................................................................................28

**Lisa 2. Kinnistusregistri väljavõte** ...............................................................................31

**Lisa 3. Ehitisregistri väljavõte** .....................................................................................34

**Lisa 4. Väljavõtted lepingutest ja plaanidest** ..............................................................37

**Vastavuskinnitus standardi nõuetele** ..........................................................................43

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 5 of 49



# KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Korteriomand registriosa nr 20036050 (eluruum, 2-toaline korter) koos erikasutusõigusega panipaigale nr P-61 ja parkimisservituudiga parkimiskohale nr 157 |
| Aadress | Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61 |
| Omanik | Ühisomanikud Olga Turõgina (isikukood 47904152263), Vassili Turõgin (isikukood 37712292236) |
| Katastritunnus | 78405:502:0263 |
| Omandivorm | Korteriomand |
| Eriomandi ese ja selle pind | 493/38454 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr KORTER 61 |
| Eluruumi pind | 49,3 m$^2$ |
| Hinnang korteri üldisele seisukorrale | Väga hea |
| Hinnang korterelamu üldisele seisukorrale | Väga hea |
| HINDAMISARUANDE KOONDANDMED | |
| Hinnangu eesmärk | Eksperthinnang on koostatud vara turuväärtuse hindamiseks, esitamiseks kohtule |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega |
| Ülevaatuse kuupäev | 03.06.2024 |
| Väärtuse kuupäev | 03.06.2024 |
| Hindamisaruande kuupäev | 05.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ |
| Tellimusleping | Tellimus e-maili teel, 31.05.2024, kinnitanud vandeadvokaat Paul Keres |
| Hindamise eeldused | Hindamise tavapraktikast väljuvad eeldused puuduvad |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis prognoosime hinnatud turuväärtuse juures kuni 6 kuud. Likviidsuse hindame keskpäraseks. |
| Hindamistulemuse täpsus | Piirkonna korteriturg on efektiivne, millest tulenevalt on hindamistulemus vastava turusegmendi jaoks tavapärase täpsusega (±5%) |
| Käibemaks | Hindamistulemus sisaldab käibemaksu, kui müüjal on seadusest tulenevalt kohustus lisada vara võõrandamisel käibemaks. Hindamistulemusele ei lisandu käibemaksu |
| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES | |
| Hindaja ei tuvastanud hindamistoimingu läbiviimisel olulisi vastuolusid tegelike andmete ja avalike registri andmete vahel | |
| HINDAMISTULEMUS | |
| Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul **korteriomandi (2-toaline kroter)** aadressil **Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61** turuväärtus väärtuse kuupäeval **168 000 (ükssada kuuskümmend kaheksa tuhat) eurot** | |

Koostaja ja kinnitaja:

/allkirjastatud digitaalselt/

Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Eksperthinnang nr 1379-24
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 6 of 49

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61 |
|---|---|
| Registriosa nr | 20036050 |
| Vara koosseis | 493/38454 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr KORTER 61 |
| Vara liik | Korteriomand |
| Hindamise eesmärk | Vara turuväärtuse hindamine esitamiseks kohtule |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõiki hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel ei arvestata korteriühistu pandiõigusega;
- hindamisel ei arvestata hüpoteekidega.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasuguse saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita hoone

**Domus Kinnisvara**

Jane Jürgenson                                                                                                      Domus Kinnisvara
Kutseline hindaja                                                                                                  Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 7 of 49

struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud tehnosüsteemide ehitus-tehnilisi uuringuid.

## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on saadud järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Vara omaniku poolt esitatud suuline info vara ülevaatusel | 03.06.2024 |
| Kohapealne ülevaatus | 03.06.2024 |
| Asukoha kaart, https://delfi.ee | 03.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 03.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 31.05.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 31.05.2024 |
| Avalike kinnisvaraportaalide andmed, https://kinnisvara24.ee, https://www.kv.ee | 03.06.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 03.06.2024 |
| Üld- ja detailplaneeringute info Tallinna planeeringuteregistrist, https://tpr.tallinn.ee | 03.06.2024 |
| Erikasutusõiguse kokkulepe, korteriomanike kokkulepe, koostanud ja tõestanud Tallinna notar Kadri Pappel, 30.08.2021 | 03.06.2024 |
| Reaalservituudi seadmise leping, koostanud ja tõestanud Tallinna notar Kadri Pappel, 05.08.2021 | 04.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel

| Vastuolud |
|---|
| Hindaja ei tuvastanud hindamistoimingu läbiviimisel olulisi vastuolusid registri andmete ja tegeliku olukorra vahel ning hindab andmed usaldusväärseks |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 03.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline vara hindaja Jane Jürgenson (kutsetunnistus nr 189558) |
| Ülevaatuse juures viibinud isik | Vara omanik Vassili Turõgin |
| Ülevaatuse ulatus | Ülevaatus hõlmas korterelamu välise ülevaatuse (v.a katus), trepikoja ülevaatuse ning hinnatava korteri ja panipaiga siseruumide ülevaatuse |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud |

## 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Vara asub Tallinnas Mustamäe linnaosas Kadaka asumis uuselamurajoonis Haabersti linnaosa piiril, Tallinna linna keskusest ~ 8,3 km. Asukoht on piirkonna siseselt hea, turuosaliste poolt keskmiselt hinnatud |



*Allikas: https://kaart.delfi.ee/*

Jane Jürgenson                                                          Domus Kinnisvara
Kutseline hindaja                                                       Luise tn 2, Tallinn

Eksperthinnang nr 1379-24

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 9 of 49
Harjumaakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61

| Mikroasukoht | |
|---|---|
| Piirkonna hoonestus | Ümbruskonna hoonestuse moodustavad valdavalt uued sarnased korterelamud, mitmed kaubandus- ja teenindusettevõtted |
| Infrastruktuur | Lähimad kool, lasteaed ja kauplus asuvad ~ 1 km raadiuses |
| Haljastus ja heakord | Heakorrastatud, piirkonnas peamiselt asfaltkattega teed ja parkimisalad, kinnistute haljasaladel murukate ja puud |
| Veekogud | Harku järv ca 1,3 km |
| Õhu saastatus ja müra | Müra- ja saastatuse tase vara vahetus ümbruses on keskmisest madalam, kuna vara asub tihedama liiklusega teest mõnevõrra eemal <br><br> *Allikas: www.geoportaal.maaamet.ee (mürakaart)* |
| Konkureerivad turupiirkonnad | Peamiselt teised Mustamäe ja Haabersti linnaosa asumid |
| Juurdepääs | Hinnatava varani pääseb mööda heas seisukorras tänavavalgustusega ja asfaltkattega teid - Pöörise tänav T2 (78405:502:0267, reg. osa 26522001) on eraomandis tee, mis kuulub Aktsiaselts TTP-le (registrikood 10093511, arendaja). Kinnistule on seatud tähtajatu ja tasuta teeservituut Pöörise tn 5 kinnistu kasuks |

**Domus Kinnisvara**

Jane Jürgenson                                                         Domus Kinnisvara
Kutseline hindaja                                                     Luise tn 2, Tallinn

| Teede skeemid: |  |
|---|---|
| Kohalik tee | |
| Eratee | |
| Metsatee | |
| Põhimaantee | |
| Tugimaantee | |
| Kõrvalmaantee | |
| Ramp, ühendustee | |
| Muu riigitee | |
| trassi osa | |
| | *Allikas: geoportaal.maaamet.ee (maanteeameti kaart)* |
| Kergliiklusteed ja avalikud puhkealad | On olemas ja heas seisukorras. Pöörise tänava hoonetevahelisel alal on olemas laste mänguväljakud, hoonete kõrvalt jookseb läbi Hiiu - Harku terviserada (kergliiklustee) |
| Parkimine | Piirkonnas parkimine valdavalt parkimismajas (servituudilepingute alusel), kinnistutel ja Pöörise tänav T2 kinnistul (servituudilepingute alusel) |
| Ühistransport | Lähim bussipeatus asub ca 250 m kaugusel |

## 3.2. Omandisuhted

| Registriosa number | 20036050 |
|---|---|
| Omandivorm | Korteriomand |
| Korteriomandi koosseis | 493/38454 mõttelist osa kinnisasjast ja eriomandi ese eluruum nr KORTER 61 |
| Omanik | Ühisomanikud Olga Turõgina (isikukood 47904152263), Vassili Turõgin (isikukood 37712292236) |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Väärtuse kuupäeva seisuga on registriosa I jaos järgmised kehtivad kanded: <br> - Korteriomanike kokkulepe rõdude kasutamise kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 4.1; kokkulepe erikasutusõiguste kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 5.1. ja lepingu lisas olevatele Pöörise tn 5 -1. korruse plaanile (panipaigad). Korteriomandi igakordsele omanikule kuuluv erikasutusõiguse ese (panipaik), mis on -1. korruse plaanil (panipaigad) tähistatud tähega P ja vastava eriomandi eseme nr-ga 61. <br> *Kande positiivse mõjuga on vara turuväärtuse hindamisel arvestatud.* <br><br> - Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta teeservituut vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.1. <br> *Servituut tagab Pöörise tänaval läbisõidu hinnatava vara igakordsele omanikule. Kanne on positiivse mõjuga, kuid selle mõju suurus ei ole ühtselt hinnatav.* <br><br> - Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta reaalservituut (parkimisservituut) parkimiskoha nr 157 kasutamiseks vastavalt 28.10.2021.a lepingu punktile 4.1. ning lepingu lisaks olevale plaanile. <br> *Kande positiivse mõjuga on vara turuväärtuse hindamisel arvestatud.* |

Jane Jürgenson     Domus Kinnisvara
Kutseline hindaja     Luise tn 2, Tallinn

| | |
|---|---|
| | *Registriosa väljavõte on esitatud Lisas nr 2* |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Väärtuse kuupäeva seisuga on registriosa III jaos järgmised kehtivad kanded:<br>- Isiklik kasutusõigus tähtajaga 50 aastat Elektrilevi OÜ (registrikood 11050857) kasuks.<br>- Isiklik kasutusõigus aktsiaselts Tallinna Soojus (registrikood 10026398) kasuks.<br>- Isiklik kasutusõigus Aktsiaselts Telset (registrikood 10098483) kasuks.<br>- Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks.<br>- Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks.<br>*Mainitud isiklikud kasutusõigused ei mõjuta hinnatava vara turuväärtust, sest tegemist on tavapäraste tehnovõrkude tarbeks seatud isiklike kasutusõigustega, mis ei takista ega piira märkimisväärselt hinnatava vara sihtotstarbepärast kasutust.*<br><br>*Registriosa väljavõte on esitatud Lisas nr 2.* |
| Vara hüpoteegi kanded registriosa IV jaos | Väärtuse kuupäeva seisuga on registriosa IV jaos järgmine kehtiv kanne:<br>- Hüpoteek summas 119 925,00 eurot Swedbank AS (registrikood 10060701) kasuks.<br>*Hindamisel hüpoteekidega ei arvestata.*<br><br>*Registriosa väljavõte on esitatud Lisas nr 2* |
| Korteriühistu pandiõigus | Korteriühistul on korteriomandist tulenevate nõuete tagamiseks korteriomandile korteriomandi- ja korteriühistuseadusest tulenev pandiõigus, millele kohaldatakse esimesel järjekohal oleva hüpoteegi kohta sätestatut. Korteriühistu pandiõiguse suurus on korteriomandi eelmise majandusaasta majandamiskulude summa.<br><br>*Hindamisel ei ole arvestatud korteriühistu pandiõigusega* |
| Üürilepingud | Hindajale teadaolevalt puuduvad |
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust. |

## 3.3. Maakasutus

| | |
|---|---|
| Katastritunnus | 78405:502:0263 |
| Ortofoto |  |

Jane Jürgenson                                                                                          Domus Kinnisvara
Kutseline hindaja                                                                                       Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Ühendmaalkood, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61
Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 12 of 49



| | |
|---|---|
| | *Allikas: geoportaal.maaamet.ee (maainfo kaart)* |
| Sihtotstarve | Elamumaa 100% |
| Pindala | 1935 m² |
| Kuju, reljeef | Ebakorrapärase kujuga, tasase reljeefiga |
| Parkimine | Hoones asuvate korterite kasutada on parkimiskohad parkimismajas (servituudi-lepingute alusel) ja Pöörise tänav T2 kinnistul (servituudilepingute alusel) |
| Haljastus | Murukate, madal- ja kõrghaljastus |
| Piirded | Osaliselt võrkaed |
| Hooned ja rajatised | Hoonena 12-korruseline korterelamu, rajatisena soojatrass, kaabelliin, ajutise parkla sajuveekanalisatsioon, ajutise parkla piirdeaed, elektri maakaabelliin, ajutise parkla valgustus, ajutine parkla |
| Üldplaneering | Kehtestatud Mustamäe üldplaneering, 22.06.2006. Üldplaneeringu maakasutusplaani alusel paikneb Pöörise tn 5 kinnistu linna või linnaosa keskuste/äriehitiste/elamute arengualal. Väljavõte maakasutusplaanilt: |

Väljavõte maakasutusplaanilt:

A-7 Linna/linnaosa keskuse/äriehitiste/elamute arenguala

*Allikas: tpr.tallinn.ee*

| | |
|---|---|
| Miljööväärtuslik planeering | Puudub |
| Detailplaneering ja ehitusõigus | DP026910: Kadaka tee 74, 74a, 74c, 74d, 74g, 74l, 74m, 74n ja 72c kruntide detailplaneering, kehtestaud 25.04.2012. Ehitusõigus: maksimaalne hoonealune pind: maapealne 550 m², maa-alune 550 m² maksimaalne maapealsete korruste arv 12, maa-alune -1 maksimaalne hoonete kõrgus 40 m, hoonete arv krundil 1 Vähemalt kolmekorruseline mitme korteriga elamu (E-elamumaa) *Allikas: Tallinna planeeringute register* |

## 3.4. Hoone kirjeldus

| | |
|---|---|
| Esmane kasutuselevõtu aasta | 2021 |
| Ehitisregistri kood | 120857076 |

Jane Jürgenson                                                                                          Domus Kinnisvara
Kutseline hindaja                                                                                       Luise tn 2, Tallinn



*Allikas: hindaja info*

| | |
|---|---|
| Korruselisus | Maapealsete korruste arv 12, maa-aluste korruste arv 1 |
| Ehitisealune pind | 521,3 m² (ehitisregistri andmed) |
| Suletud netopind (SNP) | 4788,0 m² (ehitisregistri andmed) |
| Korteriühistu registrikood | 80600565 |
| Liftide arv | 2 |
| Korterite arv | 72 |
| Ehitusluba, ehitusteatis Kasutusluba, kasutusteatis[1] | 02.10.2018 on väljastatud ehitusluba nr 1812271/24445 hoone püstitamiseks; 23.02.2024 on väljastatud kasutusluba nr 2412371/00844 hoone püstitamisel<br><br>*Allikas: www.ehr.ee* |
| Energiamärgis | Riiklikus ehitisregistris info puudub, soovitame tellida energiamärgise |

### 3.5. Hoone põhikonstruktsioonid

| | |
|---|---|
| Vundamendi liik | Madalvundament (ehitisregistri andmed) |
| Vahelagede kandva osa materjali liik | Monteeritav raudbetoon (ehitisregistri andmed) |
| Kande- ja jäigastavate konstruktsioonide materjali liik | Monteeritav raudbetoon; monoliitne raudbetoon (ehitisregistri andmed) |
| Katuste ja katuslagede kandva osa materjali liik | Monteeritav raudbetoon (ehitisregistri andmed) |
| Välisseina liik | Mitmekihiline raudbetoonpaneel (ehitisregistri andmed) |
| Katusekatte materjali liik | Bituumen või PVC plaat või rullmaterjal (ehitisregistri andmed) |
| Välisseina välisviimistluse materjali liik | Betoon (ehitisregistri andmed) |
| Trepikodade uksed-aknad | Metallraamis klaasuksed, plastikraamidel 3-kordse klaaspaketiga aknad (visuaalne vaatlus) |
| Trepikoja seisukord | Korterelamu trepikoja seisukord on väga hea |
| Korterelamu põhikonstruktsioonide seisukord | Konstruktsioonide põhjalikku ehitus-tehnilist ekspertiisi ei ole teostatud. Visuaalsel vaatlusel on hoone põhikonstruktsioonid väga heas seisukorras, olulisi vajumisi, niiskuskahjustusi või deformatsioone ülevaatuse ajal ei tuvastatud. Tegemist on suhteliselt uue korterelamuga, remondivajadus puudub |
| Välisviimistluse seisukord | Väga hea |

---

[1] *Enne 22.07.1995 aastat oli seadusega reguleerimata kasutusloa mõiste, seega enne seda õiguslikul alusel püstitatud ehitise kasutamiseks ei pea olema kasutusluba. Kui enne 01.07.2015. a oli ehitis vabastatud kasutusloa kohustusest ning ehitise kasutamist on alustatud, siis on lubatud ehitise kasutamine kasutusteatise või kasutusloata (EhSRS § 21 lg 3). Enne 01.07.2015. a asjaõigusseaduse rakendamise seaduse tähenduses õiguslikul alusel ehitatud ehitist võib kasutada vastavalt ehitisele ettenähtud kasutamise otstarbele (EhSRS § 23 lg 2). Kasutusotstarbe muutmisel tuleb taotleda kasutusluba (kui kasutusluba on EhS Lisa 2 alusel kohustuslik).*

## 3.6. Korteri üldandmed

| Vara liik | Korter | |
|---|---|---|
| Korteri pindala | Hoonejaotusplaani andmed | Ehitisregistri andmed |
| | 49,3 m$^2$ | 49,3 m$^2$ |
| Pindala vastavus | Kinnistusregistri ja ehitisregistri andmed ühtivad, vastuolusid ei esine | |
| Hindamisel võetakse aluseks | Kinnistusregistri ja ehitisregistri andmed, mida peetakse õigeks ja usaldusväärseks | |
| Korrus | 11. korrus | |
| Ruumilahendus/planeering | Ruumilahendus: esik, avatud köögiga elutuba, magamistuba, wc-vannituba.<br><br>Korteri planeeringu funktsionaalsuse võib hinnata heaks, ruumid on optimaalse suurusega, magamistuba ei ole läbikäidav. Aknad avanevad ühele poole korterelamut, akendest avar vaade | |
| Tubade arv | 2 | |
| Rõdu/lodža | Lodža pinnaga 4,3 m$^2$ (juurdepääsuga avatud köögiga elutoast) | |
| Panipaik | Erikasutusõiguse kokkuleppe alusel panipaik nr P-61 korterelamu -1. korrusel | |
| Parkimiskoht | Hinnatava vara koosseisu kuulub parkimisservituudi alusel hoone ees tänavamaal paiknev parkimiskoht nr 157 | |

## 3.7. Korteri viimistlus ja seisukord

| Eluruumide viimistlus | |
|---|---|
| Põrandakatted | Puitparkett |
| Seinakatted | Värvkate |
| Lagi | Värvkate |
| Materjalide seisukord | Väga hea |
| Aknad | Plastikraamidel 3-kordse klaaspaketiga aknad |
| Uksed | Välisuks – tuletõkkeuks, siseuksed spoonuksed |
| San.ruumide viimistlus | |
| Põrandakatted | Keraamilised plaadid |
| Seinakatted | Keraamilised plaadid |
| Lagi | Värvkate |
| San.tehnika | Kaasaegne |
| Materjalide seisukord | Väga hea |
| Kohtkindel sisseseade | Kaasaegne integreeritud tehnikaga köögimööbel, gareroobkapid esikus ja magamistoas |

  

*Allikas: hindaja info*

| Hinnang korteri üldisele seisukorrale | Väärtuse kuupäeva seisuga on korteri siseviimistluse seisukord väga hea, vastavalt algandmete esitaja ütlustele ei ole korteris pärast selle valmimist keegi sees elanud |
|---|---|
| Remondivajadus | Puudub |

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                               Luise tn 2, Tallinn


### 3.8. Korteri tehnosüsteemid

| Elektrivarustus | Võrk (ehitisregistri andmed) |
|---|---|
| Veevarustus | Võrk (ehitisregistri andmed) |
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Gaasivarustus | Puudub (ehitisregistri andmed) |
| Küttesüsteem | Kaugküte, kohtküte (elektriline põrandaküte sanitaarruumis) (ehitisregistri andmed) |
| Signalisatsioon | Puudub |
| Ventilatsioon | Soojustagastusega sundventilatsioon; mehaaniline väljatõmme (ehitisregistri andmed) |
| Muud tehnosüsteemid | Puuduvad |
| Tehnosüsteemide seisukord | Hindajale teadaolevalt töökorras ja väga heas seisukorras |

### 3.9. Hinnang hinnatava vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul järgitakse hinnataval varal kinnisvara kestliku arengu tagamise põhimõtteid (tegemist on suhteliselt uue ja väga heas seisukorras korterelamu ja korteriga) ning hindaja hinnangul on vara kestlikkuse väärtus positiivne. |

## 4. Turuülevaade

### 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[2]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majandus kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vinduvam. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala tööutuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemise. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib

---

[2] Eesti Panga majandusprognoos seisuga 26.03.2024

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 16 of 49
Hüperimaakond, Tallinn, Waldemari linnaosa, Luise tn 2 – KORTER 61

tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtteid ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressursside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujääki suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu – siis neid probleeme täiendav riigipoolne kulutamine oluliselt määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada 3% puudujääki piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| töötus (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

\* Prognoos
Allikad: statistikaamet, Eesti Pank

## 4.2. Harjumaa ja Tallinna korterituru ülevaade

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihindade võimalikust langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele vaatamata püsisid hinnad ikkagi samal tasemel, mis siis omakorda tähendab jätkuvat survet müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenuandjad püüdsid järjest enam toetada tehinguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu täheldada ei olnud ja kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu neelduvusvõime.

Tallinnas oli 2023.a. IV kvartali ja 2024.a. I kvartali võrdluses tehingute arv lang_es. I kvartalis oli tehingus 1729 korteriomandit, mida on kvartalite võrdluses umbes 20% vähem. Peamine erinevus kahe kvartali vahel oli tingitud tehingu struktuurist, sest IV kvartalisse mahtus väga suur hulk lõpumüüke, s.h. uusarenduste müüke, mida I kvartalis enam nii palju ei olnud. Kui vaadata tehingute arvu langust linnaosade arvestuses, siis enim langes tehingute arv nendes linnaosades, kus uusarendusi oli lähiminevikus kõige enam: Haabersti, Kristiine, Põhja-Tallinna linnaosa.

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                               Luise tn 2, Tallinn



Allikas: Maa-ameti tehingute andmebaas

Tehingute arvu muutus tõi kaasa ka keskmise hinna muutuse, kuid numbritesse süvendes võis järeldada, et tegemist oli tehingute struktuurist tingitud nähtusega. Aga konkreetselt samaväärsete ostu-müügitehingute võrdlemisel ei saanud olulist hinnamuutust kvartalite võrdluses täheldada ehk hinnatase jäi kvartalite võrdluses samasuguseks.

Ometi jätkus turul ostjate seas ootus hindade langemiseks, sest kodumajapidamiste kindlustunne oli madal ja selle taustal oli vähe neid, kes suudsid ja tahtsid teha kinnisvara tehinguid.

Korterite aritmeetiline keskmine ühikuhind 2024.a. I kv ja muutus võrreldes 2023.a. IV kv-ga:

| | | | |
|---|---|---|---|
| Haabersti 3154 €/m² -8% | Kesklinn 3510 €/m² -5% | Kristiine 3349 €/m² +2% | Lasnamäe 2389 €/m² +0% |
| Mustamäe 2500 €/m² -8% | Nõmme 2603 €/m² +3% | Pirita 2878 €/m² -4% | Põhja-Tallinn 3100 €/m² -14% |

Korترituru väljavõtted 2024.a. seisuga:

- Tehingute arv on ajaloolisest keskmisest mõnevõrra madalam;
- Hinnalangus on peatunud, kahe kvartali võrdluses on see püsinud samal tasemel;
- Jätkub surve müügihindade langetamiseks;
- Euribori langus (või jutud sellest) toovad turule teatavat elavnemist;
- Müügivajadus teeb müüjad paindlikumaks;
- Aeg huvilisega esmakontaktist kuni ostuotsuse ja müügitehinguni on jätkuvalt suhteliselt pikk;
- Ostjatel on jätkuvalt põhjalikult kaalutletud ostuotsused;
- Stabiliseerunud hinnad hakkavad tooma kaasa rohkem selgust ja julgustama ostjaid ostuotsust langetama;
- Hinnakasvust suurem palgakasv parandab elamispindade ostujõudu, kuid üldine korteri taskukohasus püsib ajaloolisest keskmisest madalamal tasemel. Taskukohasemad on järelturu korterid, uued korterid on kõige vähem taskukohasemad;
- Üürikorterite pakkumiste maht kasvab;
- Uusarenduste turule siseneb rohkem arendajaid;
- Uute korterite pakkumiste maht kasvab, aga turu neelduvusvõime püsib endiselt tagasihoidlik;
- Uute korterite broneerimislepingute arv on umbes 10% uute korterite pakkumistest, mis on hoidmas uusarenduste turule tulekut ikkagi endiselt tagashoidlikuna.

## Nõudlus

Nõudlus püsis suhteliselt madalal tasemel, mis oli suuresti tingitud euribori muutusest ning seda näitasid ka mõned nõudluse taastamiseks mõeldud lahendused. Näiteks püüti turul kõrge euribori mõju leevendada erinevate viisidega: pakuti nullmarginaaliga laene, A-energiaklassiga varadele pakuti madalama intressiga laene, Eesti Pank leevendas 1. aprillist laenuvõimekuse testimise tingimusi, pankadevahelised konkureerimised vähendasid marginaale jms.

Turuosaliste hinnangul avaldas mõju ka euribori stabiliseerumine ja selle kohatine langemine. Aasta teises pooles, kui euribor prognooside järgi allapoole liikuma hakkab, väheneb kodulaenu igakuine laenumakse, mis peaks mõjutama nõudlust positiivselt ehk tooma turule mingil määral ostjaid tagasi. Nõudluse paranemist peaks toetama ka palga kasv ehk



Eksperthinnang nr 1379-24

Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61

ostujõu taastumine, sest sissetulekute kasv on olnud kiirem võrreldes hindade kasvuga. Sedasi muutub ostja jaoks kinnisvara järk-järgult taskukohasemaks.

Ka laenuandjad eelistavad jätkuvalt tugeva maksevõimega, varasema hea maksekäitumisega, piisava omafinantseeringuga ja hea korras tagatisvaraga kliente.

Siiski jääb paraneva nõudlusega taustale ikkagi ebakindel majanduskeskkond, mis käesoleval aastal töötab tulla eeneva aastaga üsna samane. Järelikult üldistades võib käesolevaks aataks prognoosida küll nõudluse paranemist, aga kokkuvõttes jääb see ikkagi selgelt suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

## Pakkumine

Aasta algusest alates müügipakkumiste arv kasvas. Eelkõige oli seda täheldada kõrgema hinnaklassi varadega linnaosades, kus kasvumäärad olid kvartali võrdluses kohati kahekohalised ehk turule tuli pakkumist juurde rohkem võrreldes turu neeldumisvõimekusega.

Suhteliselt vähe ehk mõne protsendi jagu üleese-alla muutus pakkumiste arv magalapiirkonnas, kus pakutava kinnisvara hinnatase oli kogu pealinna arvestuses keskmine või kohati keskmisest madalam. Kui siia juurde tuua võrdluseks ka magalapiirkondade tehingute maht, siis võib siit järeldada, et magalapiirkondadesse on tekkinud teatav stabiilsus, mida põhjus käinud majandus enam justkui oluliselt ei kõiguta. Seda toetab ka Maa-ameti tehingute statistika, kus nö vanema elamufondi tehingute arv oli 2023.a. IV ja 2024.a. I kvartali võrdluses üsna samane.



**Tallinna korterite keskmine müügipakkumiste arv ja keskmine hind aastatel 2020-2024 kuude lõikes**

Pakkumiste arv, tk

Keskmine hind, €/m²

Legend: ▬ Aktiivseid pakkumisi — Keskmine hind, €/m²

Allikas: kinnisvaraportaal kv.ee, Domus Kinnisvara

## Maakonna korterid

Umbes veerand Harjumaa korterite tehingutest tehti väljaspool Tallinna ning sellise osakaaluga suhe on valitsenud küllaltki pikka aega. Kvartalite võrdluses muutus tehingute arv -3% ehk I kvartalis tehti 558 korteri ostu-müügitehingut. Viimase kasvu oli täheldada ainult keskmisest jõukamates omavalitsustes nagu Rae ja Viimsi vallas, aga mujal omavalitsustes tehingute arv langes.

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumises olevast varast ilma jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teataval määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

Eksperthinnang nr 1379-24

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 19 of 49
Harjumaakond, Tallinn, Mustamäe linnaosa, Lõuna 4/15 – KORTER 61

Tabel 1. Korteriomandite (eluruumide) tehingute arv Harjumaal 2024.a. I kvartalis võrreldes 2023.a. IV kvartaliga:

| | Harku vald | Jõelähtme vald | Keila linn | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 30 | 35 | 49 | 39 | 9 | 55 | 35 | 9 | 120 | 19 | 53 | 68 |
| Muutus, % | -46% | -17% | 48% | -7% | -36% | -10% | -10% | -44% | 45% | -39% | -23% | 15% |

Allikas: Maa-ameti tehingute statistika

Sarnaselt tehingute arvu langusega oli teatavat langust täheldada ka keskmistes hindades. Siiski jäi see kvartalite vahelises võrdluses kokkuvõtlikult -1%, ning tegelikkuses tähendas see hindade jäämist samale tasemele.

Tabel 2. Korteriomandite (eluruumide) keskmised hinnad Harjumaal 2024.a. I kvartalis võrreldes 2023.a. IV kvartaliga:

| | Harku vald | Jõe-lähtme vald | Keila linn | Kiili vald | Kose vald | Lääne-Harju vald | Maardu linn | Raasiku vald | Rae vald | Saku vald | Saue vald | Viimsi vald |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024.a. I kv | 2682 | 2908 | 1897 | 2916 | 1211 | 1004 | 1683 | 1782 | 2733 | 2456 | 2173 | 2653 |
| Muutus, % | 3% | 16% | -24% | -1% | 26% | 20% | 2% | -19% | 2% | -6% | -7% | -10% |

Allikas: Maa-ameti tehingute statistika

Pakkumiste arv sarnaselt Tallinnaga kasvas, kuid erinevalt pealinnast kasvas müügikuulutuste arv suhteliselt tagasihoidlikult. Tõenäoliselt oli selle põhjuseks jätkuvalt parem hinna ja kvaliteedi suhe ehk väljaspool Tallinna oli kinnisvara taskukohasus parem.

Harjumaal on eelistatud elamupiirkonnad, mis jäävad nn kuldsesse ringi ehk Tallinna ringtee mõjualasse, sest need on Tallinnast optimaalse autosõidu kaugusel (Loo, Lagedi, Jüri, Kiili, Saku, Saue, Laagri, Keila), samuti linnalähedased mere-äärsed piirkonnad. Vähem on eelistatud maakonna äärealadele jäävad asulad, kus on ka hinnatase mõnevõrra madalam: Loksa, Paldiski, Kehra jt.

Uute korterite turg linna lähiümbruses sobib eelkõige neile, kes ei taha osta korterit magala piirkonna vanemasse elamusse, kuid kellel ei jätku finantsi linnas asuva uue korteri ostu jaoks. Seepärast on väljaspool linna ka populaarsemad piirkonnad jätkuvalt Viimsi ja Rae vald. Samuti Harku vald erinevate elukondlike arendustega.

### Uued korterid

Uute arendusprojektide turule toomine kogub üha enam hoogu. Uute korterite ehitamist alustati 2024.a. üllatuslikult suhteliselt aktiivselt, sest ainuüksi juba I kvartali ehitusmahud moodustasid 40% varasema aasta kogumahust. Sealjuures oli aktiivsem turupiirkond Tallinna linn, kus enim alustati 3-5-korruseliste korterelamute püstitamisega ehk justkui turu hinnangul mitte väga kõrge riskiga arendusprojektidega. Väljaspool Talllinna domineerisid kuni 2-korruseliste korterelamute ehitus ehk seal piirkonnas olid arendajad oluliselt riskikartlikumad.

Vahe väljastatud ehituslubade ja ehitamist alustatud teatiste vahel oli nii Tallinnas kui Harjumaal umbes kahekordne ehk ettevalmistusi ehitamiseks tehti rohkem võrreldes reaalse ehitamisega. Eriti paistis see silma 2023.a.-l, kui Tallinnas väljastati 2122 eluruumi ehitamise luba, aga alustati 1137 eluruumide ehitusega. Aga uute arendajate turule tulekuga selline trend korraks pöördus. I kvartalis alustatigi Tallinnas 459 uue eluruumi ja Harjumaal 54 uue eluruumi ehitamist.

Uute projektide toomist turule toetasid ehitushindade stabiliseerumine ning mõningane ehitushindade langus, sest materjalide hinnad vähenesid. Tõenäoliselt siiski oluliselt ehitushind enam ei lange, sest seda mõjutab kasvav tööjõukulu.

**Domus Kinnisvara**

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 20 of 49
Rihametalla, Tallinn, Mustamäe linnaosa, Ehitajate tee 105 – KORTER 61

Tabel 3. Ehitusloa saanud, kasutusse lubatud ja ehitamist alustatud uued eluruumid 2024 I kv seisuga:

| | Tallinn | | | | Harju maakond, v.a Tallinn | | | |
|---|---|---|---|---|---|---|---|---|
| | 1-2-kor.krt.-elamud | 3-5-kor.krt.-elamud | 6-8-kor.krt.-elamud | 9- ja enama kor.krt.-elamud | 1-2-kor.krt.-elamud | 3-5-kor.krt.-elamud | 6-8-kor.krt.-elamud | 9- ja enama kor.krt.-elamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitus-luba | 48 | 195 | 0 | 0 | 12 | 97 | 0 | 0 |
| Ehitamist alustatud | 0 | 388 | 71 | 0 | 34 | 20 | 0 | 0 |
| Kasutus-luba | 8 | 214 | 275 | 242 | 44 | 57 | 0 | 0 |

Allikas: Statistikaamet

2024. aastal uued turule tulnud projektid olid varasemaga võrreldes sama või olenevalt asukohast ka kõrgema pakkumishinnaga. Tallinna uusarenduse korteri keskmine pakkumishind oli I kvartalis ca 4600 € ehk umbes 200 kuni 600 €/m² arvestuses rohkem võrreldes 2023. aastaga. Aga seda saab jällegi pidada statistiliseks moonutuseks pakkumiste struktuuri tõttu – rohkem tuli pakkumisse Tallinna Kesklinna ja lähipiirkonna projekte, mis viisid keskmise hinna kõrgemaks.

Siiski oli jätkuvalt ka tingimisruumi, sest arendustegevus vajas laenuga finantseerimist, aga laenu saamiseks oli vaja ette näidata korterite võlaõiguslikke lepinguid. Müüke aitasid teha erinevad avalikud sooduskampaaniad, kus reklaamite hindade soodustusi 5000 - 59 000 € ja sealjuures madalaid sissemakseid. Selle taustal siis olenevalt arendaja valmidusest ja ostukliendi küsimisoskusest võisid soodustused olla ka veel varjatud kujul (tasuta lisandusid panipaik, parkimiskoht või köögimööbel).
Selline lähenemine tõi uusarendusturule teatavat elavnemist ning uute korterite laojääk püsis vaatamata suhteliselt paljude arendajate lisandumisele küllaltki stabiilsena ning turu üha paranev neelduvusvõime hoidiski laojääki kasvutrendi tagasihoidlikuna. Domus Kinnisvara andmetel oli 2024.a. alguse seisuga Tallinnas pakkumisel umbes 2200 uut korterit. Kui võtta arvesse, et viimastel aastatel oli ostu-müügitehingute andmete põhjal uusarenduse müügitempo keskmiselt ca 300 korterit kuus, siis oleks viimaste aastate turutempo püsimisel selline laojääk turul realiseeritav umbes 7 kuuga. Siiski tuleb arvestada, et analüüsi koostamise hetkeks on turg taastuvas faasis, kus uusarenduste müügitempo on varasemast oluliselt aeglasem.

Uusarenduste müügilikviidsus jäi endiselt tublisti allapoole ülal toodud keskmist. Tallinnas oli uute korterite ostu-müügitehingute arv (VÕL lepingud) keskmiselt umbes 100 korterit kuus ehk olemasolevat laojääki jätkuks sellise tempo püsimisel umbes 1,8 aastaks.

Broneerimislepingute arv püsis ka 2024.a. alguses jätkuvalt madalal. Suhteliselt madal broneeritud korterite arv on püsinud lähiminevikus pikalt ning pakkumismahtude kasvamisega ei ole kasvanud broneeritud korterite arv. Kui arvestada, et pakkumiste maht kasvab, aga broneeringute maht püsib stabiilselt madalal, siis võib sellest järeldada, et potentsiaalsed ostjad on veel väga kaalutlevad ning teevad otsuseid keskmiselt pikema ajaperioodi jooksul. Pikenenud broneerimislepingute sõlmimise aeg võib mõjutada projektide ehitamise alustamise aega, sest reeglina soovivad laenuandjad näha 20-30% mahus eelmüüki (VÕL), misjärel otsustatakse projekti finantseerida.

**Prognoos:**
Tehinguhindade osas on täheldada juba mõningat aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, „hapude laenude" osakaal on senimaani püsinud väga madalal ja kõige selle taustal on kodumajapidamised suutnud hakata taas sääste koguma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni ehk ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a.-l. Siiski on tõenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognooside kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka seekord on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturuga taastuvasse faasi.

**Domus Kinnisvara**

Jane Jürgenson                                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                                                Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 21 of 49
Ühismajandus, Tallinn, Mustamäe linnaosa, Ehitajate tee 135 – KORTER 61

**Korterite üüriturg**

Huvi korterite üürimise vastu püsis keskmisest madalamal tasemel nii Tallinnas kui ka ülejäänud Harju maakonnas. Korterite pakkumiste arv oli aasta alguse seisuga umbes 1800 ühikut, mis lähiminevikuga võrreldes kasvas. Kui 2023.a. alguses pakkumiste maht vähenes, sest kasvanud euribori mõju tõttu vähenes inimeste kindlustunne uut kodu soetada ja alternatiivina valiti üürikorter, siis 2024.a. lähenedes üüripakkumiste arv jälle kasvas. Üheks põhjuseks võis pidada müüdava vara likviidsust ehk kui omaniku soovitud müügihinda ei olnud ostja nõus tasuma ehk korterit ei saadud müüdud, siis suunati korter üürile. Üüripakkumiste arvu võis toetada ka arendajate otsus suunata valminud korterelamud üüriturule ehk mingil hetkel tekkis pakkumises suhteliselt palju kallima üürihinnaga korterid.

Statistiliselt pakkumiste hind 2023.a. III kvartalist alates langes ning 2024.a. algusest alates vähenesid kõige populaarsemate üürikorterite hinnad ehk 2- ja 3-toaliste korterite hinnad. Üürihindasid survestasid suhteliselt suur valik üürikortereid ja sealjuures pigem tagasihoidlik huvi. Tõenäoliselt olid mitmed omanikud ülepakkumiste tõttu sattunud majanduslikult keerulisse olukorda, sest kõrge euribor ei võimaldanud pikaajalist vakantsust, sest korteriga seotud laen vajas teenindamist. Sedasi oldigi kiiremini valmis üürihindasid langetama.

Kuivõrd üürniku hoidmine on tänases majanduskeskkonnas keskmisest riskantsem, siis lisaks sellele peab omanik arvestama ka vara oodatava tootlusega, mis kindlasti nendel korteritel, mis said soetatud 2021-2023, on oluliselt kehvem võrreldes nende korteritega, mille ostuperiood oli enne 2021. aastat. Seega püsib jätkuvalt madal huvi osta üürikorterit investeerimiskorteriks.

Enim on üürikortereid oli pakkumisel Tallinna linnas, kus pakkumiste maht oli umbes 2000. Oma osakaaluga domineerivad selgelt magalapiirkonnad, hinnaliidritena aga Kesklinn ja Põhja-Tallinna Kesklinnapoolsed asumid.

Tabel 4. Tallinna Kesklinna üürikorterite hinnad

| KESKLINNA ÜÜRIKORTERITE HINNAD | | |
|---|---|---|
| | Keskmises seisukorras | Väga heas seisukorras |
| 1-toaline | 250-350 | 350-600 |
| 2-toaline | 380-500 | 550-900 |
| 3-toaline | 500-750 | 800-1200 |
| 4-toaline | 750-900 | 990-3500 |

Allikas: Domus Kinnisvara

Likviidsed objektid ehk turuosaliste poolt eelistatud üürikorterid olid eelkõige korralikult hooldatud või uute korterelamute väga heas seisukorras korterid. Jätkuvalt on üürikorteri puhul lisaks hinnale oluline asukoht, panipaik, parkimise võimalus ja soodsad kõrvalkulud. Mida madalamad on korteri kommunaalkulud, seda rohkem ollakse nõus selle korteri eest üüri maksma. Sellest tulenevalt on üüriturul hinnatud korterid uutes korterelamutes, mis on vanadest elamutest energiasäästlikumad. Eelistatakse heas seisukorras möbleeritud kortereid, esmatähtis on köögimööbli olemasolu koos tehnikaga. Boonuseks on ka muu mööbel (diivan, riidekapid, voodid, pesumasin jne), mis küll ei anna üürihinnas palju võitu, kuid kiirendab üürniku leidmise protsessi.

Kehvemas seisus korterite vastu oli huvi mõnevõrra madalam, sest üürilised eelistavad elada paremates tingimustes. Viimase tõttu on kehvema seisukorraga korterite vakantsuse osakaal kõikidest vakantsetest korteritest suhteliselt suur.

Korterite üüriturul pakuvad arvestatavat konkurentsi lühiajaliseks majutuseks mõeldud külaliskorterid. Üldiselt on seda liiki varade puhul tegemist uusarenduste koosseisu jääva tootega, kui osa korterelamust on ehitatud mitteeluruumideks. Selliseid lahendusi on erinevate osakaaludega üle Tallinna. Näiteks on levinud, et külaliskorterid paiknevad madalamatel korrustel, aga on ka mõni arendus, kus nende osakaal on pea pooles ulatuses. Seoses uusarenduste turule tuleku vähenemisega on ka külaliskortereid tulnud turule võrreldes varasemaga suhteliselt vähem. Erandiks on mõned vanemad bürohooned, mis teadlikult ehitatakseni ümber külaliskorteriteks, sest büroopinnana kasutamine ei ole enam majanduslikult otstarbekas.

Valik lähiminevikus läbiviidud külaliskorterite arendusi on järgmises tabelis:

| Asukoht | Üürikortereid | Valmimisaeg |
|---|---|---|
| Mustamäe, Laki tn 24 „Laava apartments", arendaja Scandium | 121 krt, 12-21,8 m², rent alates 349€/kuus | 2019 |
| Kesklinn, Narva mnt 40 „Avangard", arendaja Scandium | 81 krt, 16 lofti, 11-25 m², rent alates 575 €/kuus | 2019 |
| Kesklinn, Juurdeveo tn 25c „Depot House", arendaja Koidu Ehitus | 73 krt, 14 ,2- 25,9 m², rent alates 400 €/kuus | 2019 |

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 22 of 49
Mustamäe linnaosa, Tallinn, Mustamäe linnaosa, Zooloogia 45 – KORTER 61

| Mustamäe, Kadaka tee 78d „Newtoni Stuudiod" arendaja Scandium | 90 krt, 15-25 m², rent alates 410 €/kuus | 2020 |
| Lasnamäe, Katusepapi tn 16 „Icon Plaza" | 34 krt, 20-50 m², rent alates 400 €/kuus | 2020 |
| Mustamäe, Akadeemia tee 32b, „Campus House by Larsen" | 130 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Haabersti, Õismäe tee 175, „Rocca House" | 100 majutustuba, 15-25 m², rent alates 450 €/kuus | 2021 |
| Mustamäe, Laki tn 24/2, „Magma" | 121 majutustuba, 16-25 m², rent alates 399 €/kuus | 2023 |

Allikas: Domus Kv andmebaas, avalikud kinnisvaraportaalid ja külaliskorterite koduleheküljed

Huvi siiski külaliskorterite vastu püsib. Laenuandjad on püüdnud viia külaliskorteri laenu hinna võimalikult sarnaseks eluaseme laenuga ja kui arvestada juurde käibemaksu tagasi küsimise võimalus, kui ostjaks on ettevõte, siis on külaliskorter suhteliselt hea investeering võrreldes eluruumi investeeringuga.

**Üürituru prognoos:** Investeeringud üürikorteritesse tõenäoliselt püsivad madalal senikaua, kuni ei ole võimalust üürihindasid oluliselt tõsta, et sellega hüvitada kasvanud intressimäärad ja sellega seotud kulud. Kui varasemalt oli erinevate hinnangute kohaselt uutest korteritest üüriinvesteeringute osakaal 20-30%, siis 2023. aastal oli see alla 10%.

Käesoleval aastal võib prognoosida, et üürikorterite ostjate osakaal võib mingil määral kasvada, aga jääb kokkuvõttes endiselt madalale tasemele. Kasvu võib soosida langev euribor, mis aitab parandada varaga seotud tootlust.

Riskid madala tootluse juures sunnivad otsima uusi lahendusi kõrgema tootluse leidmiseks ja seda siis alternatiivsete investeeringute või vara parema tootestamisega[3]. Viimane võib anda veel rohkem hoogu külaliskorterite turule tulekule (näiteks vanade hoonete ümberehitamisega üürikorteriteks), sest ajalooliselt on sellised tooted oma omaduste tõttu andnud elamispindadega võrreldes suhteliselt paremat tootlust. Ka on nad näidanud läbi kobarkriiside suhteliselt head täituvust.

## Mustamäe linnaosa 41-54,99 m² suurused korterid

Mustamäe linnaosas on nõudlus hinnatava varaga sarnase suurusega varade vastu kõrge. Suurim tehingute arv on Mustamäe asumis, selle põhjusena võib välja tuua, et seal on paneelelamute arv suurem kui teistes asumites. 41-54,99 m² näol on tegemist kõige kõrgema tehingute arvuga pindala vahemikuga, sest neid on paneelelamutes kõige rohkem ning ka nõudlus on nendele suurem nii elamispinnana kui ka investeeringuna. Enamjaolt on tegemist 2-toaliste korteritega. Sellise pindalaga korteritega on alates 2016. aastast tehtud 600-700 tehingut aastas, see number on eelmise kümnendi algusega võrreldes peaaegu kahekordistunud. Sarnaselt tehingute arvule, on ka ruutmeetri hinnad iga-aastaselt kasvanud, kasvu suuruseks üle 100 €/m² aastas. Kasvu põhjuseks võime pidada nii uusarenduste mahu suurenemist üldisest tehingute arvust, kui ka järelturu korterite hinnakasvu. 2023. aastal on märgata hindade stabiliseerumist ja käesoleval aastal mõningast hinna langust. Hinnatavaga sarnaste korterite tehingusummad jäävad valdavalt vahemikku 140 000 € - 190 000 € sõltuvalt vara asukohast, suurusest, seisukorrast jm teguritest. I kvartali seisuga on tehtud 218 tehingut, keskmise hinnaga 2404 €/m².

Mustamäe linnaosa korteriturgu illustreerib allolev joonis:



Allikas: Maa-amet

---

[3] Tootestamine – olemasolevast tootetest majanduslikult atraktiivsema toote kujundamine

**Domus Kinnisvara**

Jane Jürgenson                                                                    Domus Kinnisvara
Kutseline hindaja                                                              Luise tn 2, Tallinn

### 4.2.1. Müügitehingud

Hindaja on analüüsinud korterite müügitehinguid, mis paiknevad Haabersti linnaosas hinnatava vara lähipiirkonnas paiknevates ehituslikult vanemates korterelamutes. Välja on toodud 2- ja 3-toaliste korteritega tehtud tehingud, mille eluruumi pinna suurus on valdavalt vahemikus 51 – 53 m²:

| Asum | Tehingu aeg | Hind, € | Hind, €/m² | Eluruumi pind, m² | Lisainformatsioon |
|------|------------|---------|-----------|-------------------|-------------------|
| **Mustamäe lo Kadaka asum Põõrise tn 12** | **aprill 2024** | **157 500** | **3469** | **45,4** | **14/14, väga heas seisukorras korterelamu (2019), väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu** |
| **Mustamäe lo Kadaka asum Põõrise tn 20** | **veebr 2024** | **160 000** | **3524** | **45,4** | **7/14, väga heas seisukorras korterelamu (2016), heas/väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu** |
| **Mustamäe lo Kadaka asum Põõrise tn 14** | **jaan 2024** | **157 000** | **3060** | **51,3** | **6/14, väga heas seisukorras korterelamu (2020), väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu** |
| Mustamäe lo Kadaka asum Mäepealse tn 24 | nov 2023 | 164 000 | 4110 | 39,9 | 4/6, heas/väga heas seisukorras korterelamu (2011), heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel väliparkimiskoht, olemas panipaik, rõdu |
| Mustamäe lo Kadaka asum Mäepealse tn 29 | okt 2023 | 190 000 | 3711 | 51,2 | 2/6, väga heas seisukorras korterelamu (2020), väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel väliparkimiskoht, olemas panipaik, rõdu |
| Mustamäe lo Kadaka asum Põõrise tn 14 | okt 2023 | 155 000 | 3437 | 45,1 | 4/14, väga heas seisukorras korterelamu (2020), heas/väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, olemas panipaik, rõdu |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara andmebaas

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

### 4.2.2. Turustatavuse analüüs[4]

| | |
|---|---|
| Hinnatava vara lõppkasutajad | Vara potentsiaalne ostja on iseseisvat elu alustav noorpaar, tudeng, üüriinvestor |
| Lõppkasutajaid iseloomustavad tunnused | Kindel töökoht ja sissetulek olemas, soov elada uuemas elamurajoonis. Isikud, kes ostavad esimest elamispinda või vahetavad eluaset Tallinnas |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Hinnatav vara rahuldab turusegmendi nõudeid täielikult: korter asub keskmiselt hinnatud piirkonnas, uues korterelamus, korter on väga heas seisukorras, olemas on rõdu, parkimiskoht ning panipaik. Kohalikul elamuturul on nõutud sellise suurusega ja olemusega korterid |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Raske konkreetselt välja tuua, pigem keskmine osa ostjatest |
| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Raske konkreetselt välja tuua, pigem keskmine osa on võimelised hinnatavat vara soetama |
| Konkureeriv pakkumine turul | Hinnatava varaga sarnane pakkumisinfo on toodud punktis 4.2.3 |
| Müügiperiood | Keskmisel müügiperioodid on sarnastel varadel kuni 6 kuud |
| Müügihinnad | Järgneva poolaasta jooksul olulist hinnatõusu ei prognoosita |
| Alternatiivsed kasutused | Majanduslikult alternatiivsed kasutusfunktsioonid puuduvad |

---

[4] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara neeldub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahekorda hinnatava vara turusegmendis objektiivselt.

Jane Jürgenson     Domus Kinnisvara
Kutseline hindaja     Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 24 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise 5-95 – KORTER 61



### 4.2.3. Pakkumine

Kinnisvaraportaali www.kv.ee andmetel on hindamise hetkel Mustamäe linnaosa ehituslikult uuemates korterelamutes (ehit. alates 2010) pakkumises ca 55 2-toalist korterit. Pakkumishinnad on vahemikus 149 000 – 207 000 eurot ja sõltuvad hoone vanusest, korteri seisukorrast, paiknemisest, samuti kohtkindla mööbli, parkimiskohtade ja panipaiga olemasolust.

Toome välja suuremast kinnisvaraportaalist www.kv.ee mõned pakkumised samaväärsete varadega:

| KIRJELDUS | TUBE | PIND | LISATUD | HIND |
|---|---|---|---|---|
| ⭐1 **Tallinn, Mustamäe, Heli tn 7**<br>NAUDI ROHELUST JA KAUNEID VAATEID OMA KODUST!<br>Korrus 6/8, Korteriomand, paneelmaja, ehitusaasta 2020, heas korras, dušš, keskküte, ...<br>Tere tulemast Heli tänavale, 46 m² suurune korter pakub kõike, mida vajad rahulikuks ja ...<br>#Otse omanikult | 2 | 46 m² | | **207 000 €**<br>4 500 €/m²<br>Kuumakse 1 010 € |
| ⭐1 **Tallinn, Mustamäe, Kuklase tn 16**<br>SUUR JA AVAR 2-TOALINE KORTER MUSTAMÄE SÜDAMES!<br>Korrus 6/8, Korteriomand, paneelmaja, ehitusaasta 2017, köögipind 8.2 m², köök ...<br>Müüa avar 2-toaline korter, suure rõdu, eraldi panipaiga ja maa-aluse ... | 2 | 54.7 m² | | **199 900 €**<br>3 654 €/m²<br>Kuumakse 975 € |
| **Tallinn, Mustamäe, Kadaka, Kadaka tee 145**<br>MÖBLEERITUD, RÕDU JA GARAAŽIGA UUS KORTER!<br>Korrus 8/8, Korteriomand, kivimaja, ehitusaasta 2018, uus, induktsioon pliit, dušš, uus ...<br>KLIENDIPÄEVA KOHTUMISED PALUKS EELNEVALT KOKKU LEPPIDAPakkuda on avara planeeringuga ... | 2 | 49.1 m² | | **195 000 €**<br>3 971 €/m²<br>Kuumakse 951 € |
| ⭐1 **Tallinn, Mustamäe, Pöörise tn 7**<br>HINNAS TEHNIKA,MÖÖBEL, PANIPAIK,KOHT PARKIMISMAJA<br>Korrus 8/12, Korteriomand, paneelmaja, ehitusaasta 2020, uus, induktsioon pliit, uus ...<br>KORTER Müüa 2-toaline korter Pöörise tänaval, arenevas ja mitmekülgses piirkonnas. ... | 2 | 45.4 m² | 2 p tagasi | **187 000 €**<br>4 119 €/m²<br>Kuumakse 912 € |
| **Tallinn, Mustamäe, Kadaka, Pöörise tn 5**<br>AVAR JA VALGUSKÜLLANE KORTER, PANIPAIK+PARK. KOHT!<br>Korrus 4/12, Korteriomand, paneelmaja, ehitusaasta 2022, heas korras, elektripliit, uus ...<br>Pakumisel on valgusküllane ja hubane 2-toaline korter Pöörise Kodud kaasaegses ...<br>🖼 Korteri plaaniga | 2 | 49 m² | | **172 500 €**<br>3 520 €/m²<br>Kuumakse 841 € |
| ⭐1 **Tallinn, Mustamäe, Pöörise tn 18**<br>Korrus 2/14, ehitusaasta 2019, uus, elektripliit, vann, keskküte, avatud köök, külmik, ...<br>Müüa 2-toaline korter, mis asub 2 korrusel. Tehtud värske remont. Korter on ilus, puhas ...<br>#Otse omanikult | 2 | 49.3 m² | | **172 000 €**<br>3 489 €/m²<br>Kuumakse 839 € |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn





**Tallinn, Mustamäe, Karsti tn 7** | 2 | 57.5 m² | 1 p tagasi | **169 900 €** | 2 955 €/m² | Kuumakse 829 €

RÕDUGA KORTER MUSTAMÄEL, KARSTI ELAMURAJOONIS!

Korrus 2/9, Korteriomand, paneelmaja, ehitusaasta 2014, renoveeritud, induktsioon pliit, ...
Müügile on tulnud armas kahetoaline korter Mustamäe-Nõmme piiril.Korter asub ...

**2 Tallinn, Mustamäe, Pöörise tn 20** | 2 | 49.3 m² | **165 000 €** | 3 347 €/m² | Kuumakse 805 €

RÕDU! PANIPAIK! PARKIMISKOHT!

Korrus 7/14, Korteriomand, kivimaja, ehitusaasta 2017, uus, elektripliit, vann, ...
2-toaline korter (49.3 m²) asub väga hinnatud piirkonnas Tallinnas Pöörise ...

Kliendipäev: N 06.06 17:30-19:30

**Tallinn, Mustamäe, Pöörise tn 22** | 2 | 45.4 m² | **163 000 €** | 3 590 €/m² | Kuumakse 795 €

MOODNE RÕDUGA KODU TORNMAJA KÕRGEL KORRUSEL

Korrus 12/14, Korteriomand, ehitusaasta 2016, uus, keraamiline pliit, dušš, keskküte, ...
KORTER Kena kahetoaline korter 14-kordse tornmaja 12-ndal korrusel. Kõrgelt rõdult ...

Korteri plaaniga

**Tallinn, Mustamäe, Pöörise tn 3-38** | 2 | 45.4 m² | **160 000 €** | 3 524 €/m² | Kuumakse 781 €

SOODUSHINNAD LEIAD KODULEHELT!

Korrus 7/12, Korteriomand, paneelmaja, ehitusaasta 2023, uus, dušš, uus torustik, ...
Vaata kampaania korterieid kodulehelt https://poorise.uusmaa.ee Hind sisaldab ka ...

**Tallinn, Mustamäe, Pöörise 7** | 2 | 45 m² | **159 000 €** | 3 533 €/m² | Kuumakse 776 €

SISUSTUS, PANIPAIK JA KINDEL KOHT PARKIMISMAJAS HINNAS!

Korrus 4/12, Korteriomand, kivimaja, ehitusaasta 2021, uus, keraamiline pliit, keskküte, ...
Tegemist on kaasaegse, vaikse ja ökonoomse koduga arenevas Pöörise elurajoonis. ...

**Tallinn, Mustamäe, Pöörise tn 3-47** (Broneeritud) | 2 | 45.4 m² | **152 900 €** | 3 368 €/m² | Kuumakse 746 €

SOODUSHIND 152 950€ KEHTIB KUNI 24.06.2024!

Korrus 8/12, Korteriomand, paneelmaja, ehitusaasta 2023, valmis, dušš, keskküte, rõdu ...
Vaata kampaania korterieid kodulehelt https://poorise.uusmaa.ee Hind sisaldab ka ...

**Tallinn, Mustamäe, Pöörise tn 3-14** | 2 | 45.1 m² | **149 000 €** | 3 304 €/m² | Kuumakse 727 €

SOODUSHIND 149 000€ KEHTIB KUNI 24.06.2024!

Korrus 3/12, Korteriomand, paneelmaja, ehitusaasta 2023, uus, dušš, uus torustik, ...
Hind sisaldab ka panipaika ja parkimiskohta! Vaata kampaania korterieid kodulehelt ...

**Hinnatav vara ei ole väärtuse kuupäeva seisuga hindajale teadaolevalt avalikus müügipakkumises.**

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 26 of 49

### 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava korteriomandi parim kasutus on kasutamine eluruumina, kuna on füüsiliselt võimalik (antud asjaolu toetab eluruumide olemasolu), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hinnatava vara juriidiline sihtostarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete korteriomandite vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal õiguslikult alternatiivne kasutus puudub.

## 5. Hindamine

### 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varaga sarnaste varade sektoris tehakse valdavalt ostu-müügi tehinguid.

Võrdlusmeetod (sales comparison approach) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtust. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemisel olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

### 5.2. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise alusel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks tehtud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asum | Tehingu aeg | Hind, € | Hind, €/m² | Eluruumi pind, m² | Lisainformatsioon |
|------|------|------|------|------|------|
| Mustamäe lo Kadaka asum Pöörise tn 12 | aprill 2024 | 157 500 | 3469 | 45,4 | 14/14, väga heas seisukorras korterelamu (2019), väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu |
| Mustamäe lo Kadaka asum Pöörise tn 20 | veebr 2024 | 160 000 | 3524 | 45,4 | 7/14, väga heas seisukorras korterelamu (2016), heas/väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu |
| Mustamäe lo Kadaka asum Pöörise tn 14 | jaan 2024 | 157 000 | 3060 | 51,3 | 6/14, väga heas seisukorras korterelamu (2020), väga heas seisukorras 2-toaline korter, kohtkindel mööbel olemas, kaugküte, 1 kindel parkimiskoht parkimismajas, panipaik, rõdu |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Hindamisel võrdlusmeetodil kasutame tabelis väljatoodud tehinguid, kuna need on hinnatava varaga kõige paremini võrreldavad. Ülejäänud tehinguid ei ole kasutatud, sest tegemist on mõnevõrra väiksema eluruumi pinnaga korteriga või ajaliselt vanemate tehingutega.

**Domus Kinnisvara**

Jane Jürgenson                                                                                           Domus Kinnisvara
Kutseline hindaja                                                                                       Luise tn 2, Tallinn

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute valik ja kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid |
| Selgitused võrdlustehingute osas | • Kõik võrdlusvarad on müüdud tavapärase müügiprotsessi käigus;<br>• Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlustehingute tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta |
| Võrdlusühiku valik[5] | Võrdlusühikuks valime korteri $m^2$ hinna (€), kuna antud vara liigi puhul iseloomustab see turu toimemehhanismi kõige paremini |
| Võrdluselementide valik[6] | • **Ajaline kohandus** – turusituatsiooni muutus võrreldavate varade müügiaja ja hinnatava vara väärtuse kuupäeva vahel. Antud juhul ei ole olulist muutust täheldada.<br>Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid:<br>• **Asukoht** – varade hinda mõjutab piirkonna sisene asukoht, kaugus keskusest, kaugus merest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase jne. Antud juhul on varad samaväärsed.<br>• **Ruumide seisukord** – hinnavahe kvaliteediklasside vahel on ca 5-25%, samuti mõjutab hinda kvaliteetse kohtkindla mööbli olemasolu. Kohandatud on võrdlusvara nr 2.<br>• **Eluruumi pind** – mastaabiefekt ehk väiksema eluruumi pinnaga vara pinnaühiku hind on kõrgem võrreldes suurema eluruumi pinnaga vara pinnaühiku hinnaga. Antud juhul on varad samaväärsed ning tegemist on informatiivse reaga tabelis.<br>• **Paiknemise korrus / korruste koguarv** – kuni 14-korruseliste liftiga korterelamute puhul on kõrgemal korrustel paiknevad korterid kõrgemalt hinnatud. Antud juhul on kohandatud võrdlusvarasid nr 2 ja 3, kuna nende akendest avanevad vaated vastasmajadele.<br>• **Parkimistingimused** – kindla parkimiskoha olemasolu lisab varale väärtust. Siseparkimiskohad on kõrgemalt hinnatud kui väliparkimiskohad. Hindajale teadaolevalt on hinnatava vara turupiirkonnas väliparkimiskohtade maksumus ca 4000 – 6000 eurot ja parkimismajas olevate parkimiskohtade maksumus ca 6000 – 10 000 €. Teostatud on faktilised kohandused kõikidele võrdlusvaradele.<br>• **Rõdu/ lodža** – rõdu/ lodža olemasolu on turuväärtust suurendav tegur. Suurema rõduga/terrassiga korterid on kõrgemalt hinnatud. Antud juhul on varad samaväärsed ning tegemist on informatiivse reaga tabelis.<br><br>Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%. |

Võrdlustabel:

| | HINNATAV VARA | VÕRDLUSTEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind:** | Kohandamisel lähtuti tehingu **m² hinnast** | **157 500 €** | **160 000 €** | **157 000 €** |
| **m² hind:** | | **3469 €** | **3524 €** | **3060 €** |
| **Tehingu aeg:** | juuni 2024 | apr 2024 | veebr 2024 | jaan 2024 |

---

[5] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

[6] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                                Luise tn 2, Tallinn

Eksperthinnang nr 1379-24

Case 2:22-cr-00185-RSL    Document 125, Filed 07/26/24    Page 28 of 49
HINNATAV VARA, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61



| | HINNATAV VARA | VÕRDLUSTEHINGUD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Ajaldamine | | 0% | 0% | 0% |
| **Ajaldatud m² hind:** | | **3469 €** | **3524 €** | **3060 €** |
| **Asukoht:** | Mustamäe lo, Kadaka asum, Pöörise tn 5-61 | Mustamäe lo, Kadaka asum, Pöörise tn 12 | Mustamäe lo, Kadaka asum, Pöörise tn 20 | Mustamäe lo, Kadaka asum, Pöörise tn 14 |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Ruumide seisukord:** | väga hea, kohtkindel mööbel olemas | väga hea, kohtkindel mööbel olemas | hea/väga hea, kohtkindel mööbel olemas | väga hea, kohtkindel mööbel olemas |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | samaväärne |
| Kohandus | | 0% | 5% | 0% |
| **Eluruumi pind, m²:** | 49,3 | 45,4 | 45,4 | 51,3 |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Paiknemise korrus / korruste koguarv:** | 11/12 (avar vaade) | 14/14 (avar vaade) | 7/14 (vaade vastasmajale) | 6/14 (vaade vastasmajale) |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 5% | 5% |
| **Hoone seisukord ja ehitusaasta:** | väga hea, ehit. 2021 | väga hea, ehit. 2019 | väga hea, ehit. 2016 | väga hea, ehit. 2020 |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Parkimistingimused:** | 1 kindel väliparkimiskoht | 1 kindel parkimiskoht parkimismajas | 1 kindel parkimiskoht parkimismajas | 1 kindel parkimiskoht parkimismajas |
| Võrdlus hinnatava varaga | | parem | parem | parem |
| Kohandus | | -2% | -2% | -2% |
| **Rõdu / lodža:** | rõdu 4,3 m² | rõdu 4,7 m² | rõdu 4,7 m² | rõdu 4,3 m² |
| Võrdlus hinnatava varaga | | samaväärne | samaväärne | samaväärne |
| Kohandus | | 0% | 0% | 0% |
| **Kohandused kokku:** | | **-2%** | **8%** | **3%** |
| **Kohandatud m² hind:** | | 3400 € | 3806 € | 3152 € |
| **Kohanduste absoluutväärtuste summa:** | | **2%** | **12%** | **7%** |
| Osakaalud | *100%* | *40%* | *25%* | *35%* |
| **Kaalutud kohandatud m² hind:** | | **1360 €** | **952 €** | **1103 €** |
| **Kaalutud kohandatud keskmine m² hind:** | 3415 € | | | |
| **Turuväärtus:** | **168 347 €** | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodil 168 347 € ehk ümardatult **168 000 €, s.o. 3408 €/m²** korteri eluruumi pinna arvestuses.

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 29 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61

# 6. Hindamistulemus

Kõike eelnevat arvesse võttes ning tuginedes hindajatele teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61** asuva korteriomandi **(2-toaline korter)** turuväärtus väärtuse kuupäeval

**168 000 (ükssada kuuskümmend kaheksa tuhat) eurot.**

Vara on keskmise likviidsusega, keskmiseks müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida kuni 6 kuud. Hindamistulemuse täpsuseks hindame ±5%. Hindamistulemus sisaldab käibemaksu, kui müüjal on seadusest tulenevalt kohustus lisada vara võõrandamisel käibemaks. Hindamistulemusele ei lisandu käibemaksu.

Jane Jürgenson                                                                                         Domus Kinnisvara
Kutseline hindaja                                                                                     Luise tn 2, Tallinn

**Lisa 1. Fotod**

Vaated kinnistule ja korterelamule



Korterelamu trepikoda



Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Esik



Wc-vannituba

 

Avatud kööqiga elutuba, rõdu

  

**Domus Kinnisvara**

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                              Luise tn 2, Tallinn

Magamistuba



Panipaik nr P-61



Parkimiskoht



*Allikas: hindaja info*

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 33 of 49
Elamumaa, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61

## Lisa 2. Kinnistusregistri väljavõte

Registriosa:

| | |
|---|---|
| Registriosa number | 20036050 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | KORTER 61 |
| Korteriühistu registrikood | 80600565 |

## I  jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 78405:502:0263 | Elamumaa 100%, Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5. | 1935 m2 | 30.08.2021 kinnistamisavalduse alusel registriosa avatud kinnistu 26521701 jagamisel korteriomanditeks 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

493/38454 mõttelist osa kinnisasjast
ja eriomandi ese elurum nr KORTER 61. Teised sama kinnisasja korteriomandid nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. Eriomandi ese ja sisu vastavalt 30.08.2021 eriomandi kokkuleppele ja selle osaks olevale hoonejaotusplaanile.

Korteriomanike kokkulepe rõdude kasutamise kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 4.1; kokkulepe erikasutusõiguste kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 5.1. ja lepingu lisaks olevatele Pöörise tn 5 -1. korruse plaanile (panipaigad). Korteriomandi igakordsele omanikule kuuluv erikasutusõiguse ese (panipaik), mis on -1. korruse plaanil (panipaigad) tähistatud tähega P ja vastava eriomandi eseme nr-ga 61.

| 2 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta teeservituut vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.1. | 30.08.2021 kinnistamisavalduse alusel sisse kantud 13.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
|---|---|---|---|
| 3 | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta reaalservituut (parkimisservituut) parkimiskoha nr 157 kasutamiseks vastavalt 28.10.2021.a lepingu punktile 4.1. ning lepingu lisaks olevale plaanile. | 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | kehtiv |

## II  jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Ühisomanikud Olga Turõgina (isikukood 47904152263), Vassili Turõgin (isikukood 37712292236) | 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | kehtiv |

## III  jagu - KOORMATISED JA KITSENDUSED

**Domus Kinnisvara**

Jane Jürgenson                                                                Domus Kinnisvara
Kutseline hindaja                                                           Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 34 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Põrni tn 4-95 – KORTER 61

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus tähtajaga 50 aastat Elektrilevi OÜ (registrikood 11050857) kasuks. Isiklik kasutusõigus elektrivõrgu majandamiseks kasutusõiguse alal elektrivõrgu kaitsevööndi ulatuses vastavalt 17.09.2013 lepingu punktile 3. ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 28.09.2013; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 2 | Isiklik kasutusõigus aktsiaselts Tallinna Soojus (registrikood 10026398) kasuks. Tähtajatu isiklik kasutusõigus kaugküttevõrgu ja kaevude omamiseks, ehitamiseks, remontimiseks, hooldamiseks ja kasutamiseks kasutusõiguse alal laiusega 2 meetrit mõlemale poole torustikke piirava äärmise torustiku isolatsiooni välispinnast sisuga vastavalt 18.03.2016.a. sõlmitud lepingu punktidele 3. ja 4. ning eelpool nimetatud lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 24.03.2016; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 3 | Isiklik kasutusõigus Aktsiaselts Telset (registrikood 10098483) kasuks. Tähtajatu isiklik kasutusõigus elektroonilise sidevõrgu majandamiseks kaitsevööndi ulatuses vastavalt 15.01.2019 lepingu punktile 3. ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 22.01.2019; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

**Domus Kinnisvara**

Jane Jürgenson                                                                                    Domus Kinnisvara
Kutseline hindaja                                                                              Luise tn 2, Tallinn

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 4 | Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus elektripaigaldise (kaablid ja kilp) majandamiseks elektrivõrgu kaitsevööndi ulatuses vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.2. ja lepingu lisaks olevale Pöörise tn 5 elektripaigaldise plaanile. III jao kannetel nr 4 ja 5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 30.08.2021; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 5 | Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus elektripaigaldise (elektri reservtoite kaablid) majandamiseks elektrivõrgu kaitsevööndi ulatuses vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.3. ja lepingu lisaks olevale Pöörise tn 5 elektri reservtoite plaanile. III jao kannetel nr 4 ja 5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 30.08.2021; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | Hüpoteek summas 119 925,00 eurot Swedbank AS (registrikood 10060701) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | 119 925,00 EUR | | kehtiv |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Jane Jürgenson
Kuupäev: 31.05.2024 16:33:52

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

Jane Jürgenson                                                    Domus Kinnisvara
Kutseline hindaja                                                Luise tn 2, Tallinn


Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 36 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise 5 – KORTER 61

**Lisa 3. Ehitisregistri väljavõte**

# 12-korruseline korterelamu (EHR kood 120857076)

## Ehitise üldinfo

| Näitaja | EHR andmed |
| --- | --- |
| Ehitise aadress | Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 |
| Ehitisregistri kood | 120857076 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | 12-korruseline korterelamu |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | |
| Esmase kasutuselevõtu aasta on oletuslik | |

## Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
| --- | --- |
| Kasutamise otstarve, eluruumi pind (m2) | Muu kolme või enama korteriga elamu (11222) 3 845,4 |
| Eluruumide pind kokku | 3 845,4 |
| Mitteeluruumide pind kokku | 0,0 |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 37 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Põik tn 4-5 – KORTER 61

## Ehitise mõõtmed

| Näitaja | EHR andmed |
|---|---|
| Ehitisealune pind (m2) | 521,3 |
| Maapealse osa alune pind (m2) | 521,3 |
| Köetav pind (m2) | 4 788,0 |
| Suletud netopind (m2) | 4 788,0 |
| Üldkasutatav pind (m2) | 915,4 |
| Tehnopind (m2) | 27,2 |
| Maapealsete korruste arv | 12 |
| Maa-aluste korruste arv | 1 |
| Kõrgus (m) | 38,8 |
| Absoluutne kõrgus (m) | 50,2 |
| Pikkus (m2) | 28,3 |
| Laius (m) | 21,2 |
| Sügavus (m) | 1,1 |
| Maht (m3) | 18 402,0 |
| Maapealse osa maht (m3) | 17 084,0 |

## Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | monteeritav raudbetoon; monoliitne raudbetoon |
| Välisseina liik | mitmekihiline raudbetoonpaneel |
| Välisseina välisviimistluse materjali liik | betoon |
| Vahelagede kandva osa materjali liik | monteeritav raudbetoon |
| Katuse ja katuslagede kandva osa materjali liik | monteeritav raudbetoon |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn



Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 38 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5-61 – KORTER 61

## Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
|---|---|
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | kaugküte |
| Soojusallika liik | puudub; kaugküte |
| Energiaallika liik | puudub |
| Ventilatsiooni liik | soojustagastusega ventilatsioon; mehaaniline väljatõmme |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | 2 |

| 61 | Ehitise osa tüüp | Eluruum |
|---|---|---|
| | Sissepääsu korrus | 11 |
| | Ehitise kuju, kus hooneosa asub | 1: 12-korruseline korterelamu |
| | Hooneosa aadress | Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5-61 |
| | Ehitise osa pind (m2) | 49,3 |
| | Köetav pind (m2) | 49,3 |
| | Rõdude ja lodžade pind (m2) | 4,3 |
| | Tubade arv | 2 |
| | Köökide arv | |
| | Avatud köökide arv | 1 |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš |
| | Gaasipaigaldis | puudub |
| | Soojusvarustuse liik | kaugküte |
| | Soojusallika liik | |
| | Energiaallika liik | |

*Allikas: riiklik ehitisregister, 31.05.2024*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

Eksperthinnang nr 1379-24

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 39 of 49
~~Harjumaakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61~~

## Lisa 4. Väljavõtted lepingutest ja plaanidest



**TALLINNA NOTAR KADRI PAPPEL**

NOTARI AMETITEGEVUSE RAAMATU
REGISTRI NUMBER

| 2595 |

# KINNISTU JAGAMINE KORTERIOMANDITEKS

# ERIKASUTUSÕIGUSE KOKKULEPE PANIPAIKADE KOHTA

# KORTERIOMANIKE KOKKULEPE RÕDUDE KASUTAMISE KOHTA

# JA

# AVALDUS KORTERIÜHISTU KANDMISEKS KORTERIÜHISTUTE REGISTRISSE

Käesoleva notariaalakti on koostanud ja tõestanud Tallinna notar Kadri Pappel notaribüroos Tallinnas Tartu mnt 2 kolmekümnendal augustil kahe tuhande kahekümne esimesel aastal (30.08.2021.a.) ning selles notariaalaktis osaleja on

Aktsiaselts **TTP**, registrikood 10093511, aadress Tallinn Mähe tee 1 (e-posti aadress: ttp@ttp.ee), edaspidi nimetatud **Omanik**, mille esindajana tegutseb notariaalaktile lisatud volikirja alusel **Rainis Nagel**, isikukood 37504304221, kelle isik on notariaalaktis tõestajale tuntud.

Osaleja soovib notariaalakti tõestamist alljärgnevas:

1. **KINNISTUSRAAMATU SEIS**

1.1. Korteriomanditeks jagatavaks kinnistuks on kinnistusregistri registriossa **nr 26521701** kantud kinnistu (edaspidi nimetatud **Kinnistu**), mille kohta avatud kinnistusregistri registriosa andmed on:

1.1.1. *Esimeses jaos (kinnistu koosseis)* – katastriüksus katastritunnusega 78405:502:0263, asukohaga **Harju maakond Tallinn Mustamäe linnaosa Pöörise tn 5**, pindalaga 1935 m², sihtotstarbega elamumaa (100%);

1.1.2. *Teises jaos (omanik)* – Omanik;

1.1.3. *Kolmandas jaos (koormatised ja kitsendused)* –

1.1.3.1. (1) Isiklik kasutusõigus tähtajaga 50 aastat Elektrilevi OÜ (registrikood 11050857) kasuks. Isiklik kasutusõigus elektrivõrgu majandamiseks kasutusõiguse alal elektrivõrgu kaitsevööndi ulatuses vastavalt 17.09.2013 lepingu punktile 3. ja lepingu lisaks olevale plaanile;

1.1.3.2. (2) Isiklik kasutusõigus aktsiaselts Tallinna Soojus (registrikood 10026398) kasuks. Tähtajatu

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja

Domus Kinnisvara
Luise tn 2, Tallinn

## 4. KORTERIOMANIKE KOKKULEPE RÕDUDE KASUTAMISE KOHTA

4.1. Tallinnas Mustamäe linnaosas Pöörise tn 5 korterelamu rõdud jäävad selle korteriomandi igakordse omaniku ainukasutusse, mille eriomandi esemega need ehituslikult ühendatud on.

4.2. Omanik soovib kanda korteriomanike kokkuleppe kinnistusraamatusse korteriomandite registriosade esimestesse jagudesse.

4.3. Omanik avaldab korteriomanike kokkuleppe tehinguväärtuseks kümme tuhat eurot (10 000 €).

## 5. ERIKASUTUSÕIGUSE KOKKULEPE PANIPAIKADE KOHTA

5.1. Tallinnas Mustamäe linnaosas Pöörise tn 5 asuvate korteriomandite igakordsete omanike erikasutusse jäävad hoone -1. korrusel paiknevad panipaigad selliselt, et iga korteriomandi erikasutuses on panipaik, mis on -1. korruse plaanil tähistatud tähega P ja vastava eriomandi eseme nr-ga.

5.2. Omanik soovib kanda erikasutusõiguse kokkuleppe kinnistusraamatusse korteriomandite registriosade esimestesse jagudesse.

5.3. Omanik avaldab käesolevas lepingupunktis sisalduva erikasutusõiguse kokkuleppe tehinguväärtuseks seitsekümmend kaks tuhat eurot (72 000 €).

Panipaikade plaan – hinnatava korteri juurde erikasutusõigusega kuuluv panipaik on hindaja poolt esile tõstetud punase raamiga



**Domus Kinnisvara**

Jane Jürgenson — Kutseline hindaja

Domus Kinnisvara — Luise tn 2, Tallinn

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 41 of 49

Hinnatava korteri plaan



*Allikas: kinnistusregister*

Jane Jürgenson                                                    Domus Kinnisvara
Kutseline hindaja                                                Luise tn 2, Tallinn


Eksperthinnang nr 1379-24

Case 2:22-cr-00185-RSL Document 125 Filed 07/26/24 Page 42 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61



## TALLINNA NOTAR KADRI PAPPEL

NOTARI AMETITEGEVUSE RAAMATU
REGISTRI NUMBER

2358

# REAALSERVITUUDI SEADMINE
# JA
# ISIKLIKE KASUTUSÕIGUSTE SEADMINE

**Käesoleva notariaalakti on koostanud ja tõestanud Tallinna notar Kadri Pappel notaribüroos Tallinnas Tartu mnt 2 viiendal augustil kahe tuhande kahekümne esimesel aastal (05.08.2021.a.) ning selles notariaalaktis osalejad on**

**Aktsiaselts TTP**, registrikood 10093511, aadress Tallinn Mähe tee 1 (e-posti aadress: ttp@ttp.ee), edaspidi nimetatud **Omanik**, mille esindajana tegutseb notariaalaktile lisatud volikirja alusel **Rainis Nagel**, isikukood 37504304221, kelle isik on notariaalakti tõestajale tuntud.

Osaleja soovib notariaalakti tõestamist alljärgnevas:

## 1. KINNISTUSRAAMATU SEIS

**1.1. Isiklike kasutusõigustega koormatavaks kinnistuks** on kinnistusregistri **registriossa nr 26521701** kantud kinnistu, mille kohta avatud kinnistusregistri registriosa andmed on:

**1.1.1.** *Esimeses jaos (kinnistu koosseis)* – katastriüksus katastritunnusega 78405:502:0263, asukohaga **Harju maakond Tallinn Mustamäe linnaosa Pöörise tn 5**, pindalaga 1935 m², sihtotstarbega elamumaa (100%);

**1.1.2.** *Teises jaos (omanik)* – **Omanik**;

**1.1.3.** *Kolmandas jaos (koormatised ja kitsendused)* –

**1.1.3.1.** (1) Isiklik kasutusõigus tähtajaga 50 aastat Elektrilevi OÜ (registrikood 11050857) kasuks. Isiklik kasutusõigus elektrivõrgu majandamiseks kasutusõiguse alal elektrivõrgu kaitsevööndi ulatuses vastavalt 17.09.2013 lepingu punktile 3. ja lepingu lisaks olevale plaanile;

**1.1.3.2.** (2) Isiklik kasutusõigus aktsiaselts Tallinna Soojus (registrikood 10026398) kasuks. Tähtajatu isiklik kasutusõigus kaugküttevõrgu ja kaevude omamiseks, ehitamiseks, remontimiseks, hooldamiseks ja kasutamiseks kasutusõiguse alal laiusega 2 meetrit mõlemale poole torustikke piirava äärmise torustiku isolatsioonil välispinnast sisuga vastavalt 18.03.2016.a. sõlmitud lepingu punktidele 3. ja 4. ning eelpool nimetatud lepingu lisaks olevale plaanile;

**1.1.3.3.** (3) Isiklik kasutusõigus Aktsiaselts Telset (registrikood 10098483) kasuks. Tähtajatu isiklik kasutusõigus elektroonilise sidevõrgu majandamiseks kaitsevööndi ulatuses vastavalt 15.01.2019 lepingu punktile 3. ja lepingu lisaks olevale plaanile;

**1.1.4.** *Neljandas jaos (hüpoteegid)* – kehtivaid hüpoteegi kandeid ei ole.

Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 43 of 49
Harju maakond, Tallinn, Mustamäe linnaosa, Põhja pst 45 – KORTER 61

## 3.  SERVITUUTIDE SEADMINE

### 3.1. Teeservituudi seadmine Pöörise tänav T2 kinnistule

**3.1.1.** Omanik on otsustanud koormata lepingu punktis 1.2. nimetatud **Pöörise tänav T2 kinnistu (teeniv kinnistu)** tähtajatu ja tasuta teeservituudiga **Pöörise tn 5 kinnistu (valitsev kinnistu)** igakordsete omanike kasuks. Teeservituudi alaks on kogu teeniva kinnistu sõidu-, kõnni- ja kergliiklusteed ning mänguväljakud ja puhkealad, välja arvatud parkimiskohad (edaspidi nimetatud **servituudi ala**).

- Teeservituut seatakse tasuta ja selle sisuks on valitseva kinnistu igakordsete omanike õigus kasutada teenival kinnistul paiknevat servituudi ala jalgsi ja igat liiki sõidukiga ööpäevaringselt piiramatu arv kordi juurdepääsuks valitsevatele kinnistutele ja väljapääsuks valitsevatelt kinnistutelt (sõidukitega juurdepääsu õigus ei kehti kõnniteede, kergliiklusteede ning mänguväljakute ja puhkealade osas). Servituudi ala on õigus kasutada ka teeniva kinnistu omanikul ja teistel teeniva kinnistu kasutajatel selliselt, et see ei takista tee kasutamist valitsevate kinnistute omanike või kasutajate poolt. Seejuures ei anna eelpool nimetatud servituut õigust kasutada servituudi ala peatumiseks või parkimiseks, samuti on keelatud esemete või asjade ladustamine servituudi alal.
- Servituudi ala korrashoiu korraldab teeniva kinnistu omanik. Vastavate tööde või toimingute kavandamisel arvestatakse Tallinna linnas kehtivaid nõudeid ja sagedusi heakorratoodele. Valitseva kinnistu igakordsetel omanikel on kohustus osaleda teenival kinnistul paikneva servituudi ala (sh. haljastus, tee kooseisu kuuluvad ja teemaal asuvad rajatised ning mänguväljakud ja puhkealad, v.a. autoparkla) korrashoidmiseks, hooldamiseks, remontimiseks ja kasutamisega seotud kulude ning servituudi alal paikneva tänavavalgustuse tagamiseks, hooldamiseks ja remontimiseks vajalike kulutuste kandmisel proportsionaalselt vastavalt valitsevate kinnistute koosseisu kuuluvate korteriomandite suurusele.
- Valitseva kinnistu igakordsed omanikud kohustuvad servituudi ala kasutama heaperemehelikult ning selliselt, et oleks välistatud servituudi ala ning sellel paiknevate rajatiste ning haljastuse mistahes kahjustamine või rikkumine. Selle kohustuse mittetäitmisel kohustub/kohustuvad vastav/vastavate valitseva kinnistu igakordne omanik/igakordsed omanikud hüvitama teeniva kinnistu omanikule tekitatud kahju. Eelnimetatud kulude kandmine valitseva kinnistu igakordsete omanike poolt toimub korteriomanike esindaja (korteriühistu või majavalitseja) üks (1) kord kuus vastavalt nendele kuludele tehtud jooksva aasta majanduskavale.

**3.1.2.** Omanik on otsustanud, et teeservituut kantakse kinnistusraamatusse teeniva kinnistu kohta avatud registriosa kolmandasse jakku esimesele vabale järjekohale ning valitseva kinnistu kohta avatud registriosa esimesse jakku.

Eksperthinnang nr 1379-24
Case 2:22-cr-00185-RSL   Document 125   Filed 07/26/24   Page 44 of 49
Hoonestamata maa, Tallinn, Mustamäe linnaosa, Pöörise tn 5 – KORTER 61



*Allikas: kinnistusregister*

Case 2:22-cr-00185-RSL    Document 125    Filed 07/26/24    Page 45 of 49

## Vastavuskinnitus standardi nõuetele

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

Koostaja ja kinnitaja:

/allkirjastatud digitaalselt/

Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Registriosa:

| | |
|---|---|
| Registriosa number | 20036050 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |
| Eriomand | KORTER 61 |
| Korteriühistu registrikood | 80600565 |

## I jagu - KINNISTU KOOSSEIS

### Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 78405:502:0263 | Elamumaa 100%, Harju maakond, Tallinn, Mustamäe linnaosa, Pöörise tn 5. | 1935 m2 | 30.08.2021 kinnistamisavalduse alusel registriosa avatud kinnistu 26521701 jagamisel korteriomanditeks 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

493/38454 mõttelist osa kinnisasjast
ja eriomandi ese eluruum nr KORTER 61. Teised sama kinnisasja korteriomandid nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. Eriomandi ese ja sisu vastavalt 30.08.2021 eriomandi kokkuleppe ja selle osaks olevale hoonejaotusplaanile.

Korteriomanike kokkulepe rõdude kasutamise kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 4.1; kokkulepe erikasutusõiguste kohta vastavalt käesoleva (30.08.2021.a.) lepingu punktile 5.1. ja lepingu lisaks olevatele Pöörise tn 5 -1. korruse plaanile (panipaigad). Korteriomandi igakordsele omanikule kuulub erikasutusõiguse ese (panipaik), mis on -1. korruse plaanil (panipaigad) tähistatud tähega P ja vastava eriomandi eseme nr-ga 61.

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 2 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta teeservituut vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.1. | | 30.08.2021 kinnistamisavalduse alusel sisse kantud 13.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 3 | | Kinnistu igakordse omaniku kasuks on kantud reaalservituut kinnistule nr: 26522001. Tähtajatu ja tasuta reaalservituut (parkimisservituut) parkimiskoha nr 157 kasutamiseks vastavalt 28.10.2021.a lepingu punktile 4.1. ning lepingu lisaks olevale plaanile. | | 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | kehtiv |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Ühisomanikud Olga Turõgina (isikukood 47904152263), Vassili Turõgin (isikukood 37712292236) | 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | kehtiv |

III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 1 | Isiklik kasutusõigus tähtajaga 50 aastat Elektrilevi OÜ (registrikood 11050857) kasuks. Isiklik kasutusõigus elektrivõrgu majandamiseks kasutusõiguse alal elektrivõrgu kaitsevööndi ulatuses vastavalt 17.09.2013 lepingu punktile 3. ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 28.09.2013; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 2 | Isiklik kasutusõigus aktsiaselts Tallinna Soojus (registrikood 10026398) kasuks. Tähtajatu isiklik kasutusõigus kaugküttevõrgu ja kaevude omamiseks, ehitamiseks, remontimiseks, hooldamiseks ja kasutamiseks kasutusõiguse alal laiusega 2 meetrit mõlemale poole torustikke piirava äärmise torustiku isolatsioonil välispinnast sisuga vastavalt 18.03.2016.a. sõlmitud lepingu punktidele 3. ja 4. ning eelpool nimetatud lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 24.03.2016; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 3 | Isiklik kasutusõigus Aktsiaselts Telset (registrikood 10098483) kasuks. Tähtajatu isiklik kasutusõigus elektroonilise sidevõrgu majandamiseks kaitsevööndi ulatuses vastavalt 15.01.2019 lepingu punktile 3. ja lepingu lisaks olevale plaanile. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 22.01.2019; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|
| 4 | Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus elektripaigaldise (kaablid ja kilp) majandamiseks elektrivõrgu kaitsevööndi ulatuses vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.2. ja lepingu lisas olevale Pöörise tn 5 elektripaigaldise plaanile. III jao kannetel nr 4 ja 5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 30.08.2021; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |
| 5 | Isiklik kasutusõigus Aktsiaselts TTP (registrikood 10093511) kasuks. Tähtajatu ja tasuta isiklik kasutusõigus elektripaigaldise (elektri reservtoite kaablid) majandamiseks elektrivõrgu kaitsevööndi ulatuses vastavalt käesoleva (05.08.2021.a.) lepingu punktile 3.3. ja lepingu lisas olevale Pöörise tn 5 elektri reservtoite plaanile. III jao kannetel nr 4 ja 5 on üks ja sama järjekoht. Kaaskoormatud kinnistud nr 20030050, 20030150, 20030250, 20030350, 20030450, 20030550, 20030650, 20030750, 20030850, 20030950, 20031050, 20031150, 20031250, 20031350, 20031450, 20031550, 20031650, 20031750, 20031850, 20031950, 20032050, 20032150, 20032250, 20032350, 20032450, 20032550, 20032650, 20032750, 20032850, 20032950, 20033050, 20033150, 20033250, 20033350, 20033450, 20033550, 20033650, 20033750, 20033850, 20033950, 20034050, 20034150, 20034250, 20034350, 20034450, 20034550, 20034650, 20034750, 20034850, 20034950, 20035050, 20035150, 20035250, 20035350, 20035450, 20035550, 20035650, 20035750, 20035850, 20035950, 20036150, 20036250, 20036350, 20036450, 20036550, 20036650, 20036750, 20036850, 20036950, 20037050, 20037150. | Sisse kantud registriossa 26521701 30.08.2021; siia üle kantud. 30.08.2021 kinnistamisavalduse alusel sisse kantud 12.10.2021. Kohtunikuabi Jaan Unt | kehtiv |

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | Hüpoteek summas 119 925,00 eurot Swedbank AS (registrikood 10060701) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 28.10.2021 kinnistamisavalduse alusel sisse kantud 10.11.2021. Kohtunikuabi Sigrid Orumets | 119 925,00 EUR | | kehtiv |

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press

Kuupäev: 05.06.2024 17:09:23

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.