AO 100  (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:22-cr-00185-RSL |
| Ivan Turogin | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

**Residential house located at Käokeele tee 5, Alliku küla, Saue vald, 76403 Estonia**
**Valued at €679,000.00**
**Outstanding mortgage €248,814.04**

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

**Ownership is demonstrated by the attached Land Registry extract**

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 01/09) Agreement to Forfeit Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 06-12-2024

City and state: TALLINN, ESTONIA

_____
Defendant (if a property owner)

VASSILI TURÕGIN
_____
Property owner's printed name

_____
Property owner's signature

OLGA TURÕGINA
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

CLERK OF COURT

Date: _____ July 26. 2024 _____

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA
JEHIEL I. BAER, Assistant United State Attorney

Date: _____ July 26, 2024 _____

_____
Assistant United States Attorney's signature

Agreement approved.

Date: _____ July 26, 2024 _____

_____
Judge's signature



**Eksperthinnang nr 1377-24**

| | |
|---|---|
| Vara: | Hoonestatud kinnisasi registriosa nr 10062002 (üksikelamu) |
| Aadress: | Harju maakond, Saue vald, Alliku küla, Käokeele tee 5 |

| | |
|---|---|
| Väärtuse kuupäev: | 03.06.2024 |
| Hindamisaruande kuupäev: | 06.06.2024 |

| | |
|---|---|
| Turuväärtus: | 679 000 € |

| | |
|---|---|
| Koostaja ja kinnitaja: | Jane Jürgenson |
| | Kutseline hindaja |
| | Vara hindaja, tase 7, kutsetunnistus nr 189558 |
| | Eesti Kinnisvara Hindajate Ühingu liige |



**Sisukord**

KOKKUVÕTE ................................................................................................................................... 3

**1. Hinnatav vara, hindamise eesmärk ja klauslid** ....................................................................... 4
    1.1. Hinnatav vara ja hindamise eesmärk ............................................................................... 4
    1.2. Hindamise alused ning hindamisaruande avaldamine ...................................................... 4
    1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta ................................. 4

**2. Hindamise algandmed ja hinnatava vara ülevaatus** ............................................................... 5
    2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon ......................................... 5
    2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel ............... 5
    2.3. Hinnatava vara ülevaatus ................................................................................................. 5

**3. Hinnatava vara kirjeldus** ......................................................................................................... 5
    3.1. Asukoht ............................................................................................................................ 5
    3.2. Omandisuhted .................................................................................................................. 7
    3.3. Maakasutus ...................................................................................................................... 8
    3.4. Elamu üldandmed ........................................................................................................... 10
    3.5. Hoone põhikonstruktsioonid .......................................................................................... 10
    3.6. Hoone eluruumide siseviimistlus ................................................................................... 11
    3.7. Hoone tehnosüsteemid ................................................................................................... 12
    3.8. Hinnang vara kestlikkuse väärtusele .............................................................................. 12

**4. Turuülevaade** ......................................................................................................................... 12
    4.1. Majandusülevaade .......................................................................................................... 12
    4.2. Harjumaa hoonestatud elamumaade turuülevaade ....................................................... 14
        4.2.1. Müügitehingud ....................................................................................................... 17
        4.2.2. Turustatavuse analüüs ............................................................................................ 18
        4.2.3. Pakkumine .............................................................................................................. 19
    4.3. Parim kasutus ................................................................................................................. 20

**5. Hindamine** .............................................................................................................................. 20
    5.1. Hindamise metoodiline alus ja põhimõtted ................................................................... 20
    5.2. Turuväärtuse hinnang ..................................................................................................... 20

**6. Hindamistulemus** ................................................................................................................... 24

**Lisa 1. Fotod** .............................................................................................................................. 25

**Lisa 2. Kinnistusregistri väljavõte** ............................................................................................ 33

**Lisa 3. Ehitisregistri väljavõte** .................................................................................................. 35

**Lisa 4. Üksikelamu korruste plaanid** ......................................................................................... 39

**Vastavuskinnitus standardi nõuetele** ....................................................................................... 40

Jane Jürgenson            Domus Kinnisvara
Kutseline hindaja           Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee          Tel 646 4035

Eksperthinnang nr 1377-24
Harju maakond, Saue vald, Alliku küla, Käokeele tee 5
Case 2:22-cr-00185-RSL   Document 126   Filed 07/26/24   Page 5 of 44

## KOKKUVÕTE

| HINNATAVA VARA KOONDANDMED | |
|---|---|
| Hinnatav vara | Hoonestatud kinnisasi registriosa nr 10062002 (üksikelamu) |
| Aadress | Harju maakond, Saue vald, Alliku küla, Käokeele tee 5 |
| Omanik | Olga Turõgina (isikukood 47904152263) ja Vassili Turõgin (isikukood 37712292236) - ühisomanikud |
| Katastritunnus | 72701:001:0342 |
| Omandivorm | Kinnisasi |
| Kinnistu pindala | 1511 m$^2$ |
| Hinnatava kinnistu hoonestus | Üksikelamu, kasvuhoone |
| Elamu suletud netopind | 243,5 m$^2$ (ehitisregistri andmed) |
| Elamu välisviimistluse seisukord | Väga hea |
| Elamu siseviimistluse seisukord | Väga hea |
| HINDAMISARUANDE KOONDANDMED | |
| Hinnangu eesmärk | Eksperthinnang on koostatud vara turuväärtuse hindamiseks, esitamiseks kohtule |
| Seos | Kinnitame, et Domus Kinnisvara ei ole seotud hinnatava vara tehingu ega omandisuhtega |
| Ülevaatuse kuupäev | 03.06.2024 |
| Väärtuse kuupäev | 03.06.2024 |
| Hindamisaruande kuupäev | 06.06.2024 |
| Tellija | Advokaadibüroo Levin OÜ |
| Tellimusleping | Tellimus e-maili teel, 31.05.2024, kinnitanud vandeadvokaat Paul Keres |
| Hindamise eeldused | Hindamise tavapraktikast väljuvad eeldused puuduvad |
| Hinnang likviidsusele | Müügiperioodi pikkuseks väärtuse turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6 kuni 9 kuud. Likviidsust hindame keskmiseks |
| Hindamistulemuse täpsus | Selle turusegmendi jaoks tavapärane, ±10%, ehk tegelik tehinguhind võib eelneva protsendi piires erineda |
| Käibemaks | Hinnatud turuväärtus ei sisalda käibemaksu ja sellele ei lisandu käibemaks, hinnatava vara turusegmendi tehingud ei ole käibemaksuga maksustatavad |
| HINDAMISTULEMUST MÕJUTADA VÕIVAD VASTUOLUD ANDMETES | |

Riiklikus ehitisregistris on üksikelamu ventilatsiooni liigiks märgitud loomulik ventilatsioon, tegelikkuses on vastavalt vara omaniku ütlustele hoones algusest peale olnud soojustagastusega sundventilatsioon; samuti puudub ehitisregistri info kohaselt jahutussüsteem, tegelikkuses on vastavalt vara omaniku ütlustele hoones algusest peale tsentraalne jahutus ja õhk-õhk soojuspumbad.

Hindamisel arvestame tegeliku olukorraga. Soovitame pöörduda kohaliku omavalitsuse poole ehitisregsitri andmete täpsustamiseks

| HINDAMISTULEMUS |
|---|

Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Alliku küla, Saue vald, Käokeele tee 5** asuva hoonestatud kinnisasja (üksikelamu) turuväärtus väärtuse kuupäeval **679 000 (kuussada seitsekümmend üheksa tuhat) eurot**

Hindamisaruande koostaja ja kinnitaja:

/allkirjastatud digitaalselt/

Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Harju maakond, Saue vald, Alliku küla, Käokeele tee 5

# 1. Hinnatav vara, hindamise eesmärk ja klauslid

## 1.1. Hinnatav vara ja hindamise eesmärk

| Aadress | Harju maakond, Saue vald, Alliku küla, Käokeele tee 5 |
|---|---|
| Registriosa nr | 10062002 |
| Vara liik | Kinnisasi, hoonestatud elamumaa (üksikelamu) |
| Hindamise eesmärk | Vara turuväärtuse hindamine esitamiseks kohtule |
| Väärtuse liik | Turuväärtus |

## 1.2. Hindamise alused ning hindamisaruande avaldamine

Hindamisel on lähtutud Eesti varahindamise standarditest EVS 875, kehtivast seadusandlusest ja Eesti Kinnisvara Hindajate Ühingu heade tavade koodeksist.

**Turuväärtus** *(market value)* on hinnangul põhinev summa, mille eest vara peaks väärtuse kuupäeval minema üle tehingut sooritada soovivalt müüjalt tehingut sooritada soovivale ostjale sõltumatus ja võrdsetel alustel toimuvas tehingus pärast kõigile nõuetele vastavat müügitegevust, kusjuures osapooled on tegutsenud teadlikult, kaalutletult ning ilma sunduseta (EVS 875-1).

**Ülevaatuse kuupäev** *(date of inspection)* – kuupäev, millal tehti hinnatava vara ülevaatus (EVS 875-1).

**Väärtuse kuupäev** *(date of valuation)* – kuupäev, mille seisuga hindamistulemus (väärtus) on esitatud (EVS 875-1).

**Hindamisaruande kuupäev** *(date of valuation report)* – kuupäev, millal hindamisaruanne on allkirjastatud (EVS 875-1).

Seda hindamisaruannet ega mingit selle osa, samuti mitte mingeid viiteid sellele aruandele ei tohi ilma hindaja kirjaliku nõusolekuta avalikustada üheski dokumendis, kirjas ega avalduses, samuti mitte kirjastada. Juhul, kui seda hindamisaruannet soovitakse avaldada, tuleb see avaldamise vormis ja kontekstis hindajaga enne kirjalikult kokku leppida (EVS 875-4).

Käesolev hindamisaruanne on esitatud konfidentsiaalselt tellijale ainult eelpool avaldatud ja selleks ettenähtud eesmärgil. Hindaja ei saa võtta endale mingit vastutust juhul, kui seda kasutab keegi kolmas isik, või kui seda tehakse selleks mitte ettenähtud eesmärgil (EVS 875-4).

## 1.3. Hinnangu kehtivuse eeldused ja klauslid piiratud vastutuse kohta

Hindaja on tegutsenud hinnangut andes sõltumatult ning kõik hindamisaruandes sisalduvad andmed on tõesed ning esitatud kolmandate isikute huvidest sõltumatult.

Hinnang kehtib järgmistel eeldustel:
- hindajale esitatud andmed ja informatsioon on tõesed ning on täidetud kõik hinnangu kehtivuse tingimusi;
- hinnataval varal ei esine varjatud puudusi, mille tuvastamine väljuks hindaja pädevusest;
- hindamisel hüpoteekidega ei arvestata.

Hindaja ei vastuta nende hinnangus olevate valeandmete eest, mis on hindajale esitatud ja mille õigsuse kontrollimiseks hindamisaruande koostamise käigus hindajal puudub võimalus või põhjendatud vajadus.

Hindaja ei ole teostanud mingeid uuringuid saastatuse või saastuse ohu kohta ning seega ei saa esitada mingit kindlat seisukohta küsimuses, missugune võiks olla nende võimalik mõju hindamistulemusele. Hindamisel on lähtutud eeldusest, et hinnataval varal ja selle läheduses ei ole saastatust ega saastuse ohtu. Igasuguse saastatuse ja saastuse ohu avastamine võib vara väärtust oluliselt mõjutada (EVS 875-4).

Hindaja ei ole teinud ehitise uuringuid ega inspekteerinud hinnatava vara neid osasid, mis on kaetud, varjatud või ligipääsmatud. Hindamise teostamisel on lähtutud eeldusest, et need hoone osad on heas seisundis. Hindaja ei saa avaldada mingit arvamust hoone nende osade kohta, mida ei ole inspekteerinud, ning antud hindamisaruanne ei kinnita hoone struktuuri ja kattematerjalide laitmatust (EVS 875-4). Samuti ei ole hindaja teostanud ehitus-tehnilisi uuringuid tehnosüsteemidele.

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL Document 126 Filed 07/26/24 Page 7 of 44
Hindamisobjekt Saue vald, Alliku küla, Käokeele tee 5



## 2. Hindamise algandmed ja hinnatava vara ülevaatus

### 2.1. Hindamise lähteandmed ja hinnatava vara dokumentatsioon

Hindamist puudutavad algandmed on järgmistest allikatest:

| Allikas | Kuupäev |
|---|---|
| Vara omaniku suulised selgitused vara ülevaatusel | 03.06.2024 |
| Kohapealne ülevaatus | 03.06.2024 |
| Päring Maa-ameti geoportaalist, https://geoportaal.maaamet.ee | 04.06.2024 |
| Päring riiklikust ehitisregistrist, https://www.ehr.ee | 31.05.2024 |
| Domus Kinnisvara ja Maa-ameti maaregistri tehingute andmebaas | 04.06.2024 |
| Üldplaneeringu ja detailplaneeringu info päring https://sauevald.ee/ | 04.06.2024 |
| Kinnistusregistri registriosa väljavõte, https://kinnistusraamat.rik.ee | 31.05.2024 |
| Avalike kinnisvaraportaalide andmed, https://www.kv.ee | 04.06.2024 |
| Asukoha kaart, https://kaart.delfi.ee | 04.06.2024 |
| Vara omaniku poolt edastatud üksikelamu korruste plaanid, koostaja Nohow OÜ, Tallinn, 08.05.2007, töö nr 0610 | 04.06.2024 |

| Allhange | Ei kasutatud |
|---|---|

### 2.2. Hindaja poolt tuvastatud vastuolud lähteandmete (sh dokumentatsiooni) ja tegeliku olukorra vahel

| Vastuolud |
|---|
| Riiklikus ehitisregistris on üksikelamu ventilatsiooni liigiks märgitud loomulik ventilatsioon, tegelikkuses on vastavalt vara omaniku ütlustele hoones algusest peale olnud soojustagastusega sundventilatsioon; samuti puudub ehitisregistri info kohaselt jahutussüsteem, tegelikkuses on vastavalt vara omaniku ütlustele hoones algusest peale tsentraalne jahutus ja õhk-õhk soojuspumbad.<br>Hindamisel arvestame tegeliku olukorraga. Soovitame pöörduda kohaliku omavalitsuse poole ehitisregsitri andmete täpsustamiseks |

### 2.3. Hinnatava vara ülevaatus

| Ülevaatuse kuupäev | 03.06.2024 |
|---|---|
| Ülevaatuse teostanud hindaja | Kutseline vara hindaja Jane Jürgenson (kutsetunnistus nr 189558) |
| Ülevaatuse juures viibinud isik | Vara omanik Vassili Turõgin |
| Ülevaatuse ulatus | Ülevaatus hõlmas vara ülevaatuse tervikuna (v.a hoone katus) |
| Ülevaatuse põhjalikkus | Visuaalne ülevaatus, erivahendeid ei kasutatud, hindaja ei ole ehitise kaetud ja varjatud osasid inspekteerinud |

## 3. Hinnatava vara kirjeldus

### 3.1. Asukoht

| Makroasukoht | |
|---|---|
| Paiknemine | Hinnatava vara asukoht on Saue vallas Alliku külas Metsavahi elamurajoonis. Tallinna linna keskusest ~ 15,5 km kaugusel, Laagri aleviku keskusest ~ 3,0 km kaugusel. Asukoht on piirkonna siseselt hea, turuosaliste poolt keskmiselt hinnatud |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



*Allikas: https://kaart.delfi.ee*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL   Document 126   Filed 07/26/24   Page 9 of 44
Hind);  Harjumaa, Saue vald, Alliku küla, Käokeele tee 5

| Mikroasukoht | |
|---|---|
| Konkureerivad turupiirkonnad | Peamiselt teised Saue valla külad ja alevikud, Tallinnast sarnasel kaugusel paiknevad vallad, Nõmme linnaosa Laagri alevikupoolsed asumid |
| Piirkonna hoonestus | Lähiümbruses paiknevad valdavalt üksik-, paaris- ja ridaelamud |
| Infrastruktuur | Kool, lasteaed ja kauplus ~ 2 km raadiuses Alliku külas |
| Haljastus ja heakord | Piirkonnas madal- ja kõrghaljastus. Ümbruskond on heakorrastatud |
| Veekogud | ~ 1,8 km kaugusel Pääsküla jõgi |
| Õhu saastatus ja müra | Müra- ja saastatuse tase vara vahetus ümbruses on keskmisest mõnevõrra madalam, kuna elamu asub väiksema liiklusaktiivsusega teede läheduses |
| Juurdepääs | Hinnatava varani pääseb mööda avalikult kasutatavat asfaltkattega Käokeele teed |
| Tee skeem | \n\n*Allikas: geoportaal.maaamet.ee (maanteeameti kaart)* |
| Kergliiklusteed ja avalikud puhkealad | Läheduses kergliiklusteed ja avalikud puhkealad olemas |
| Parkimine | Piirkonnas on tasuta parkimine hoonete hoovides ja tänaval |
| Ühistransport | Lähim bussipeatus asub ca 300 m kaugusel |

## 3.2. Omandisuhted

| Registriosa number | 10062002 |
|---|---|
| Omandivorm | Kinnisasi |
| Omanik | Olga Turõgina (isikukood 47904152263) ja Vassili Turõgin (isikukood 37712292236) - ühisomanikud |
| Vara kasuks seatud piiratud asjaõiguse kanded registriosa I jaos | Väärtuse kuupäeva seisuga registriosa I jaos kanded puuduvad\n\n*Registriosa väljavõte on esitatud Lisas nr 2* |
| Vara koormatiste ja kitsenduste kanded registriosa III jaos | Väärtuse kuupäeva seisuga registriosa III jaos kehtivad kanded puuduvad\n\n*Registriosa väljavõte on esitatud Lisas nr 2* |
| Vara hüpoteegi kanded registriosa IV jaos | Väärtuse kuupäeva seisuga on registriosa IV jaos järgmised kehtivad kanded:\n- Hüpoteek summas 1 300 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks.\n- Hüpoteek summas 4 063 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks. |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| | - Hüpoteek summas 22 385,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. |
|---|---|
| | *Hindamisel hüpoteekidega ei arvestata.* |
| | |
| | *Registriosa väljavõte on esitatud Lisas nr 2* |
| Maa-ameti kitsenduste kaardi järgsed kitsendused | Maa-ameti kaardiserveri kitsenduste kaardil on planeeringu ala, elektripaigaldise kaitsevöönd, ühisveevärgi ja -kanalisatsiooni vöönd ning sidehitise kaitsevöönd. |
| | |
| | *Kitsendused ei mõjuta hinnatava vara turuväärtust negatiivselt, kuna ei takista selle sihtotstarbelist kasutust* |

Kitsenduste kaart ja loetelu:



| Legend | Kitsenduste mõjuala nähtus | Ulatus (m2) |
|---|---|---|
| | Sidehitise kaitsevöönd | 1.55 |
| | Ühisveevärgi ja -kanalisatsiooni vöönd | 4.98 |
| | Elektripaigaldise kaitsevöönd | 4.07 |
| | Planeeringu ala | 1510.9 |

*Allikas: geoportaal.maaamet.ee (kitsenduste kaart)*

| Üürilepingud | Puuduvad |
|---|---|
| Muud olulised väärtust mõjutavad õiguslikud tegurid ja piirangud | Hindajale teadaolevatel andmetel ei lasu hinnataval varal muid seadustest ja lepingutest tulenevaid kinnistusraamatusse mittekantud õigusi ja kohustusi, mis võiksid mõjutada selle väärtust. Selliste asjaolude ilmnemine võib muuta käesolevas eksperthinnangus hinnatud vara turuväärtust |

## 3.3. Maakasutus

| Katastritunnus | 72701:001:0342 |
|---|---|

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| | |
|---|---|
| Ortofoto | <br>*Allikas: geoportaal.maaamet.ee (maainfo kaart)* |
| Sihtotstarve | Elamumaa 100% |
| Pindala | 1511,0 m² |
| Üldplaneering | Saue valla üldplaneering, kehtestatud 28.06.2021. Üldplaneeringu maakasutusplaani alusel on tegemist pere- ja ridaelamute maaga. Hinnatava vara maakasutus on kehtiva üldplaneeringuga kooskõlas. Väljavõte maakasutusplaanilt:<br>EE  PERE- JA RIDAELAMUMAA<br>*Allikas: https://sauevald.ee* |
| Detailplaneering | Saue Vallavalitsus kehtestas 22.04.2004 Metsavahi elamurajooni detailplaneeringu, osaliselt kehtetuks tunnistatud, hinnatava vara osas kehtiv. Info täiendava ehitusõiguse kohta puudub. Uusi detailplaneeringuid algatatud ei ole |
| Miljööväärtuslik planeering | Puudub |
| Kuju, reljeef | Maatükk on trapetsikujuline, valdavalt tasase pinnareljeefiga |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| Parkimine | Parkimine elamu ees asuval parkimisalal, lisaks elamu ees oleva autovarjualuse all |
|---|---|
| Hooned ja rajatised | Hoonena üksikelamu, rajatised puuduvad. Lisaks paikneb kinnistul alla 20 m² ehitisealuse pinnaga kasvuhoone, millel ei ole ehitisregistrisse kandmise kohustust |
| Haljastus | Hooviala on heakorrastatud, rajatud on iluaed, viljapuuaed, üksikud kõrgemad puud |
| Piirded | Elamu ees puitlippaed, automaatikaga autovärav, piirnevate kinnistutega võrkpaneelaed |

### 3.4. Elamu üldandmed

Hoone pinnaandmed, rajamisaasta ning konstruktsioonide andmed on välja toodud vastavalt ehitisregistri infole, vara omaniku suulisele informatsioonile ning hindaja poolt teostatud vara kohapealsele visuaalsele vaatlusele.

| ELAMU | |
|---|---|
| Esmase kasutuselevõtu aasta | 2008 (omaniku info kohaselt), elamu on rekonstrueeritud 2021. aastal |
| Ehitisregistri kood | 120540546 |



*Allikas: hindaja info*

| Ehitusluba, ehitusteatis, kasutusluba, kasutusteatis | 09.07.2007 on väljastatud ehitusluba nr 4351 üksikelamu püstitamiseks; 06.04.2021 on väljastatud kasutusluba nr 2112371/06600 <br><br> *Allikas: www.ehr.ee* |
|---|---|
| Energiamärgis | Riiklikus ehitisregistris info puudub, soovitame tellida energiamärgise |
| Peamine kasutamise otstarve | Üksikelamu |
| Tegelik kasutamise otstarve | Üksikelamu |
| Ehitise nimetus | Üksikelamu |
| Hoone paiknemine | Elamu paikneb kinnistu keskosas |
| Korruselisus | 2 |
| Ehitisealune pind | 217,2 m² (ehitisregistri andmed) |
| Suletud netopind/ köetav pind | 243,5 m²/ 231,2 m² (ehitisregistri andmed) |
| Kubatuur | 1154,9 m³ (ehitisregistri andmed) |
| Pinnaandmete vastavus | Ehitisregistri andmed ja plaanimaterjali andmed ühtivad ning vastavad tegelikule olukorrale |
| Hinnatava hoone ruumiplaneering | I korrusel: esik, panipaik, majapidamisruum, tehnoruum, köök-söögituba, elutuba, külaliste tuba, wc, sauna eesruum/duširuum, leiliruum, terrass 70,4 m² ja väljast eraldi sissepääsuga külm panipaik; <br> II korrusel: trepihall, kabinet, magamistuba vannitoaga, 2 magamistuba, wc, duširuum, katuseterrass 31,1 m² |

### 3.5. Hoone põhikonstruktsioonid

| Vundamendi liik | Madalvundament (ehitisregistri andmed) |
|---|---|

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL    Document 126    Filed 07/26/24    Page 13 of 44
Üksikelamu Sahara tee, Harku vald, Käokeele tee 5

| Vahelagede kandva osa materjali liik | Monoliitne raudbetoon; puit (ehitisregistri andmed) |
|---|---|
| Kande- ja jäigastavate konstruktsioonide materjali liik | Monoliitne raudbetoon; puit; tellis (ehitisregistri andmed) |
| Katuste ja katuslagede kandva osa materjali liik | Monoliitne raudbetoon; puit (ehitisregistri andmed) |
| Välisseina liik | Tellis, väikeplokk; tellis (ehitisregistri andmed) |
| Katusekatte materjali liik | Bituumen või PVC plaat või rullmaterjal (ehitisregistri andmed) |
| Välisseina välisviimistluse materjal | Krohv; muu (Fundermax Exterior) - fassaadiplaat (ehitisregistri andmed) |
| Trepp | Välitrepp puudub, sisetrepp betoontrepp puidust astmetega |
| Välisuksed | Klaasiga alumiiniumist turvauks, panipaigal alumiiniumuks |
| Aknad | 3-kordse klaaspaketiga alumiiniumraamidel aknad |
| Hoone põhikonstruktsioonide seisukord | Visuaalsel vaatlusel on hoone põhikonstruktsioonid väga heas seisukorras. Olulisi vajumisi ega pragusid ei olnud visuaalsel vaatlusel märgata. 2022. aastal on hoone fassaad ja katusekate uuendatud, paigaldatud uued aknad |

### 3.6. Hoone eluruumide siseviimistlus

| | |
|---|---|
| Põrandad | Tiikpuust puitparkett I korruse eluruumides, tammepuidust puitparkett II korruse eluruumides, marmorplaadid esikus, II korruse suures magamistoas keraamilised plaadid |
| Seinad | Värvkate, tapeet |
| Laed | Värvkate |
| Materjalide seisukord | Väga hea |
| Siseuksed | Haapsalu uksetehase puituksed, leiliruumil klaasuks |
| San. ruumide viimistlus | |
| Põrandakatted | Keraamilised plaadid |
| Seinakatted | Keraamilised plaadid, värvkate, puitlaudis (leiliruumis) |
| Lagi | Värvkate, puitlaudis (leiliruumis) |
| Materjalide seisukord | Väga hea |
| Sanitaartehnika | Kaasaegne |
| Hinnang ruumide üldisele seisukorrale | Eluruumide siseviimistluse seisukord on väga hea. Vastavalt algandmete esitaja ütlustele on 2022. aastal üksikelamu siseviimistlus täielikult uuendatud, vahetatud on siseuksed, uuendatud on seina-, lae- ja põrandakatteid, paigaldatud on uus kohtkindel mööbel ja sanitaartehnika. Siseviimistluses on kasutatud keskmise ja keskmisest kallima hinnaklassi siseviimistlusmaterjale. Otsene remondivajadus puudub |
| Kohtkindel sisseseade | Kaasaegne integreeritud tehnikaga köögimööbel, garderoobkapid, vannitubade sisustus |



Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



*Allikas: hindaja info*

### 3.7. Hoone tehnosüsteemid

| Elektrivarustus | Võrk (ehitisregistri andmed) |
|---|---|
| Veevarustus | Võrk (ehitisregistri andmed) |
| Kanalisatsioon | Võrk (ehitisregistri andmed) |
| Küttesüsteem | Lokaalküte (gaasikatel) (ehitisregistri andmed ja visuaalne vaatlus) |
| Gaasivarustus | Olemas (ehitisregistri andmed) |
| Ventilatsioon | Loomulik ventilatsioon (ehitisregistri andmed), tegelikkuses soojustagastusega sundventilatsioon (visuaalne vaatlus, omaniku info) |
| Jahutus | Puudub (ehitisregistri andmed), tegelikkuses tsentraalne jahutus ja õhk-õhk soojuspumbad (visuaalne vaatlus, omaniku info) |
| Muud tehnosüsteemid | Elektrikeris |
| Signalisatsioon | FORUS tulekahju- ja valvepakett |
| Tehnosüsteemide seisukord | Tehnosüsteemid on visuaalsel vaatlusel väga heas seisukorras, vastavalt vara omaniku ütlustele on 2022. aastal paigaldatud uus gaasikatel ja uus ventilatsioonisüsteem |

### 3.8. Hinnang vara kestlikkuse väärtusele

Kestlikkus ehk jätkusuutlikkus on ressursside kasutamise viis inimeste vajaduste rahuldamiseks, säilitades keskkonda sellisel moel, et vajaduste rahuldamine oleks võimalik mitte ainult praegu, vaid ka määramatus tulevikus. Kogu kestlikkuse valdkond koosneb kolmest osast: keskkonna, majanduse ja sotsiaalpoliitiline kestlikkus. (EVS 875-10)

| Hinnang kinnistu kestlikkuse väärtusele | |
|---|---|
| Kestlikkuse väärtus | Hindaja hinnangul on hinnataval varal järgitud kinnisvara kestliku arengu tagamise põhimõtteid (hoone välis- ja siseviimistlust on uuendatud, tehnosüsteeme kaasajastatud) ja hindaja hinnangul on vara kestlikkuse väärtus positiivne. |

## 4. Turuülevaade

### 4.1. Majandusülevaade

PROGNOOS. Majandus on tõusu lävel[1]

Eesti Panga värske prognoosi kohaselt on kahe langusaasta järel paranenud tingimused majanduse kasvule pöördumiseks. Energia ja muu toorme hinnad on langenud, hinnatõus on aeglustunud ning inimeste ostujõud Eestis ja Euroopas on paranemas. Lisaks on Eesti ettevõtted aktiivselt tegelemas konkurentsivõime parandamisega. Selle aasta jooksul on

---

[1] Eesti Panga majandusprognoos seisuga 26.03.2024

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

...oodata majanduse elavnemist, kuigi aasta koondtulemus jääb möödunule veel alla. Järgmiseks kaheks aastaks prognoosib keskpank umbes 3% suurust majanduskasvu.

Tingimused majanduse kasvule pöördumiseks on paranenud. Eesti majandus on kahanenud kaks järjestikust aastat, mis on varasemate langustega võrreldes pikem ja vindunum. Selle on tinginud üksteist võimendanud takistuste kuhjumine, mille osas on praeguseks siiski juba näha leevenemist või on leevenemine lähiajal suure tõenäosusega juhtumas. Majandusaktiivsuse tõusule aitavad kaasa toormete ja energiakandjate hinnalangus varasematelt kõrgtasemetelt, tarneprobleemide vähenemine, euro soodsam vahetuskurss, aeglaseks muutunud hinnatõus ning oodatav Euroopa Keskpanga intressimäärade alanemine. Paranemise kursil jätkab ka inimeste ostujõud, mis ergutab tarbimiskulutusi ja majanduskasvu. Tööturu tugev vastupanuvõime senistele raskustele on majanduskasvu tekkele heaks pinnaseks, sest suure hõive ja madala tööstuse korral jaguneb ostujõu tõus ja tarbimisvõime ühiskonnas ühtlasemalt.

Majandusaktiivsus suureneb, kuid aegamisi. Energiakriisi mõjude hääbumine ja inflatsiooni aeglustumine suurendab inimeste ostujõudu Eestis. Samad tegurid parandavad tarbijate ostujõudu ka välisturgudel, mis annab olulise panuse tugevalt kannatada saanud ekspordivõimaluste paranemisse. Samas oodatakse Euroopa majanduse jõulisemat kasvu alates järgmisest aastast. Eestit mõjutab lisaks ka see, et meie traditsioonilistel eksporditurgudel on seis keerukam kui Euroopas tervikuna, seda ennekõike Skandinaavias ja Saksamaal. Suur osa Eesti ettevõtete tootmisvõimsusest on nõrga nõudluse tõttu seisnud jõude, s.t majandusel on olemas potentsiaal ka väga tugevaks kasvukiirenduseks. Kuna see eeldaks hüpet ekspordis nõrga väliskeskkonna kiuste, on siiski tõenäolisem, et uus kasvutsükkel areneb vaoshoitult ja tugevamat majanduskasvu võib Eestis oodata alates 2025. aastast. Ekspordivõimalusi suurendab uutele turgudele sisenemine, millele ettevõtted on järjest enam rõhku panemas, kuid ka need võimalused avanevad ajapikku.

Eesti ettevõtted tegelevad aktiivselt konkurentsivõime parandamisega. Ettevõtete hinnapõhine konkurentsivõime pole enam sama suure löögi all kui aasta-kaks tagasi, ent ettevõtete kulubaas on siiski varasemaga võrreldes kõrgem. See nügib tootmist Eestis suurema tõhususe, aga ka innovatsiooni suunas, millega kõik ettevõtted ilmselt kaasa minna ei suuda ja seetõttu jätkub tootmisressursside ümber paigutumine valdkondade ja ettevõtete vahel. Jätkunud on trend, kus inimesed vahetavad väga aktiivselt töökohti ja liikumine on toimunud valdkondadesse, millel läheb suhteliselt paremini. See näitab, et ettevõtjad on kohanenud ning suudavad luua uusi ja ahvatlevaid töökohti. Ühtlasi on see olnud üks põhjustest, mis on hõivel lasknud püsida majanduslangusest hoolimata. Lisaks sellele on hõivet säästnud ka töötundide vähenemine, mis on toimunud valdavalt töötajate omal soovil ja tööandjatel tuleb ka edaspidi hakkama saada muutunud tööaja eelistustega.

Riik on majanduslangust pehmendanud, kuid see on suurendanud eelarvepuudujääki. Valitsemissektor on eelarve puudujäägi suurendamisega lisanud majandusse täiendavalt raha, millest osa on ergutanud ka nõudlust ja piiranud majanduslanguse ulatust. Kui valitsuskoalitsioon jätkab praeguseks seadustatud maksumuudatustega varasemalt välja kujunenud kulutaseme juures, siis süveneb eelarvepuudujääk ja stimuleerimise ulatus tuleval aastal veelgi. Seejuures kujuneb 2025. aasta majanduskasv eeldatavalt juba üsna kiireks ja sestap pole riigi täiendavat eelarvetuge majandusele enam vaja. Arvestades seni majanduskasvu takistanud põhiprobleemide olemust – raskustes eksporditurud, tarneraskused, kallis energia, osade ärimudelite lõppemine sõjaga seonduvalt, hinnapõhise konkurentsivõime kadu – siis neid probleeme täiendav riigipoolne kulutamine olulisel määral ei leevenda. Järjest enam tõuseb aga päevakorda vajadus kahandada struktuurset ehk püsivaks kujunenud eelarvepuudujääki. Järgmistel aastatel on väljakutseks mitte ületada ja 3% puudujäägi piiri, mis lisaks riigirahanduse jätkusuutlikule rajale suunamise vajadusele läheks vastuollu ka Euroopa Liidu ühiste reeglitega. Fiskaaldistsipliini taastamine on oluline võla kuhjumise vältimiseks ja oluline on ka, et puudujäägist väljumine ehk fiskaalstiimuli eemaldamine toimuks viisil, mis ei kahjustaks majanduse kasvuvõimalusi.

Eesti Panga majandusprognoosi põhinäitajad:

| | 2022 | 2023 | 2024* | 2025* | 2026* |
|---|---|---|---|---|---|
| majanduse maht jooksevhindades (mld eurodes) | 35,98 | 37,68 | 39,38 | 41,48 | 43,43 |
| majanduskasv püsihindades (%) | -0,5 | -3,1 | -0,6 | 3,2 | 3,1 |
| hinnatõus (%) | 19,4 | 9,2 | 3,2 | 2,4 | 1,9 |
| töötus (%) | 5,6 | 6,4 | 7,6 | 7,2 | 6,8 |
| keskmine brutopalk (eurodes) | 1645 | 1832 | 1959 | 2049 | 2147 |
| keskmise palga muutus (%) | 11,7 | 11,4 | 6,9 | 4,6 | 4,8 |
| eelarvetasakaal (% SKPst) | -0,8 | -3,4 | -3,2 | -4,4 | -3,5 |

* Prognoos
Allikas: statistikaamet, Eesti Pank

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## 4.2. Harjumaa hoonestatud elamumaade turuülevaade

2024. aasta algas Harjumaa elamuturul suhteliselt rahulikult, mis oli tingitud üheltpoolt tavapärasest hooajalisest madalseisust, aga teisalt ka juba varem alguse saanud turuosaliste küllaltki vähesest aktiivsusest.

Levinud arusaama müügihindade võimalikust langusest oli endiselt raske murda, sest sellist ootust ju toetasid jätkuv majanduslangus ja endiselt küllaltki kõrge intressikeskkond. Ja ometi kõigele sellele püsisid hinnad ikkagi samal tasemel, mis siis omakorda tähendab jätkuvat survet müügihindadele ka edaspidi, sest majanduskeskkond püsib kehv.

Laenu andjad püüdsid järjest enam toetada tehinguni jõudmist pakkudes võidu parimaid laenutingimusi ning leevendades laenu saamise poliitikat. Päris oodatud mõju sellel veel ei tekkinud, sest tehingute arvus kasvu täheldada ei olnud ja kasvas hoopis müügipakkumiste arv. Jõuliselt kasvas ka kodulaenu taotluste arv, mis siis viitab sellele, et tehingute arv peaks nüüd sellel aastal hakkama kasvama ja sellega üheskoos peaks paranema ka kinnisvaraturu neelduvusvõime.



Allikas: Maa-ameti tehingute andmebaas

Kõikidest Harjumaa elamute tehingutest tehti umbes kolmveerand väljaspool Tallinnat. Tehingute arvu kohaselt olid Harjumaa aktiivsemad turupiirkonnad jätkuvalt Tallinnaga head ühendust omavad lähivallad: Harku vald, Saue vald, Saku vald ja Viimsi vald. Lähivallad olid lisaks sealse vara paremale taskukohasusele populaarsed ka uuemate elamupiirkondade tõttu, kus hoonestustihedus madalam ja privaatsus linnaga võrreldes mingil määral suurem. Samuti toetasid tehingute arvu nendes piirkondades suvilate tehingud.

Umbes veerand kõikidest Harjumaa elamute tehingutest tehakse Tallinnas. Selle erinevatest linnaosadest olid traditsiooniliselt aktiivsemad Pirital, Nõmmel ning Haaberstis ehk need piirkonnad, kus ka kõige rohkem elamuid oli pakkumises.

Harjumaa ja Tallinna elamute tehingute hinnad näitasid jätkuvalt stabiilsust ehk hinnad püsisid suhteliselt samasugusel tasemel. Siiski oli näha sellele aina rohkem survet, sest seda survestasid elamute pakkumiste arvu suurenemine ja sealjuures küllaltki madale jäänud ostu-müügitehingute arv.

Väga kõrge hinnaga elamud, hinnaklassis 650 000 € ja enam, ehk eksluiivsed elamud olid jätkuvalt madala likviidsusega. I kvartalis oli hinnavahemikus 650 000 – 1 218 000 € müüdus 10 elamut ja selline tempo viitab eelmise aasta vaikse hoo jätkumisele. Traditsiooniliselt olid enamus tehinguid Tallinna uuselamupiirkondades, üksikud ka Tallinna lähivaldades. Kuivõrd uute elamute püsitamise aktiivsus on madal, siis jäi ka ülal viidatud tehingute arvust silma see, et äsja valminud uute elamute tehingute arv oli madal. Selgelt domineerisid järelturu elamud ehk 10-15 aastat tagasi ehitatud elamute tehingud.

2024.a. alguse seisuga oli uute elamute püstitamise aktiivsus suhteliselt madal. Üksikelamute, kaksikelamute ja ridaelamute ehitusaktiivsus oli eelmise aastaga võrreldes keskmisest madalam ehk uute elamute ehitamist alustati veelgi

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Harju maakonnas Saue vallas, Alliku külas, Käokeele tee 5 tagasihoidlikumalt. Selline trend oli ühetaoline nii Tallinnas kui ülejäänud Harjumaal. Ehitamise alustamist hoidsid tagasi kodumajapidamiste madal kindlustunne, kõrge laenukulu ning säästude taastamise vajadus.

Aga olenemata võimalusest ehitada oli ikkagi selgelt näha soovi ehitada, sest taustal püsis ehituslubade väljastamise arv endiselt kõrgel tasemel. Tõenäoliselt võib oodata ehituslubade suuremat realiseerumist alles mõne aja pärast peale majanduse pöördumist kasvule.

| | Tallinn | | | Harju maakond, v.a Tallinn | | |
|---|---|---|---|---|---|---|
| | Üksikelamud | Kaksikelamud | Ridaelamud | Üksikelamud | Kaksikelamud | Ridaelamud |
| | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal | 2024 I kvartal |
| Ehitusluba | 21 | 1 | 0 | 135 | 6 | 5 |
| Ehitamist alustatud | 10 | 5 | 1 | 89 | 3 | 5 |
| Kasutusluba | 30 | 0 | 2 | 152 | 8 | 20 |

Allikas: Statistikaamet

## Nõudlus

Käesoleva aasta alguse nõudlust võis pidada sarnaseks eelmisel aastal väljakujunenud nõudlusega. Ostjad tegid jätkuvalt tavapärasest rohkem kaalutletumaid otsuseid võttes arvesse suhteliselt kõrge euribori mõju elamu laenu hinnale, oma töökohaga seotud väljavaateid ning üldist kindlustunnet tööl ja kodus.

Kui võrrelda Harju maakonna ostu-müügitehingute jaotust elamu vanuse alusel, siis suuresti püsis see ühetaoline. Umbes 30% tehingutest teostati uute ja uuemate elamutega (esmane kasutus alates 2000.a.), mis kogu elamufondi vanust vaadates viitas väga selgelt sellele, et ostjatel oli jätkuvalt suurem huvi eelkõige kaasaegsema vara vastu.

Valdavalt olid uute ja uuemate elamute hinnad jäänud Tallinnas ja selle lähipiirkonnas vahemikku 500 000 – 850 000 €, mujal Harju maakonnas vahemikus 350 000 – 600 000 €. Atraktiivsemad on linnalähedaste ja linnasiseste uute või rekonstrueeritud väiksema pindalaga (120-150 $m^2$, min 3 magamistuba) ökonoomsed küttelahendusega elamud. Elamu valikul oli tähtis, et sinna saaks kohe sisse kolida ning ostja enam täiendavaid kulusid tegema ei pea. Kui oli vaja ise ehitada või rekonstrueerida, siis oli müük veelgi keerukam, kuna ehitustegevus oli jätkuvalt üsna kulukas. Isetoimetamise üks negatiivsemaid külgi seisnes ka suurema omafinantseeringu vajaduses ehk remondiks pidi ka oma raha jätkuma.

Linna äärealadel olid nõutud 150-170 $m^2$ suurused 1-korruselised elamud, mille hinnad jäid vahemikku 350 000 - 550 000 €. Väga palju pöörati tähelepanu energiasäästule ja rahakotisõbralikele küttelahendustele, nt kõrgete energiahindade taustal oli maakütte olemasolu väga suur eelis. Samuti mõeldi päikesepaneelide paigaldamise peale. Vähe-nõudlikumad ostjad leppisid ka lokaalse katelseadme ja radiaatoritega küttesüsteemiga või õhk-soojuspumpadega. Oluliselt madalam huvi oli 1990. suuremahuliste elamute vastu, mis reeglina olid ruumilahenduselt, pindalalt ja küttelahendustelt ebaratsionaalsed.

Maakonna ääremaadel oli suvilate ja talude huvipakkuv hinnatase vahemikus 40 000 – 70 000 €, linnale lähemale jäävates endistes suvituspiirkondades, kuhu oli rajatud palju aastaringseid üksikelamuid, oli hinnatase oluliselt kõrgem, jäädes valdavalt vahemikku 70 000 – 120 000 €.

Elamute ostul pöörati aina suuremat tähelepanu dokumentatsiooni korrasolekule. Ilma korras dokumentideta (kasutusloata) pank laenu reeglina ei anna või annab seda tähtajalisel tingimusel, et dokumentatsioon korrastataks.

Nõudlust jääb jätkuvalt mõjutama ebakindel majanduskeskkond, mis käesoleval aastal tõotab tulla eelneva aastaga üsna sarnane. Järelikult üldistades võib käesolevaks aataks prognoosida nõudluse jäämist suhteliselt madalale tasemele. Näiteks nõudlust mõjutav ostujõud peaks prognooside kohaselt taastuma alles kolme aasta pärast.

Elamuturu trendid:
- Nõudlus elamute ja suvilate vastu on püsinud madal nii Tallinnas kui Harjumaal tervikuna;
- Ostjad jagub eelkõige uuemale elamufondile, vähenenud on vanema ja odavama elamufondi tehingute maht;
- Varade keskmised müügiperioodid on pikenenud;
- Elamute ehitusaktiivsus on jätkuvalt madal;
- Pakkumiste maht on jätkanud kasvu;

Jane Jürgenson                    Domus Kinnisvara
Kutseline hindaja                 Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee        Tel 646 4035

Jane Jürgensen
Kutseline hindaja
Tel:5342 7801, Jane.Jurgenson@domus.ee

- Ostjad nõuavad aina rohkem korrektse dokumentatsiooniga elamuid;
- Elamu valimisel pööratakse väga suurt tähelepanu energiasäästule.

Harju maakond, Saue vald, Alliku küla, Käokeele tee 5

Eksperthinnang nr 1377/24

## Pakkumine

Jätkuvalt tuli turule juurde pakkumisi rohkem võrreldes nende realiseerimiskiirusega ehk Harjumaa elamispindade puhul ületas pakkumine nõudlust. Turu neelduvusvõime püsis jätkuvalt madal, sest ostu-müügitehingute arv oli suhteliselt madal. Alates 2023. aastast on Harju maakonnas elamute pakkumiste arv kasvanud ning aasta algusega võrreldes on lisandunud umbes 600 objekti, mis teeb kasvumääraks umbes 50%. Suhteliselt rohkem kasvasid pakkumismahud väljaspool Tallinna linna, seevastu Tallinnas jäi pakkumiste arv suhteliselt sarnasele tasemele.

Pakkumishinnad on Tallinnas mõnevõrra üleesse-alla kõikunud, aga kokkuvõtlikult jäänud küllaltki samale tasemele. Seevastu väljaspool Tallinna linna on pakkumishinnad langenud, kuid siin võib suuresti pidada põhjuseks odavama kinnisvara müüki lisandumist.



**Harju maakonna hoonestatud elamumaade keskmine pakkumiste arv ja keskmine hind aastatel 2019-2024 kuude lõikes**

Allikas: kinnisvaraportaal kv.ee, Domus Kinnisvara

Tallinnas oli kõige rohkem elamute pakkumisi Haabersti, Nõmmel ja Pirital, kuid neis linnaosades on ka enim hoonestatud elamumaade tehinguid. Väljaspool Tallinna linna oli enamus pakkumisi linnalähedastes suurvaldades, kus palju pakkumisi oli Saue vallas, Harku vallas, Viimsi vallas ja Lääne-Harju vallas.

Jätkuvalt võis pidada ostjat selliseks, kes sai rohkem otsustada tehinguhinna üle, sest pakkumiste arv oli suurenenud ehk valikuvabadust erinevate varade vahel oli piisavalt. Hirm pakkumises olevast varast ilma jääda oli ostjatel üsna väike. Siiski on oodata, et ostjate otsused peaksid teataval määral kiiremaks muutuma, sest pakkumishinnad on stabiliseerunud ja see on toonud kaasa mõningast selgust. See peaks mingil määral parandama varade likviidsust ja ühes sellega peaks aeglustuma ka pakkumiste kasv.

## Prognoos:

Tehinguhindade osas on täheldada juba mõningast aega teatavat stabiilsust ning eks ole ka hindade languse põhjuseid jäänud vähemaks. Turul paraneb vara taskukohasus, turuosalised prognoosivad euribori langust, "hapude laenude" osakaal on vähenenud puisinud väga madalal ja kõige selle taustal on kodumajapidamised suutnud hakata taas säästa koguma. Need on küllaltki olulised näitajad hindade kujundamisel ning soosivad ka tehingute arvu kasvu.

Eelneva tõttu võib pidada tõenäoliseks, et tänasest tehingute arvu tasemest me enam läbi ei vaju ja pigem üldise majanduskeskkonna paranemisega saame oodata tehingute arvu kasvu. Arusaadavatel põhjustel ei saa kasv olla väga suur, sest näiteks euribori langust 2,5-3%-ni ehk ostjate jaoks vastuvõetavale tasemele, on oodata alles 2024. II p.a-I. Seega on töenäoline, et selline euribori tase toob turule tagasi pigem vähe ostjaid.

Prognooside kohaselt pöördub Eesti majandus käesoleva aasta sees kasvule, mis avaldab otseselt mõju ka kinnisvaraturule. Ning kui ka seekord on ajalool kombeks korduda, siis on suur tõenäosus, et pikk kinnisvaraturu langusperiood on selleks korraks jäänud selja taha ning oleme jõudnud oma kinnisvaraturu taastuvasse faasi.

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL   Document 126   Filed 07/26/24   Page 19 of 44
Iru Omavalitsuse Sauetöstegrid, Kittse kaudu, Käokeele tee 5

**Saue valla elamuturu ülevaade**

Saue vald on väljakujunenud Tallinna linna lähipiirkond. Valdavalt on tehingud viimase 10 a jooksul ehitatud elamute või vanemat tüüpi suvilatega. Müügihinnad võivad olla väga erinevad sõltudes peamiselt elamu vanusest, seisukorrast ja suurusest ning kinnistu suurusest. Rohkem on väärtustatud kaasaegsete lahenduste ja suurema kinnistuga ehituslikult uuemad elamud. Hoonestatud elamumaa ostmisel on ostja jaoks tähtis korraliku infrastruktuuri olemasolu (tehnosüsteemid, juurdepääsu ja kergliiklusteed), hoone seisukord ja selle üldpind (uute kaasaegsete elamute puhul on optimaalne pindala ca 120-170 m²). Pakkumine elamutele ja elamuosadele piirkonnas on keskmine. Enim on elamuosasid ja elamute pakkumist Alliku külas ja Laagri alevikus ning Saue linnas ja selle lähiümbruses, kus uute ja kallimate elamute osakaal on suur. See on ka viimaste aastate jooksul mõjutanud keskmist hoonestatud elamumaa hinda Saue vallas, mis on olnud valdavalt tõusutrendis.

Piirkonna uuemate elamute väljakujunenud hinnatase on vahemikus ca 350 000 € - 700 000 €, kus kallimad tehingud hõlmavad enamjaolt Tallinnale lähemal asuvaid suuremaid hooneid. Vanemaid elamuid ja rekonstrueeritud hooneid on müüdud valdavalt vahemikus 200 000 – 400 000 €. Kuna Saue valla puhul on tegemist paljude erinevate asumitega, nii linna äärsete kui ka Tallinnast kaugemal asuvate piirkondadega, siis on piirkonniti hoonete tehinguhinnad väga erinevad.

Saue valla tehinguaktiivsus ja keskmine hind on 2014 – 2018. aastatel olnud stabiilne. 2019-2022. aastatel on vallas tehingu keskmine hind ja tehinguaktiivsus tervikuna tõusnud. Keskmist tehinguhinda on tõstnud uute kaasaegsete elamutega tehtud tehingute osakaal.

2023. aastal tehti Saue vallas 167 hoonestatud elamumaa tehingut mediaanhinnaga 140 000 €, keskmine tehinguhind 210 152 €, maksimaalne tehingu summa 1 200 000 €. Keskmise tehinguhinna tõusu on mõjutanud uuemate üksikelamutega tehtud müügitehingud. 2024. aasta I kvartali seisuga on tehtud Saue vallas hoonestatud elamumaaga kokku 57 tehingut keskmise tehinguhinnaga 162 749 €.

Saue valla elamute tehingudünaamikat illustreerib alljärgnev graafik:



Allikas: Maa-amet

**4.2.1. Müügitehingud**

Hindaja on analüüsinud üksikelamutega tehtud müügitehinguid, mis paiknevad Saue vallas hinnatava varaga sarnases turupiirkonnas. Välja on toodud ehituslikult uuemate üksikelamutega teostatud tehingud, mis on teostatud 2023 ja 2024 aastatel ning mille suletud netopind on vahemikus 130 – 355 m²:

| Asukoht | Kirjeldus | Aeg | Hind, € | Kinnistu suurus, m² |
|---|---|---|---|---|
| **Saue vald Alliku küla** | **2021, kivikonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 210,1 m², lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon, tsentraalne** | **aprill 2024** | **690 000** | **1636** |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL   Document 126   Filed 07/26/24   Page 20 of 44
Harju maakond, Saue vald, Alliku küla, Käokeele tee 5

| Asukoht | Kirjeldus | Aeg | Hind, € | Kinnistu suurus, m² |
|---|---|---|---|---|
| | vesi ja kanalisatsioon, abihooned puuduvad, murukate | | | |
| Saue vald Alliku küla | 2000, kivikonstruktsioonis elamu, hea/väga hea, siseviimistlus hea/väga hea, kohtkindel mööbel olemas, snp 355,4 m², lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon, lokaalne vesi ja kanalisatsioon, abihooned puuduvad, kõrg- ja madalhaljastus | apr 2024 | 600 000 | 5380 |
| Saue vald Alliku küla | 2021, puitsõrestikkonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 143,2 m², lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, madalhaljastus, kuur | sept 2023 | 475 000 | 1500 |
| Saue vald Alliku küla | 2019, puitsõrestikkonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 134,7 m², lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, madalhaljastus, kuur | aug 2023 | 405 000 | 1647 |
| **Saue vald Laagri alevik** | **2006, kivikonstruktsioonis elamu, hea/väga hea, siseviimistlus hea, kohtkindel mööbel olemas, snp 259,5 m², lokaalküte (õhk-vesi soojuspump/ gaasikatel), sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, kõrghaljastus** | **juuli 2023** | **550 000** | **1144** |
| **Saue vald Alliku küla** | **2022, kivikonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 249,3 m², lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, kõrghaljastus** | **aprill 2023** | **730 000** | **1500** |

Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara

Eelnevas tabelis rõhutatult väljatoodud tehinguid on kasutatud võrdlusmeetodi protseduuris hinnatava vara turuväärtuse hindamiseks.

### 4.2.2. Turustatavuse analüüs[2]

| Hinnatava vara lõppkasutajad | Vara potentsiaalne lõppkasutaja on kohaliku elanikkonna hulgast, samas võib selleks olla ka mujalt Eestist ja väljapoolt Eestist Tallinna lähiümbrusse elama asuda sooviv pere |
|---|---|
| Lõppkasutajaid iseloomustavad tunnused | Keskmise või keskmisest mõnevõrra kõrgema sissetulekuga perekonnad |
| Kas hinnatav vara rahuldab turusegmendi nõudeid | Vara rahuldab turusegmendi nõudeid, kuna selles vara segmendis enamhinnatud on Tallinnale suhteliselt lähedal asuvates väljakujunenud elamupiirkondades paiknevad heas ja väga heas seisukorras elamud |
| Kui suur osa lõppkasutajatest soovib hinnatavat vara | Raske konkreetselt välja tuua, kuid tõenäoliselt keskmine osa |

---

[2] Turustatavuse analüüs on EVS 875 Vara hindamise standardi nr 10 „Andmete kogumine ja analüüs, vara ülevaatus" järgi kohustuslik turuanalüüsi osa. Standardi järgi on turustatavuse analüüs protsess, mille käigus uuritakse, kuidas konkreetne vara needlub, st kui pika aja jooksul vara müüakse või renditakse oodatavates turutingimustes. See põhineb hinnatava vara turusegmendi turu-uuringul. Turustatavuse analüüs lisab turuanalüüsi kasutajale turu dimensiooni, uurides seega nõudluse ja konkureeriva pakkumise vahekorda hinnatava vara turusegmendis objektiivsemalt.

Jane Jürgenson                                              Domus Kinnisvara
Kutseline hindaja                                           Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee                     Tel 646 4035

| Kui suur osa lõppkasutajatest on võimelised hinnatavat vara soetama | Raske konkreetselt välja tuua, kuid tõenäoliselt keskmisest väiksem osa |
|---|---|
| Konkureeriv pakkumine turul | Vt p 4.2.3 |
| Arendusprojektid | Puuduvad |
| Müügiperiood | 6 kuni 9 kuud |
| Müügihinnad | Müügihindade kasvu lähitulevikuks ei prognoosita. Pigem on nüüd turg tasakaalu otsiv ja seetõttu prognoosime hindade stabiliseerumist |
| Alternatiivsed kasutused | Puuduvad |

### 4.2.3. Pakkumine

Kinnisvaraportaalis www.kv.ee on hetkel Saue vallas pakkumisel ca 90 ehituslikult uuemat üksikelamut (ehitatud alates 2000. a). Hinnatavaga sarnaste varade pakkumine on suhteliselt madal. Saue vallas paiknevate sarnaste üksikelamute pakkumishinnad on vahemikus 630 000 – 999 999 €. Hinnad sõltuvad kaugusest keskusest, elamu seisukorrast, krundi ja elamu suurusest, haljastusest.

Toome välja mõned hinnatava varaga analoogsed pakkumised:



Allikas: www.kv.ee

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Hinnatava vara ei ole väärtuse kuupäeva seisuga hindajale teadaolevalt avalikul müügipakkumisel.

Rõhutame, et eelpool toodud varade puhul on tegemist pakkumishindadega, mitte müügihindadega. On olemas võimalus, et pakkumishinnad avaliku müügi käigus oluliselt langevad või enampakkumise tingimustes tõusevad. Seepärast leiame, et leitud turuväärtuse ning pakkumishindade otsene võrdlemine ei suurenda leitud tulemuse täpsust.

## 4.3. Parim kasutus

**Vara parim kasutus:** Hindamisstandard defineerib vara parimat kasutust kui vara kõige tõenäolisemat kasutust, mis on füüsiliselt võimalik, vajalikult põhjendatud, õiguslikult lubatav, finantsmajanduslikult otstarbekas ja mille tulemusena hinnatav vara omandab kõrgeima väärtuse (EVS 875-1).

Hinnatava vara parim kasutus on kasutamine hoonestatud elamumaana, mis on füüsiliselt võimalik (antud asjaolu toetab hoone olemus ja asukoht), vajalikult põhjendatud (alternatiivsed kasutused puuduvad), õiguslikult lubatav (antud asjaolu toetab hoone ja kinnistu juriidiline sihtostarve), finantsmajanduslikult otstarbekas (piirkonnas on nõudlust analoogsete kinnistute vastu) ning mille tulemusena hinnatav vara omandab kõrgeima väärtuse. Hindaja hinnangul hinnataval varal alternatiivne kasutusfunktsioon puudub.

# 5. Hindamine

## 5.1. Hindamise metoodiline alus ja põhimõtted

Turuväärtuse hindamisel kasutatakse võrdlusmeetodit, sest hinnatava varade sektoris tehakse valdavalt ostu-müügi tehinguid.

**Võrdlusmeetod** (sales comparison approach) põhineb analüüsil, mille aluseks on hinnatava vara võrdlus sarnaste müüdud varadega. Võrdluse käigus korrigeeritakse müüdud varade hindu, pidades silmas tehingust ja varast tulenevaid erisusi, ning hinnatakse hinnatava vara väärtus. Turuväärtuse hindamisel on meetodi aluseks asenduspõhimõte: võimalik ostja ei ole valmis maksma vara eest rohkem kui sarnaste varade eest tavaliselt turul makstakse. Turuväärtuseni jõutakse võrdlusmeetodi rakendamisel juhul, kui võrdlemisel aluseks olevad tehingud on tehtud vaba turu tingimustes ja võrdluse käigus toimuv erisuste arvesse võtmine tugineb turuinformatsioonile (EVS 875-11).

Võrdlusmeetodi eelised seisnevad selles, et ta põhineb piirkonna tegelikel hindadel, võtab arvesse tegelikku nõudlust ja pakkumist ning on lihtsalt mõistetav ja põhjendatav.

## 5.2. Turuväärtuse hinnang

Turuväärtust hinnatakse hinnatava vara ja hiljuti müüdud sarnaste varade võrdlemise teel. Seejuures kasutatakse Maa-ameti maaregistri tehingute andmebaasi ja Domus Kinnisvara tehinguinfot.

Võrdlustehingute valikul lähtutakse sellest, et analüüsitav vara oleks eri võrdluselementide osas hinnatava varaga võimalikult sarnane ja et müügitehing oleks teostatud vaba turu tingimustes väärtuse kuupäeva suhtes võimalikult hiljuti ja sarnases turusituatsioonis.

Võrdlustehinguteks on hindaja valinud punktist 4.2.1 toodud järgmised tehingud:

| Asukoht | Kirjeldus | Aeg | Hind, € | Kinnistu suurus, m² |
|---------|-----------|-----|---------|---------------------|
| Saue vald Alliku küla | 2021, kivikonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 210,1 m², lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, murukate | aprill 2024 | 690 000 | 1636 |
| Saue vald Laagri alevik | 2006, kivikonstruktsioonis elamu, hea/väga hea, siseviimistlus hea, kohtkindel mööbel olemas, snp 259,5 m², lokaalküte (õhk-vesi soojuspump/ | juuli 2023 | 550 000 | 1144 |

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| Asukoht | Kirjeldus | Aeg | Hind, € | Kinnistu suurus, m² |
|---------|-----------|-----|---------|---------------------|
| | gaasikatel), sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, kõrghaljastus | | | |
| Saue vald Alliku küla | 2022, kivikonstruktsioonis elamu, väga hea, siseviimistlus väga hea, kohtkindel mööbel olemas, snp 249,3 m², lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon, tsentraalne vesi ja kanalisatsioon, abihooned puuduvad, kõrghaljastus | aprill 2023 | 730 000 | 1500 |

*Allikas: Maa-ameti maaregistri tehingute andmebaas ja Domus Kinnisvara*

Hindamisel võrdlusmeetodil kasutame tabelis väljatoodud tehinguid, kuna need on hinnatava varaga kõige paremini võrreldavad. Ülejäänud tehinguid ei ole kasutatud, sest need on hinnatavast varast oluliselt suurema või väiksema suletud netopinnaga üksikelamutega.

Valitud võrdlustehingute võrdlemiseks hinnatava varaga korrigeerime võrdlustehinguid iseloomustavaid parameetreid. Korrigeerimise eesmärgiks on anda hinnang, kui palju muudab hinnatava vara mingi parameetri erinevus võrdlustehingu turuväärtust.

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| Võrdlustehingute valik | Hindamisel võrdlusmeetodil kasutame hinnatavaga sarnase turupiirkonna sarnaste varadega tehtud tehinguid |
| Selgitused võrdlustehingute osas | • Kõik võrdlustehingud on müüdud tavapärase müügiprotsessi käigus. <br> • Välja toodud hinnad on tarbijate jaoks lõpphinnad ja elukondliku vara turul on peamiselt tehingute osapoolteks eraisikud, mistõttu võetakse võrdlusvarade tehinguhindadeks tabelist toodud lõpphinnad. Asjaolu, kas müüja oli kohustatud käibemaksu tehingu summa pealt tasuma või mitte, lõpptarbija jaoks müügihinda ei mõjuta. |
| Võrdlusühiku valik[3] | Võrdlusühikuks valime tervikhinna, kuna antud vara liigi puhul iseloomustab see turu toimemehhanisme kõige paremini. |
| Võrdluselementide valik[4] | • **Ajaline kohandus** – turusituatsiooni muutus võrreldavate varade müügiaja ja hinnatava vara väärtuse kuupäeva vahel. Vaadeldaval ajaperioodil ei ole turusituatsioon oluliselt muutunud, seega kohandusi teostatud ei ole. <br> Võrdluselementideks on lisaks tehingu ajale valitud järgmised enim vara väärtust mõjutavad tegurid: <br> • **Asukoha kohandus** – Varade hinda mõjutab piirkonna sisene asukoht, kaugus keskusest, kaugus merest, infrastruktuuri olemasolu, piirkonna maine, juurdepääs, lähiümbruse hoonestus, haljastus, müratase jne. Kohandatud on kõiki võrdlusvarasid, kuna need asuvad mõnevõrra kõrgemalt hinnatud piirkonnas, võrdlusvarad nr 1 ja 3 Veskimöldre 2 elamupiirkonnas ja võrdlusvara nr 2 Laagri alevikus. <br> • **Elamu konstruktsioonid ja seisukord** – Paremas seisukorras ja arhitektuurselt erilisemad hooned on kõrgemalt hinnatud. Kivikonstruktsioonis elamud on kõrgemalt hinnatud kui puitkonstruktsioonis elamud. Kohandamise samm on 5-20%. Kohandatud on kõiki võrdlusvarasid – võrdlusvarade nr 1 ja 3 puhul on tegemist uusehitisega ja võrdlusvara nr 2 on mõnevõrra vanema viimistlusega kui hinnatav vara. <br> • **Ruumide seisukord** – Kvaliteetsema ja paremas seisukorras siseviimistlusega hooned on kõrgemalt hinnatud. Kohtkindla mööbli olemasolu on turuväärtust suurendav tegur. Hinnavahe kvaliteediklasside vahel on 5-40%. Kohandatud on võrdlusvara nr 2. |

---

[3] Võrdlusühik on ühik, mille abil kohandamise võtteid kasutades leitakse vara väärtus võrdlusmeetodil. Tavaliselt on võrdlusühikuks ühik, mida kasutatakse turul kauplemisel, pidades silmas konkreetse toote, turusegmendi ja -piirkonna eripärasid (EVS 875-11)

[4] Võrdluselement on vara või tehingut iseloomustav näitaja, mida kasutatakse kohandamisel ja mille valikul lähtutakse selle olulisusest vara väärtuse kujunemisel (EVS 875-11)

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Kinnistu: Harju maakond, Saue vald, Alliku küla, Käokeele tee 5

| Võrdlustehingute ja võrdlusühiku valik ning kohandamise põhimõtted | |
|---|---|
| | • **Elamu suletud netopind** – Suurema pindalaga hooned on kõrgemas hinnaklassis. Ligikaudu 40 m² köetavat lisapinda tõstab vara väärtust 10%. Oluline on ka eluruumi pinna osakaal suletud netopinnast. Kohandatud on võrdlusvara nr 1.<br>• **Kinnistu pindala** – Suurematel kinnistutel paiknevad hooned on kõrgemalt hinnatud, kuna võimaldavad suuremat privaatsust, täiendavat ehitusõigust või sõltuvalt kinnistu asukohast, geomeetriast ja hoonestuse paigutusest ka võimalust kinnistu jagamiseks. Samas suurema kinnistuga kaasnevad ka suuremad korrashoiukulud, mistõttu kinnistu pindala suurenedes suureneb vara tervikhind proportsionaalselt kasulikkusele. Keskmisest suuremate kinnistute puhul tõstab vara väärtust 5%. Kaasomandis kinnistute puhul on rohkem hinnatud notariaalse kasutuskorraga jagatud kinnistud. Antud juhul on teostatud kohandus võrdlusvarale nr 2.<br>• **Haljastus ja heakorrastus** – heakorrastatud ja kõrghaljastusega kinnistud on kõrgemalt hinnatud. Kohandatud on võrdlusvara nr 1.<br>• **Küttesüsteem, ventilatsioon** – Lokaalse keskküttesüsteemiga või kaasaegsete ning ökonoomsete küttesüsteemidega (nt maasoojuspump, õhk-vesi soojuspump) elamud on ahi- ja elektrikaheega elamutest enamhinnatud. Maasoojuspumbaga köetavad üksikelamud ning päikesepaneelidega üksikelamud on mõnevõrra kõrgemalt hinnatud. Rohkem on hinnatud soojustagastusega ventilatsiooniga elamud. Kohandatud on võrdlusvarasid nr 1 ja 2.<br>• **Abihooned** – kapitaalsete abihoonete olemasolu on turuväärtust suurendav tegur. Kuna hinnatava vara juurde kuulub väike kasvuhoone ja autovarjualune, mis omavad mõningast lisaväärtust, siis on teostatud võrdlusvaradele nr 2 ja 3 keskmisest väiksemad kohandused.<br><br>Muid parameetreid ei ole võrdluselementidena vaadeldud, sest nende osas on hinnatav vara võrdlustehingutega samaväärne või ei ole need turuväärtuse kujunemisel tähtsad. Üldjuhul rakendatakse kohandusi täpsusega 5%, kuid kui turg seda toetab ja on võimalik rahalise arvutustega põhjendada, on võimalik rakendada ka kohandusi täpsusega, mis on väiksemad kui 5%. |

Võrdlustabel:

| | HINNATAV VARA | VÕRDLUSVARAD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| **Tehinguhind:** | Kohandamisel lähtuti tehingu **tervikhinnast** | 690 000 € | 550 000 € | 730 000 € |
| **m² hind:** | | 3284 € | 2119 € | 2928 € |
| **Tehingu aeg:** | juuni 2024 | aprill 2024 | juuli 2023 | apr 2023 |
| **Võrdlus hinnatava varaga** | | samaväärne | samaväärne | samaväärne |
| **Ajaldamine** | | 0% | 0% | 0% |
| **Ajaldatud tehinguhind:** | | 690 000 € | 550 000 € | 730 000 € |
| **Asukoht:** | Saue vald, Alliku küla, Käokeele tee 5 | Saue vald, Alliku küla | Saue vald, Laagri alevik | Saue vald, Alliku küla |
| **Võrdlus hinnatava varaga** | | parem | parem | parem |
| **Kohandus** | | -5% | -5% | -5% |
| **Elamu seisukord:** | väga heas seisukorras betoon- ja kivikonstruktsioonis üksikelamu, ehit. 2008, rekonstrueeritud 2022 | väga heas seisukorras kivikonstruktsioonis üksikelamu, ehit. 2021 | heas/väga heas seisukorras kivikonstruktsioonis üksikelamu, ehit. 2006 | väga heas seisukorras kivikonstruktsioonis üksikelamu, ehit. 2022 |
| **Võrdlus hinnatava varaga** | | parem | kehvem | parem |
| **Kohandus** | | -5% | 5% | -5% |
| **Elamu ruumide seisukord:** | väga hea, kohtkindel mööbel olemas | väga hea, kohtkindel mööbel olemas | hea, kohtkindel mööbel olemas | väga hea, kohtkindel mööbel olemas |
| **Võrdlus hinnatava varaga** | | samaväärne | kehvem | samaväärne |

**Domus Kinnisvara**

Jane Jürgenson                     Domus Kinnisvara
Kutseline hindaja                  Luise tn 2, Tallinn
Tel: 5342 7801, Jane.Jurgenson@domus.ee          Tel 646 4035

| | HINNATAV VARA | VÕRDLUSVARAD | | |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| Kohandus | | 0% | 10% | 0% |
| Elamu suletud netopind, m²: | 243,5 (sh külm panipaik) | 210,1 (sh külm garaaž) | 259,5 (sh külm garaaž) | 249,3 (sh külm garaaž) |
| Võrdlus hinnatava varaga | | väiksem | samaväärne | samaväärne |
| Kohandus | | 10% | 0% | 0% |
| Kinnistu pindala, m²: | 1511 | 1636 | 1144 | 1500 |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | samaväärne |
| Kohandus | | 0% | 5% | 0% |
| Haljastus ja heakorrastus: | heakorrastatud, iluaed, viljapuud, üksikud kõrgemad puud | heakorrastatud, murukate, elupuuhekk | heakorrastatud, kõrg- ja madalhaljastus | heakorrastatud, kõrghaljastus |
| Võrdlus hinnatava varaga | | kehvem | samaväärne | samaväärne |
| Kohandus | | 5% | 0% | 0% |
| Küttesüsteem, ventilatsioon: | lokaalküte (gaasikatel), soojustagastusega sundventilatsioon | lokaalküte (maasoojuspump), soojustagastusega sundventilatsioon | lokaalküte (õhk-vesi soojuspump, gaasikatel), sundventilatsioon | lokaalküte (õhk-vesi soojuspump), soojustagastusega sundventilatsioon |
| Võrdlus hinnatava varaga | | parem | kehvem | samaväärne |
| Kohandus | | -2% | 2% | 0% |
| Abihooned: | kasvuhoone, autovarjualune | autovarjualune | puuduvad | puuduvad |
| Võrdlus hinnatava varaga | | samaväärne | kehvem | kehvem |
| Kohandus | | 0% | 2% | 2% |
| Kohandused kokku: | | 3% | 19% | -8% |
| Kohandatud tehinguhind: | | 710 700 € | 654 500 € | 671 600 € |
| Kohanduste absoluutväärtuste summa: | | 27% | 29% | 12% |
| Osakaalud | 100% | 30% | 25% | 45% |
| Kaalutud kohandatud tehinguhind: | | 213 210 € | 163 625 € | 302 220 € |
| Kaalutud kohandatud keskmine tehinguhind: | **679 055 €** | | | |

Turuväärtuse hindamisel kasutame kaalutud keskmist, kuna varasid on kohandatud erineval määral ning kaalumisel saab arvesse võtta kohandamisel tekkinud erinevusi. Võrreldes aritmeetilise keskmisega annab see usaldusväärsema tulemuse. Kaalude andmisel lähtutakse sellest, et suurem kaal antakse vähem kohandatud tehingutele ja väiksem kaal rohkem kohandatud tehingutele. Selle üle otsustatakse kohanduste absoluutväärtuste summa põhjal.

Seega saame hinnatava vara turuväärtuseks väärtuse kuupäeva seisuga võrdlusmeetodi 679 055 € ehk ümardatult **679 000 € (s.o 2789 €/m² elamu suletud netopinna arvestuses).**

Võttes arvesse eelnevat ning sarnase turupiirkonna elamute turu hetkeolukorda, on hindaja seisukohal, et tulemus peegeldab õiglaselt hinnatava vara turuväärtust.

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Harju maakond, Saue vald, Alliku küla, Käokeele tee 5
Case 2:22-cr-00185-RSL   Document 126   Filed 07/26/24   Page 26 of 44

## 6. Hindamistulemus

Tuginedes hindajale teadaolevatele lähteandmetele, kinnisvaraturu hetkesituatsioonile ja võrdlusandmetele, on Domus Kinnisvara hinnangul aadressil **Harju maakond, Saue vald, Alliku küla, Käokeele tee 5** asuva hoonestatud kinnisasja registriosa nr 10062002 (üksikelamu) turuväärtus väärtuse kuupäeval

**679 000 (kuussada seitsekümmend üheksa tuhat) eurot.**

Vara on keskmise likviidsusega, müügiperioodi pikkuseks väärtuse kuupäeva turusituatsioonis võib hinnatud turuväärtuse juures prognoosida 6 kuni 9 kuud. Hindamistulemuse täpsuseks hindame ±10%. Hinnatud turuväärtus ei sisalda käibemaksu ja sellele ei lisandu käibemaks, hinnatava vara turusegmendi tehingud ei ole käibemaksuga maksustatavad.

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Lisa 1. Fotod

Vaated üksikelamule ja kinnistule



Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035



Üksikelamu I korruse ruumid
Esik



**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Trepihall, köök-söögituba






Elutuba




**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Külalistetuba



Wc, sauna eesruum, duširuum, leiliruum



**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Panipaik, majapidamisruum, tehnoruum



II korruse ruumid
Trepihall







**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24
Case 2:22-cr-00185-RSL    Document 126    Filed 07/26/24    Page 32 of 44
Harjumaakond, Saue vald, Valila küla, Käokeele tee 5

Magamistuba vannitoaga



Wc, duširuum



**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Harju maakond, Saue vald, Laagri alev, Käokeele tee 5

Magamistuba 2, katuseterrass





Magamistuba 3



Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Väljast eraldi sissepääsuga panipaik



*Allikas: hindaja info*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Lisa 2. Kinnistusregistri väljavõte

Registriosa:

| | |
|---|---|
| Registriosa number | 10062002 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |

I  jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 72701:001:0342 | Elamumaa 100%, Harju maakond, Saue vald, Alliku küla, Käokeele tee 5. | 1511,0 m2 | Maakatastri andmed üle võetud 4.09.2020. | kehtiv |

II  jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Olga Turõgina (isikukood 47904152263) ja Vassili Turõgin (isikukood 37712292236) - ühisomanikud | 10.11.2005 kinnistamisavalduse alusel sisse kantud 23.11.2005. Kohtunikuabi L. Rohtla | kehtiv |

III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; käsutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|

IV jagu – HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud. 10.11.2005 kinnistamisavalduse alusel 21.11.2005. Kohtunikuabi L. Rohtla | kehtiv |
| 2 | | | Kustutatud. 10.11.2005 kinnistamisavalduse alusel 22.11.2005. Kohtunikuabi L. Rohtla | kehtiv |
| 3 | Hüpoteek summas 1 300 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele | 1 300 000,00 EEK | Sisse kantud 23.11.2005. 8.03.2018 kinnistamisavalduse alusel muudetud 3.04.2018. Kohtunikuabi Ave Talts | kehtiv |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Eksperthinnang nr 1377-24

Harju maakond, Saku vald, Roobuka küla, Käokeele tee 5

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| | hüpoteegiga tagatud nõude rahuldamiseks. | | | |
| 4 | Hüpoteek summas 4 063 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 4 063 000,00 EEK | Sisse kantud 26.07.2007. 8.03.2018 kinnistamisavalduse alusel muudetud 3.04.2018. Kohtunikuabi Ave Talts | kehtiv |
| 5 | Hüpoteek summas 22 385,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 2.06.2021 kinnistamisavalduse alusel sisse kantud 15.06.2021. Kohtunikuabi Helle Eduvald | 22 385,00 EUR | | kehtiv |

Asutus: Domus Kinnisvara Vahendus OÜ
Nimi: Jane Jürgenson
Kuupäev: 31.05.2024 16:31:08

Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Lisa 3. Ehitisregistri väljavõte

# Üksikelamu (EHR kood 120540546)

### Ehitise üldinfo

| Näitaja | EHR andmed |
| --- | --- |
| Ehitise aadress | Harju maakond, Saue vald, Alliku küla, Käokeele tee 5 |
| Ehitisregistri kood | 120540546 |
| Ehitise liik | Hoone |
| Ehitise seisund | Olemas |
| Ehitise nimetus | üksikelamu |
| Omandi liik | kinnisasi |
| Esmane kasutusaasta | 2021 |
| Esmase kasutuselevõtu aasta on oletuslik | ei |

### Ehitise kasutamise otstarbed

| Näitaja | EHR andmed |
| --- | --- |
| Kasutamise otstarve, eluruumi pind (m2) | Üksikelamu (11101) 215,0 |
| **Eluruumide pind kokku** | **215,0** |
| **Mitteeluruumide pind kokku** | **0,0** |

### Ehitise mõõtmed

| Näitaja | EHR andmed |
| --- | --- |
| Ehitisealune pind (m2) | 217,2 |
| Maapealse osa alune pind (m2) | 217,2 |
| Köetav pind (m2) | 203,7 |
| Suletud netopind (m2) | 243,5 |
| Üldkasutatav pind (m2) | 28,5 |
| Tehnopind (m2) | 0,0 |
| Maapealsete korruste arv | 2 |
| Maa-aluste korruste arv | |
| Kõrgus (m) | 6,6 |
| Absoluutne kõrgus (m) | |
| Pikkus (m2) | 24,3 |
| Laius (m) | 8,6 |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Harju maakond, Saue vald, Sõlinaru, Käokeele tee 5

| | |
|---|---|
| Sügavus (m) | |
| Maht (m3) | 1 154,9 |
| Maapealse osa maht (m3) | 1 154,9 |

### Ehitise konstruktsioonid ja materjalid

| Näitaja | EHR andmed |
|---|---|
| Vundamendi liik | madalvundament |
| Kande- ja jäigastavate konstruktsioonide materjali liik | monoliitne raudbetoon; puit; tellis |
| Välisseina liik | tellis, väikeplokk; tellis |
| Välisseina välisviimistluse materjali liik | krohv; muu: Fundermax Exterior |
| Vahelagede kandva osa materjali liik | monoliitne raudbetoon; puit |
| Katuse ja katuslagede kandva osa materjali liik | monoliitne raudbetoon; puit |
| Katusekatte materjali liik | bituumen või PVC plaat või rullmaterjal |

### Ehitise tehnilised näitajad

| Näitaja | EHR andmed |
|---|---|
| Elektrisüsteemi liik | võrk |
| Veevarustuse liik | võrk |
| Kanalistasiooni liik | võrk |
| Soojusvarustuse liik | lokaalküte |
| Soojusallika liik | katel |
| Energiaallika liik | küttegaas, võrk |
| Ventilatsiooni liik | loomulik ventilatsioon |
| Jahutussüsteemi liik | |
| Võrgu- või mahutigaas | |
| Liftide arv | |

### Ehitise asukoht

| Kuju nr | Näitaja | EHR andmed |
|---|---|---|
| 1 | Nimetus | |
| | Geomeetria moodustusviis | Kaardistatud |
| | Tüüp | Pind |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Koordinaadid

1. 6581295.97  533720.38
2. 6581300.44  533717.37 3.
   6581306.55  533720.56 4.
   6581313.41  533707.40 5.
   6581307.40  533700.33 6.
   6581290.40  533717.48
7. 6581295.97  533720.38

Kuju aadressid

Harju maakond, Saue vald, Alliku küla, Käokeele tee 5

---

**Ehitisel on 1 kuju**

Ehitise osad

| Osa nr | Näitaja | EHR andmed |
|--------|---------|------------|
| | Ehitise osa tüüp | Eluruum |
| | Sissepääsu korrus | 1 |
| | Ehitise kuju, kus hooneosa asub | 1 |
| | | |
| | Hooneosa aadress | |
| | Ehitise osa pind (m2) | 215,0 |
| | Köetav pind (m2) | 215,0 |
| | Rõdude ja lodžade pind (m2) | |
| | Tubade arv | 5 |
| | Köökide arv | 1 |
| | Avatud köökide arv | |
| | Tualettruumi liik | vesiklosett |
| | Pesemisvõimaluse liik | vann/dušš; saun |
| | Gaasipaigaldis | olemas |
| | Soojusvarustuse liik | lokaalküte |
| | Soojusallika liik | katel |
| | Energiaallika liik | küttegaas, võrk |
| **Osa nr** | **Näitaja** | **EHR andmed** |
| | Ehitise osa tüüp | Mitteeluruum |
| | Sissepääsu korrus | |
| | Ehitise kuju, kus hooneosa asub | 1 |

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

| | |
|---|---|
| Ehitise osa nimetus | Üldkasutatav ala |
| Kasutamise otstarve | Üksikelamu |
| Hooneosa aadress | |
| Ehitise osa pind (m2) | 28,5 |
| Köetav pind (m2) | |
| Rõdude ja lodžade pind (m2) | |
| Tubade arv | |
| Köökide arv | |
| Avatud köökide arv | |
| Tualettruumi liik | |
| Pesemisvõimaluse liik | |
| Gaasipaigaldis | |
| Soojusvarustuse liik | |
| Soojusallika liik | |
| Energiaallika liik | |

**Kokku**

| | |
|---|---|
| Kokku eluruume, pind (m2) | 1, 215,0 |
| Kokku mitteeluruume, pind (m2) | 1, 28,5 |
| Ehitise osade pind kokku (m2) | 243,5 |
| Köetav pind (m2) | 215,0 |
| Rõdude ja lodžade pind (m2) | 0,0 |
| Tubade arv | 5 |
| Köökide arv | 1 |
| Avatud köökide arv | 0 |

*Allikas: riiklik ehitisregister, 31.05.2024*

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Lisa 4. Üksikelamu korruste plaanid

I korruse plaan



II korruse plaan



*Allikas: vara omaniku poolt edastatud, koostaja Nohow OÜ, Tallinn, 08.05.2007, töö nr 0610*

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

## Vastavuskinnitus standardi nõuetele

- Käesoleva hindamisaruande koostanud ja kogu hindamistoimingu läbi viinud hindaja kutseline pädevus on piisav hindamistellimuse täitmiseks.
- Käesolev hindamisaruanne ja kogu hindamistoiming vastab Eesti kinnisvara hindamise standardiseeria EVS 875 nõuetele, sh hindamise headele tavadele.
- Hindaja ei avalda hindamistoimingu käigus kogutud informatsiooni ja hindamistulemusi mitte kellelegi peale tellijaga kokkulepitud isikute, v.a. juhud kui seadus seda nõuab või kui see on vajalik kindlateks hindamise kutsealaga seotud toiminguteks.
- Hindaja on tegutsenud sõltumatu hindajana.
- Hindaja on tegutsenud erapooletult ilma mingite isiklike huvideta hindamistoimingu suhtes.
- Hindaja poolt hindamistoimingu eest saadav tasu ei ole seotud hindamistulemusega.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud andmed on hindajale teadaolevalt tõesed ja korrektsed.
- Hindamistoimingus kasutatud ja hindamisaruandes esitatud analüüsid ja järeldused on kitsendatud ainult hindamisaruandes esitatud eelduste ja piiravate tingimustega.

Hindamisaruande koostaja ja kinnitaja:

/allkirjastatud digitaalselt/

Jane Jürgenson
Kutseline hindaja
Vara hindaja, tase 7, kutsetunnistuse nr 189558
Eesti Kinnisvara Hindajate Ühingu liige

**Domus Kinnisvara**

Jane Jürgenson
Kutseline hindaja
Tel: 5342 7801, Jane.Jurgenson@domus.ee

Domus Kinnisvara
Luise tn 2, Tallinn
Tel 646 4035

Registriosa:

| Registriosa number | 10062002 |
| Kinnistusosakond | Tartu Maakohtu kinnistusosakond |

## I jagu - KINNISTU KOOSSEIS

Katastripidaja märkeid vaata maakatastrist

| Kande Nr. | Katastritunnus | Sihtotstarve ja asukoht | Pindala | Info | Kande kehtivus |
|---|---|---|---|---|---|
| 1 | 72701:001:0342 | Elamumaa 100%, Harju maakond, Saue vald, Alliku küla, Käokeele tee 5. | 1511,0 m2 | Maakatastri andmed üle võetud 4.09.2020. | kehtiv |

## II jagu - OMANIK

| Kande Nr. | Omanik | Kande alus | Kande kehtivus |
|---|---|---|---|
| 2 | Olga Turõgina (isikukood 47904152263) ja Vassili Turõgin (isikukood 37712292236) - ühisomanikud | 10.11.2005 kinnistamisavalduse alusel sisse kantud 23.11.2005. Kohtunikuabi L. Rohtla | kehtiv |

## III jagu - KOORMATISED JA KITSENDUSED

| Kande Nr. | Kinnistut koormavad piiratud asjaõigused (v.a. hüpoteegid) ja märked; kasutusõiguse kitsendused | Märked piiratud asjaõiguste kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|

## IV jagu - HÜPOTEEGID

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| 1 | | | Kustutatud. 10.11.2005 kinnistamisavalduse alusel 21.11.2005. Kohtunikuabi L. Rohtla | kehtiv |
| 2 | | | Kustutatud. 10.11.2005 kinnistamisavalduse alusel 22.11.2005. Kohtunikuabi L. Rohtla | kehtiv |
| 3 | Hüpoteek summas 1 300 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele | 1 300 000,00 EEK | Sisse kantud 23.11.2005. 8.03.2018 kinnistamisavalduse alusel muudetud 3.04.2018. Kohtunikuabi Ave Talts | kehtiv |

| Kande Nr. | Hüpoteegid | Hüpoteegi summa | Märked hüpoteekide kohta, kande alus, kannete muudatused ja kustutamised | Kande kehtivus |
|---|---|---|---|---|
| | hüpoteegiga tagatud nõude rahuldamiseks. | | | |
| 4 | Hüpoteek summas 4 063 000,00 krooni Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. | 4 063 000,00 EEK | Sisse kantud 26.07.2007. 8.03.2018 kinnistamisavalduse alusel muudetud 3.04.2018. Kohtunikuabi Ave Talts | kehtiv |
| 5 | Hüpoteek summas 22 385,00 eurot Luminor Bank AS (registrikood 11315936) kasuks. Kinnistu igakordne omanik on kohustatud alluma kohesele sundtäitmisele hüpoteegiga tagatud nõude rahuldamiseks. 2.06.2021 kinnistamisavalduse alusel sisse kantud 15.06.2021. Kohtunikuabi Helle Eduvald | 22 385,00 EUR | | kehtiv |

Asutus: Advokaadibüroo LEVIN OÜ
Nimi: Esta Press
Kuupäev: 05.06.2024 17:04:34
Kinnistusraamatu kehtivate andmetega tutvumiseks kasutage e-kinnistusraamatut.