THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00185-RSL |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL IVAN TUROGIN'S SUPPLEMENTAL SENTENCING SUBMISSION AND EXHIBITS** |
| v. | |
| IVAN TUROGIN, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Turogin's Motion to Seal Defendant Ivan Turogin's Supplemental Sentencing Submission and Exhibits.

The Court has reviewed the motion and records in this case and finds good cause and compelling reasons are shown to permit the filing under seal, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Defendant Turogin's Motion to Seal is GRANTED.

DATED this 12th day of August, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL - 1
CASE NO. 2:22-CR-00185-RSL

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260